DAILY RECORD OF EARLY VOTING - UNOFFICIAL TOTALS

November 3, 2020 General and Special Elections

| Location | SRD | Tuesday Oct. 13 | Wednesday Oct. 14 | Thursday Oct. 15 | Friday Oct. 16 | Saturday Oct. 17 | Sunday Oct. 18 | Monday Oct. 19 | Tuesday Oct. 20 | Wednesday Oct. 21 |
|---|---|---|---|---|---|---|---|---|---|---|
| County Attorney Conference Center | SRD001C | 950 | 664 | 524 | 374 | 139 | 86 | 222 | 247 | 204 |
| HCPL Barbara Bush Branch | SRD126C | 1022 | 992 | 1084 | 1107 | 901 | 446 | 1053 | 1095 | 987 |
| Fairfield Inn and Suites Houston NW Willowbrook | SRD126F | 981 | 982 | 868 | 1023 | 501 | 308 | 548 | 555 | 457 |
| Lakewood Residents Club | SRD126L | 1160 | 1169 | 1150 | 1284 | 805 | 495 | 1011 | 945 | 816 |
| ISGH Champions Community Center | SRD126M | 1207 | 1391 | 1337 | 1355 | 775 | 437 | 847 | 813 | 726 |
| Prairie View A&M University Northwest | SRD126P | 966 | 968 | 1015 | 1059 | 1006 | 504 | 1131 | 1071 | 1008 |
| Lake Houston Church of Christ | SRD127H | 2293 | 2283 | 2129 | 2169 | 1118 | 546 | 1434 | 1274 | 1057 |
| Victory Houston | SRD127V | 438 | 448 | 315 | 307 | 244 | 114 | 251 | 255 | 189 |
| Kingwood Community Center | SRD127Y | 1623 | 1784 | 1895 | 2003 | 1764 | 1010 | 1873 | 1843 | 1774 |
| Coady Baptist Church | SRD128B | 768 | 742 | 626 | 678 | 359 | 205 | 436 | 453 | 355 |
| La Porte Recreation and Fitness Center | SRD128F | 1256 | 1150 | 1007 | 1016 | 536 | 321 | 698 | 576 | 485 |
| San Jacinto Community Center | SRD128J | 503 | 366 | 343 | 284 | 152 | 67 | 187 | 145 | 118 |
| East Harris County Activity Center | SRD128P | 1890 | 1939 | 1961 | 2028 | 1112 | 570 | 1474 | 1397 | 1114 |
| Crosby Community Center | SRD128Z | 1139 | 1164 | 1078 | 1040 | 518 | 318 | 853 | 763 | 554 |
| El Franco Lee Community Center | SRD129E | 1075 | 1039 | 869 | 847 | 463 | 288 | 554 | 514 | 454 |
| Clear Lake Islamic Center | SRD129I | 1254 | 1114 | 905 | 886 | 379 | 189 | 504 | 496 | 440 |
| MultiCultural Center | SRD129M | 413 | 280 | 268 | 256 | 120 | 86 | 146 | 102 | 108 |
| Pipers Meadow Community Center | SRD129P | 761 | 589 | 475 | 508 | 180 | 134 | 278 | 307 | 212 |
| Harris County Scarsdale Annex | SRD129S | 1237 | 1217 | 1171 | 1225 | 835 | 391 | 972 | 892 | 768 |
| University of Houston Clear Lake | SRD129U | 1534 | 1115 | 1227 | 1357 | 690 | 394 | 871 | 764 | 674 |
| Webster Civic Center | SRD129W | 858 | 672 | 602 | 591 | 289 | 155 | 388 | 349 | 313 |
| Forest Bend Homeowners Association Inc | SRD129X | 766 | 708 | 673 | 631 | 296 | 158 | 442 | 351 | 352 |
| Juergens Hall Community Center | SRD130C | 1305 | 1110 | 1356 | 1477 | 1396 | 766 | 719 | 770 | 1266 |
| Hockley Community Center | SRD130H | 800 | 857 | 919 | 930 | 421 | 220 | 540 | 580 | 434 |
| Saint John Lutheran Church and School | SRD130S | 1569 | 1454 | 1450 | 1498 | 1132 | 595 | 1235 | 1247 | 1126 |
| Tomball Public Works Building | SRD130T | 1258 | 1274 | 1245 | 1251 | 798 | 390 | 1055 | 916 | 843 |
| Hiram Clarke Multi Service Center | SRD131 | 1376 | 1081 | 907 | 768 | 580 | 278 | 601 | 439 | 481 |
| Alief Regional Library | SRD131I | 753 | 719 | 697 | 723 | 740 | 387 | 727 | 714 | 696 |
| Kingdom Builders Center | SRD131K | 366 | 122 | 118 | 365 | 85 | 42 | 94 | 53 | 40 |
| The Power Center | SRD131P | 1052 | 760 | 583 | 650 | 371 | 173 | 395 | 359 | 342 |
| Raindrop Turkish House | SRD131R | 1036 | 811 | 714 | 603 | 450 | 218 | 505 | 432 | 420 |
| Lakeland Activity Center | SRD132A | 979 | 1250 | 1128 | 1195 | 780 | 441 | 869 | 791 | 684 |
| James E Taylor High School | SRD132J | 1402 | 1554 | 1336 | 1412 | 833 | 415 | 820 | 795 | 692 |
| Katy Branch Harris County Public Library | SRD132K | 758 | 793 | 881 | 877 | 791 | 379 | 819 | 796 | 747 |
| Lone Star College Cypress Center | SRD132L | 1226 | 1285 | 1240 | 1311 | 994 | 504 | 1152 | 1025 | 890 |

DAILY RECORD OF EARLY VOTING - UNOFFICIAL TOTALS
November 3, 2020 General and Special Elections

| Location | SRD | Tuesday Oct. 13 | Wednesday Oct. 14 | Thursday Oct. 15 | Friday Oct. 16 | Saturday Oct. 17 | Sunday Oct. 18 | Monday Oct. 19 | Tuesday Oct. 20 | Wednesday Oct. 21 |
|---|---|---|---|---|---|---|---|---|---|---|
| Harris County MUD 81 Building | SRD132M | 997 | 1032 | 1062 | 1084 | 256 | 269 | 707 | 680 | 627 |
| John Paul Landing Environmental Education Center | SRD132P | 688 | 681 | 688 | 814 | 318 | 184 | 305 | 284 | 251 |
| Morton Ranch High School | SRD132S | 1529 | 1404 | 1336 | 1282 | 814 | 468 | 773 | 764 | 607 |
| Nottingham Park Building | SRD133 | 1292 | 1255 | 1153 | 1221 | 1036 | 539 | 1166 | 1087 | 1005 |
| Masjid El Farooq | SRD133C | 512 | 525 | 511 | 540 | 241 | 120 | 273 | 258 | 215 |
| Unity of Houston Annex | SRD133U | 879 | 784 | 678 | 750 | 369 | 216 | 487 | 460 | 486 |
| First Congregational Church | SRD133Z | 1018 | 1145 | 1033 | 904 | 533 | 293 | 777 | 791 | 705 |
| Crowne Plaza Houston Galleria | SRD134C | 835 | 795 | 651 | 588 | 212 | 124 | 294 | 347 | 231 |
| Hampton Inn Galleria | SRD134G | 983 | 992 | 963 | 1045 | 545 | 331 | 810 | 725 | 690 |
| Hampton Inn and Suites | SRD134I | 919 | 756 | 586 | 650 | 283 | 166 | 412 | 345 | 351 |
| Metropolitan MultiService Center | SRD134M | 2356 | 2238 | 2315 | 2280 | 1345 | 638 | 1680 | 1525 | 1418 |
| Rice University | SRD134R | 961 | 968 | 1054 | 1117 | 754 | 456 | 785 | 827 | 768 |
| John P McGovern Texas Medical Center Commons | SRD134T | 1638 | 1487 | 1221 | 987 | 427 | 296 | 575 | 535 | 429 |
| HCC West Loop South | SRD134W | 1511 | 1055 | 1208 | 1334 | 523 | 288 | 706 | 620 | 511 |
| City Jersey Village Municipal Government Center | SRD135 | 2226 | 2044 | 1925 | 1973 | 1239 | 651 | 1541 | 1485 | 1277 |
| Richard and Meg Weekley Community Center | SRD135W | 1964 | 2051 | 2074 | 2200 | 1817 | 904 | 2007 | 1894 | 1664 |
| Bayland Park Community Center | SRD137B | 1612 | 1538 | 1469 | 1445 | 913 | 428 | 1026 | 1063 | 977 |
| Houston Community College Alief Hayes Campus | SRD137C | 918 | 857 | 865 | 892 | 594 | 337 | 676 | 638 | 570 |
| Tracy Gee Community Center | SRD137T | 1669 | 1421 | 1243 | 1215 | 653 | 344 | 785 | 857 | 687 |
| ISGH Bear Creek Community Center | SRD138I | 1373 | 1235 | 1209 | 1401 | 744 | 441 | 574 | 731 | 636 |
| John Knox Presbyterian Church | SRD138J | 923 | 843 | 796 | 821 | 494 | 217 | 593 | 564 | 558 |
| Katherine Tyra Branch Library | SRD138K | 881 | 879 | 819 | 862 | 766 | 391 | 767 | 710 | 696 |
| Trini Mendenhall Community Center | SRD138S | 1966 | 1976 | 1775 | 1790 | 1004 | 493 | 1317 | 1183 | 1102 |
| Encourager Church | SRD138Z | 1060 | 1170 | 1154 | 1291 | 537 | 246 | 735 | 767 | 637 |
| Acres Homes Multi Service Center | SRD139A | 1925 | 1342 | 1055 | 891 | 618 | 300 | 661 | 512 | 491 |
| Fallbrook Church | SRD139F | 1422 | 986 | 603 | 788 | 305 | 148 | 466 | 304 | 275 |
| New Destiny Praise and Worship Center | SRD139N | 653 | 616 | 491 | 437 | 285 | 127 | 303 | 318 | 239 |
| Lone Star College Victory Center | SRD139V | 1013 | 843 | 774 | 797 | 654 | 331 | 600 | 519 | 416 |
| Hardy Street Senior Citizens Center | SRD140 | 873 | 584 | 451 | 410 | 266 | 130 | 303 | 257 | 266 |
| BakerRipley East Aldine Campus | SRD140B | 471 | 336 | 271 | 250 | 153 | 85 | 238 | 189 | 166 |
| Anclamars W Reception Hall A | SRD140X | 636 | 330 | 220 | 170 | 117 | 42 | 112 | 140 | 104 |
| Church of Christ on Bammel Road | SRD141B | 942 | 941 | 857 | 810 | 285 | 145 | 427 | 395 | 289 |
| Northeast Multi Service Center | SRD141C | 873 | 802 | 635 | 428 | 335 | 166 | 387 | 271 | 266 |
| Green House International Church | SRD141G | 558 | 415 | 338 | 229 | 185 | 86 | 220 | 199 | 157 |
| Holiday Inn Houston Intercontinental Airport Hotel | SRD141I | 842 | 762 | 640 | 500 | 226 | 119 | 282 | 248 | 221 |

DAILY RECORD OF EARLY VOTING UNOFFICIAL TOTALS
November 3, 2020 General and Special Elections

| Location | SRD | Tuesday Oct. 13 | Wednesday Oct. 14 | Thursday Oct. 15 | Friday Oct. 16 | Saturday Oct. 17 | Sunday Oct. 18 | Monday Oct. 19 | Tuesday Oct. 20 | Wednesday Oct. 21 |
|---|---|---|---|---|---|---|---|---|---|---|
| Lone Star College North Harris | SRD141L | 725 | 628 | 501 | 484 | 337 | 203 | 398 | 383 | 365 |
| HCC North Forest Campus | SRD141N | 794 | 652 | 530 | 351 | 263 | 163 | 281 | 273 | 238 |
| Humble Civic Center | SRD141U | 1312 | 1241 | 1353 | 1147 | 1081 | 551 | 1221 | 1042 | 1019 |
| C E King Middle School | SRD142C | 868 | 699 | 520 | 558 | 327 | 145 | 330 | 302 | 270 |
| Houston Food Bank | SRD142H | 186 | 94 | 81 | 150 | 33 | 18 | 67 | 27 | 70 |
| Kashmere MultiService Center | SRD142K | 1036 | 886 | 665 | 459 | 346 | 199 | 427 | 321 | 270 |
| North Channel Branch Library | SRD142W | 663 | 663 | 662 | 698 | 588 | 286 | 638 | 583 | 550 |
| Martin Flukinger Community Center | SRD142Z | 805 | 631 | 442 | 410 | 176 | 70 | 194 | 170 | 137 |
| Alvin D Baggett Community Center | SRD143A | 668 | 405 | 308 | 288 | 178 | 80 | 158 | 131 | 116 |
| Milton Lusk Activity Center | SRD143C | 394 | 303 | 249 | 228 | 146 | 84 | 152 | 145 | 126 |
| Neighborhood Centers Inc Ripley House Campus | SRD143R | 1161 | 813 | 682 | 701 | 407 | 172 | 469 | 411 | 424 |
| Harris County Cultural Arts Center | SRD143T | 1165 | 928 | 679 | 541 | 292 | 124 | 404 | 291 | 238 |
| Lee College | SRD144 | 1337 | 1099 | 1024 | 1008 | 557 | 295 | 673 | 544 | 494 |
| John Phelps Courthouse | SRD144J | 744 | 499 | 414 | 306 | 128 | 77 | 209 | 144 | 176 |
| Iglesia Una Luz en Tu Camino | SRD144U | 189 | 151 | 105 | 137 | 86 | 32 | 93 | 93 | 97 |
| HCC Southeast College Building C Parking Garage | SRD145C | 1313 | 830 | 679 | 743 | 559 | 284 | 541 | 474 | 426 |
| Baker Ripley Cleveland Ripley Neighborhood Center | SRD145R | 1173 | 983 | 840 | 878 | 462 | 257 | 541 | 568 | 455 |
| Saint Philip Neri Catholic Church | SRD146C | 798 | 556 | 535 | 392 | 307 | 88 | 296 | 218 | 231 |
| NRG Arena | SRD146N | 831 | 558 | 405 | 429 | 322 | 138 | 383 | 251 | 197 |
| Sunnyside Multi Service Center | SRD146S | 1266 | 1224 | 958 | 748 | 574 | 247 | 669 | 504 | 487 |
| J J Roberson Family Life Center | SRD146Y | 744 | 364 | 241 | 168 | 108 | 55 | 126 | 100 | 81 |
| Toyota Center | SRD147C | 550 | 351 | 334 | 193 | 222 | 101 | 126 | 155 | 115 |
| West End Multi Service Center | SRD147E | 1413 | 1305 | 994 | 1105 | 415 | 233 | 550 | 609 | 448 |
| Marriott Houston South at Hobby Airport | SRD147M | 514 | 373 | 310 | 254 | 174 | 81 | 182 | 211 | 163 |
| Wheeler Avenue Baptist Church | SRD147S | 1307 | 530 | 357 | 317 | 160 | 83 | 202 | 170 | 168 |
| Texas Southern University- West Side Parking Garage | SRD147T | 797 | 459 | 295 | 280 | 174 | 68 | 172 | 167 | 147 |
| University of Houston Student Center South | SRD147U | 686 | 513 | 439 | 392 | 176 | 73 | 250 | 239 | 211 |
| Shrine of The Black Madonna Cultural & Event Center | SRD147Z | 1027 | 572 | 449 | 363 | 192 | 77 | 219 | 215 | 182 |
| Sheraton Houston Brookhollow Hotel | SRD148B | 954 | 844 | 680 | 747 | 259 | 119 | 356 | 366 | 344 |
| Clark Park Community Center | SRD148C | 309 | 236 | 185 | 183 | 157 | 65 | 145 | 122 | 139 |
| The Grand Tuscany Hotel | SRD148H | 1050 | 803 | 746 | 716 | 374 | 224 | 436 | 465 | 357 |
| Moody Park Community Center | SRD148M | 974 | 1027 | 828 | 801 | 431 | 204 | 504 | 483 | 475 |
| SPJST Lodge Num 88 | SRD148S | 1506 | 1546 | 1454 | 1613 | 574 | 326 | 935 | 856 | 790 |
| Resurrection Metropolitan Community Church | SRD148Z | 1166 | 937 | 593 | 839 | 279 | 117 | 421 | 255 | 287 |
| Houston Community College Alief Center | SRD149H | 760 | 630 | 527 | 602 | 360 | 176 | 515 | 383 | 343 |

DAILY RECORD OF EARLY VOTING - UNOFFICIAL TOTALS
November 3, 2020 General and Special Elections

| Location | SRD | Tuesday Oct. 13 | Wednesday Oct. 14 | Thursday Oct. 15 | Friday Oct. 16 | Saturday Oct. 17 | Sunday Oct. 18 | Monday Oct. 19 | Tuesday Oct. 20 | Wednesday Oct. 21 |
|---|---|---|---|---|---|---|---|---|---|---|
| Mission Bend Islamic Center | SRD149X | 666 | 593 | 532 | 500 | 351 | 220 | 386 | 334 | 280 |
| Big Stone Lodge | SRD150B | 866 | 839 | 870 | 783 | 510 | 299 | 558 | 509 | 501 |
| Klein Multipurpose Center | SRD150K | 1003 | 1043 | 1036 | 1184 | 1055 | 640 | 1196 | 1158 | 1083 |
| Lone Star College Creekside | SRD150L | 1348 | 1269 | 1261 | 1381 | 718 | 409 | 996 | 933 | 781 |
| Samuel Matthews Park Community Center | SRD150M | 584 | 646 | 618 | 663 | 218 | 115 | 343 | 270 | 224 |
| Spring First Church | SRD150S | 1786 | 1620 | 1482 | 1782 | 950 | 504 | 1140 | 1118 | 995 |
| Hosanna Lutheran Church | SRD150X | 813 | 729 | 537 | 489 | 250 | 110 | 303 | 308 | 273 |
| Kingdom Builders Center | DTV131K | 825 | 641 | 575 | 0 | 398 | 185 | 259 | 283 | 267 |
| HCC West Loop South | DTV134W | 1294 | 1420 | 1450 | 1610 | 1078 | 621 | 956 | 1107 | 1032 |
| Fallbrook Church | DTV139F | 1384 | 1504 | 1481 | 1087 | 1360 | 652 | 1052 | 1059 | 853 |
| Humble Civic Center | DTV141U | 1522 | 1824 | 1776 | 1805 | 1137 | 662 | 1048 | 952 | 798 |
| Houston Food Bank | DTV142H | 376 | 319 | 251 | 88 | 169 | 79 | 98 | 101 | 88 |
| John Phelps Courthouse | DTV145C | 653 | 610 | 538 | 641 | 421 | 192 | 438 | 406 | 303 |
| NRG Arena | DTV146N | 1904 | 1780 | 1709 | 1676 | 1198 | 583 | 843 | 1020 | 866 |
| Toyota Center | DTV147C | 1140 | 1131 | 907 | 1123 | 638 | 310 | 687 | 622 | 510 |
| Resurrection Metropolitan Community Church | DTV148Z | 825 | 808 | 893 | 940 | 584 | 317 | 475 | 540 | 521 |
| Houston Community College Alief Center | DTV149H | 1120 | 953 | 976 | 605 | 823 | 534 | 491 | 744 | 566 |
| **Early In Person Voters:** | | 128,186 | 114,996 | 105,175 | 104,870 | 65,481 | 34,496 | 74,026 | 69,751 | 62,391 |
| **Mail Ballots Returned:** | | 41,337 | 3,012 | 6,260 | 7,839 | 8,807 | 8,249 | 17,106 | 12,216 | 10,097 |
| **Total Early Voters:** | | 169,523 | 118,008 | 111,435 | 112,709 | 74,288 | 42,745 | 91,132 | 81,967 | 72,488 |
| | | | | | | | | | | |
| **Ballots Mailed:** | | 238,062 | 962 | 954 | 1,585 | 885 | 1,175 | 736 | 737 | 820 |

DAILY RECORD OF EARLY VOTING - UNOFFICIAL TOTALS
November 3, 2020 General and Special Elections

| Location | Thursday Oct. 22 | Friday Oct. 23 | Saturday Oct. 24 | Sunday Oct. 25 | Monday Oct. 26 | Tuesday Oct. 27 | Wednesday Oct. 28 | Thursday Oct. 29 | Friday Oct. 30 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| County Attorney Conference Center | 232 | 176 | 57 | 39 | 139 | | | | | 4,053 |
| HCPL Barbara Bush Branch | 885 | 980 | 538 | 406 | 786 | | | | | 12,282 |
| Fairfield Inn and Suites Houston NW Willowbrook | 416 | 486 | 215 | 243 | 403 | | | | | 7,986 |
| Lakewood Residents Club | 756 | 790 | 386 | 345 | 642 | | | | | 11,754 |
| ISGH Champions Community Center | 578 | 651 | 371 | 262 | 473 | | | | | 11,223 |
| Prairie View A&M University Northwest | 839 | 943 | 591 | 496 | 837 | | | | | 12,434 |
| Lake Houston Church of Christ | 948 | 994 | 502 | 354 | 747 | | | | | 17,848 |
| Victory Houston | 170 | 210 | 102 | 131 | 281 | | | | | 3,455 |
| Kingwood Community Center | 1548 | 1572 | 939 | 622 | 1238 | | | | | 21,488 |
| Coady Baptist Church | 285 | 399 | 195 | 159 | 374 | | | | | 6,034 |
| La Porte Recreation and Fitness Center | 427 | 515 | 253 | 187 | 448 | | | | | 8,875 |
| San Jacinto Community Center | 125 | 137 | 56 | 43 | 107 | | | | | 2,633 |
| East Harris County Activity Center | 1070 | 1271 | 556 | 407 | 992 | | | | | 17,781 |
| Crosby Community Center | 477 | 553 | 300 | 231 | 475 | | | | | 9,463 |
| El Franco Lee Community Center | 407 | 497 | 256 | 240 | 407 | | | | | 7,910 |
| Clear Lake Islamic Center | 377 | 447 | 318 | 127 | 299 | | | | | 7,735 |
| MultiCultural Center | 82 | 153 | 57 | 65 | 88 | | | | | 2,224 |
| Pipers Meadow Community Center | 235 | 287 | 140 | 110 | 249 | | | | | 4,465 |
| Harris County Scarsdale Annex | 754 | 747 | 453 | 328 | 713 | | | | | 11,703 |
| University of Houston Clear Lake | 648 | 865 | 421 | 241 | 555 | | | | | 11,356 |
| Webster Civic Center | 318 | 368 | 133 | 131 | 303 | | | | | 5,470 |
| Forest Bend Homeowners Association Inc | 295 | 353 | 177 | 142 | 271 | | | | | 5,615 |
| Juergens Hall Community Center | 1227 | 1327 | 958 | 616 | 1151 | | | | | 15,444 |
| Hockley Community Center | 317 | 400 | 181 | 128 | 278 | | | | | 7,005 |
| Saint John Lutheran Church and School | 965 | 1136 | 598 | 457 | 818 | | | | | 15,280 |
| Tomball Public Works Building | 694 | 804 | 503 | 211 | 642 | | | | | 11,884 |
| Hiram Clarke Multi Service Center | 377 | 412 | 303 | 183 | 431 | | | | | 8,217 |
| Alief Regional Library | 640 | 616 | 586 | 320 | 629 | | | | | 8,947 |
| Kingdom Builders Center | 48 | 87 | 47 | 15 | 50 | | | | | 1,532 |
| The Power Center | 250 | 303 | 199 | 129 | 301 | | | | | 5,867 |
| Raindrop Turkish House | 347 | 409 | 254 | 174 | 350 | | | | | 6,723 |
| Lakeland Activity Center | 580 | 752 | 340 | 327 | 435 | | | | | 10,551 |
| James E Taylor High School | 660 | 839 | 467 | 333 | 571 | | | | | 12,129 |
| Katy Branch Harris County Public Library | 606 | 722 | 449 | 293 | 578 | | | | | 9,489 |
| Lone Star College Cypress Center | 833 | 900 | 608 | 447 | 822 | | | | | 13,237 |

DAILY RECORD OF EARLY VOTING - UNOFFICIAL TOTALS
November 3, 2020 General and Special Elections

| Location | Thursday Oct. 22 | Friday Oct. 23 | Saturday Oct. 24 | Sunday Oct. 25 | Monday Oct. 26 | Tuesday Oct. 27 | Wednesday Oct. 28 | Thursday Oct. 29 | Friday Oct. 30 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| Harris County MUD 81 Building | 563 | 597 | 297 | 206 | 470 | | | | | 8,847 |
| John Paul Landing Environmental Education Center | 172 | 227 | 146 | 128 | 164 | | | | | 5,050 |
| Morton Ranch High School | 493 | 710 | 465 | 381 | 467 | | | | | 11,493 |
| Nottingham Park Building | 915 | 999 | 598 | 386 | 845 | | | | | 13,497 |
| Masjid El Farooq | 203 | 252 | 253 | 77 | 131 | | | | | 4,111 |
| Unity of Houston Annex | 374 | 469 | 211 | 201 | 461 | | | | | 6,825 |
| First Congregational Church | 548 | 633 | 299 | 150 | 548 | | | | | 9,377 |
| Crowne Plaza Houston Galleria | 236 | 237 | 97 | 64 | 198 | | | | | 4,909 |
| Hampton Inn Galleria | 565 | 635 | 265 | 250 | 506 | | | | | 9,305 |
| Hampton Inn and Suites | 305 | 400 | 138 | 113 | 214 | | | | | 5,638 |
| Metropolitan MultiService Center | 1214 | 1415 | 652 | 452 | 974 | | | | | 20,502 |
| Rice University | 782 | 568 | 512 | 359 | 606 | | | | | 10,517 |
| John P McGovern Texas Medical Center Commons | 441 | 477 | 168 | 167 | 314 | | | | | 9,162 |
| HCC West Loop South | 493 | 569 | 376 | 206 | 366 | | | | | 9,766 |
| City Jersey Village Municipal Government Center | 1135 | 1182 | 700 | 526 | 900 | | | | | 18,804 |
| Richard and Meg Weekley Community Center | 1508 | 1712 | 1166 | 884 | 1375 | | | | | 23,220 |
| Bayland Park Community Center | 754 | 887 | 606 | 338 | 772 | | | | | 13,828 |
| Houston Community College Alief Hayes Campus | 553 | 659 | 617 | 273 | 405 | | | | | 8,854 |
| Tracy Gee Community Center | 653 | 615 | 333 | 216 | 603 | | | | | 11,294 |
| ISGH Bear Creek Community Center | 479 | 545 | 342 | 329 | 486 | | | | | 10,525 |
| John Knox Presbyterian Church | 485 | 520 | 284 | 201 | 473 | | | | | 7,772 |
| Katherine Tyra Branch Library | 653 | 715 | 502 | 349 | 649 | | | | | 9,639 |
| Trini Mendenhall Community Center | 892 | 1002 | 506 | 415 | 767 | | | | | 16,188 |
| Encourager Church | 465 | 669 | 247 | 170 | 460 | | | | | 9,608 |
| Acres Homes Multi Service Center | 337 | 446 | 253 | 224 | 392 | | | | | 9,447 |
| Fallbrook Church | 191 | 318 | 245 | 88 | 173 | | | | | 6,312 |
| New Destiny Praise and Worship Center | 215 | 187 | 180 | 124 | 263 | | | | | 4,438 |
| Lone Star College Victory Center | 361 | 441 | 318 | 250 | 421 | | | | | 7,738 |
| Hardy Street Senior Citizens Center | 251 | 287 | 173 | 113 | 305 | | | | | 4,669 |
| BakerRipley East Aldine Campus | 151 | 193 | 95 | 109 | 190 | | | | | 2,897 |
| Anclamars W Reception Hall A | 97 | 107 | 53 | 63 | 151 | | | | | 2,342 |
| Church of Christ on Bammel Road | 281 | 279 | 163 | 67 | 224 | | | | | 6,105 |
| Northeast Multi Service Center | 261 | 232 | 171 | 121 | 236 | | | | | 5,184 |
| Green House International Church | 173 | 150 | 108 | 82 | 185 | | | | | 3,085 |
| Holiday Inn Houston Intercontinental Airport Hotel | 187 | 241 | 87 | 90 | 176 | | | | | 4,621 |

DAILY RECORD OF EARLY VOTING - UNOFFICIAL TOTALS
November 3, 2020 General and Special Elections

| Location | Thursday Oct. 22 | Friday Oct. 23 | Saturday Oct. 24 | Sunday Oct. 25 | Monday Oct. 26 | Tuesday Oct. 27 | Wednesday Oct. 28 | Thursday Oct. 29 | Friday Oct. 30 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| Lone Star College North Harris | 312 | 299 | 178 | 216 | 290 | | | | | 5,319 |
| HCC North Forest Campus | 204 | 180 | 99 | 102 | 206 | | | | | 4,336 |
| Humble Civic Center | 796 | 1033 | 807 | 400 | 829 | | | | | 13,832 |
| C E King Middle School | 199 | 291 | 150 | 123 | 257 | | | | | 5,039 |
| Houston Food Bank | 29 | 42 | 30 | 13 | 37 | | | | | 877 |
| Kashmere MultiService Center | 250 | 238 | 167 | 128 | 307 | | | | | 5,699 |
| North Channel Branch Library | 522 | 592 | 440 | 273 | 509 | | | | | 7,667 |
| Martin Flukinger Community Center | 115 | 119 | 54 | 51 | 113 | | | | | 3,487 |
| Alvin D Baggett Community Center | 98 | 108 | 82 | 37 | 105 | | | | | 2,762 |
| Milton Lusk Activity Center | 115 | 131 | 97 | 73 | 158 | | | | | 2,401 |
| Neighborhood Centers Inc Ripley House Campus | 344 | 403 | 218 | 161 | 368 | | | | | 6,734 |
| Harris County Cultural Arts Center | 193 | 221 | 187 | 101 | 259 | | | | | 5,623 |
| Lee College | 459 | 525 | 318 | 241 | 546 | | | | | 9,120 |
| John Phelps Courthouse | 137 | 198 | 129 | 54 | 160 | | | | | 3,375 |
| Iglesia Una Luz en Tu Camino | 84 | 85 | 59 | 32 | 85 | | | | | 1,328 |
| HCC Southeast College Building C Parking Garage | 393 | 458 | 294 | 225 | 447 | | | | | 7,666 |
| Baker Ripley Cleveland Ripley Neighborhood Center | 418 | 573 | 296 | 257 | 556 | | | | | 8,257 |
| Saint Philip Neri Catholic Church | 193 | 196 | 138 | 84 | 170 | | | | | 4,202 |
| NRG Arena | 230 | 286 | 163 | 87 | 208 | | | | | 4,488 |
| Sunnyside Multi Service Center | 376 | 358 | 335 | 172 | 393 | | | | | 8,311 |
| J J Roberson Family Life Center | 86 | 61 | 34 | 30 | 92 | | | | | 2,290 |
| Toyota Center | 98 | 138 | 162 | 70 | 107 | | | | | 2,722 |
| West End Multi Service Center | 407 | 548 | 247 | 181 | 377 | | | | | 8,832 |
| Marriott Houston South at Hobby Airport | 147 | 191 | 108 | 103 | 190 | | | | | 3,001 |
| Wheeler Avenue Baptist Church | 134 | 142 | 99 | 40 | 123 | | | | | 3,832 |
| Texas Southern University- West Side Parking Garage | 104 | 93 | 100 | 36 | 128 | | | | | 3,020 |
| University of Houston Student Center South | 196 | 225 | 89 | 54 | 165 | | | | | 3,708 |
| Shrine of The Black Madonna Cultural & Event Center | 155 | 199 | 90 | 63 | 165 | | | | | 3,968 |
| Sheraton Houston Brookhollow Hotel | 332 | 406 | 180 | 99 | 247 | | | | | 5,933 |
| Clark Park Community Center | 139 | 139 | 69 | 80 | 129 | | | | | 2,097 |
| The Grand Tuscany Hotel | 368 | 364 | 209 | 164 | 305 | | | | | 6,581 |
| Moody Park Community Center | 419 | 453 | 306 | 208 | 443 | | | | | 7,556 |
| SPJST Lodge Num 88 | 652 | 832 | 341 | 218 | 568 | | | | | 12,211 |
| Resurrection Metropolitan Community Church | 194 | 280 | 213 | 104 | 160 | | | | | 5,845 |
| Houston Community College Alief Center | 276 | 330 | 232 | 106 | 274 | | | | | 5,514 |

DAILY RECORD OF EARLY VOTING - UNOFFICIAL TOTALS
November 3, 2020 General and Special Elections

| Location | Thursday Oct. 22 | Friday Oct. 23 | Saturday Oct. 24 | Sunday Oct. 25 | Monday Oct. 26 | Tuesday Oct. 27 | Wednesday Oct. 28 | Thursday Oct. 29 | Friday Oct. 30 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| Mission Bend Islamic Center | 272 | 285 | 178 | 159 | 280 | | | | | 5,036 |
| Big Stone Lodge | 422 | 411 | 452 | 218 | 392 | | | | | 7,630 |
| Klein Multipurpose Center | 940 | 1015 | 680 | 558 | 955 | | | | | 13,546 |
| Lone Star College Creekside | 758 | 859 | 382 | 325 | 651 | | | | | 12,071 |
| Samuel Matthews Park Community Center | 192 | 259 | 108 | 106 | 178 | | | | | 4,524 |
| Spring First Church | 892 | 981 | 536 | 328 | 813 | | | | | 14,927 |
| Hosanna Lutheran Church | 246 | 261 | 146 | 105 | 249 | | | | | 4,819 |
| Kingdom Builders Center | 195 | 201 | 249 | 142 | 222 | | | | | 4,442 |
| HCC West Loop South | 807 | 865 | 774 | 485 | 787 | | | | | 14,286 |
| Fallbrook Church | 830 | 494 | 1058 | 482 | 939 | | | | | 14,235 |
| Humble Civic Center | 787 | 519 | 762 | 475 | 813 | | | | | 14,880 |
| Houston Food Bank | 106 | 94 | 127 | 62 | 103 | | | | | 2,061 |
| John Phelps Courthouse | 383 | 462 | 383 | 236 | 444 | | | | | 6,110 |
| NRG Arena | 700 | 836 | 684 | 265 | 732 | | | | | 14,796 |
| Toyota Center | 376 | 573 | 398 | 253 | 447 | | | | | 9,115 |
| Resurrection Metropolitan Community Church | 439 | 509 | 406 | 197 | 432 | | | | | 7,886 |
| Houston Community College Alief Center | 522 | 456 | 551 | 362 | 529 | | | | | 9,232 |
| **Early In Person Voters:** | 54,843 | 61,493 | 38,729 | 26,258 | 52,195 | | | | | 992,890 |
| **Mail Ballots Returned:** | 21,928 | 8,326 | 4,013 | 560 | 6,407 | | | | | 156,157 |
| **Total Early Voters:** | 76,771 | 69,819 | 42,742 | 26,818 | 58,602 | | | | | 1,149,047 |
| | | | | | | | | | | |
| **Ballots Mailed:** | 1,518 | 1,048 | 0 | 1,166 | 90 | | | | | 249,738 |