```
86R24156 GRM-D
```

By: Fierro                                                                                              H.B. No. 2898

Substitute the following for H.B. No. 2898:

By:  Israel                                                                                           C.S.H.B. No. 2898

                             A BILL TO BE ENTITLED
                                   AN ACT
relating to voting outside of the polling place.
        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:
        SECTION 1.  The heading to Section 64.009, Election Code, is amended to read as follows:
        Sec. 64.009.  VOTING OUTSIDE [VOTER UNABLE TO ENTER] POLLING PLACE FOR CERTAIN VOTERS.
        SECTION 2.  Section 64.009, Election Code, is amended by adding Subsections (a-1) and (e) to read as follows:
        (a-1)  The authority conducting the election may permit a voter who is a parent or legal guardian of a child who is five years of age or younger and is accompanied by that child to vote in the same manner as a voter under Subsection (a).
        (e)  The secretary of state, in cooperation with county elections administrators, shall conduct a study to determine the best practices in conducting voting under Subsection (a-1).  Not later than December 31, 2020, the secretary of state shall report the study's findings to the committees of each house of the legislature with jurisdiction over elections.  This subsection expires on September 1, 2021.
        SECTION 3.  The heading to Section 85.034, Election Code, is amended to read as follows:
        Sec. 85.034.  VOTING OUTSIDE [VOTER UNABLE TO ENTER] POLLING PLACE FOR CERTAIN VOTERS.
        SECTION 4.  This Act takes effect September 1, 2019.

# Texas Legislature Online
# History

**Bill:** HB 2898  **Legislative Session:** 86(R)  **Council Document:** 86R 8878 GRM-D

| | |
|---|---|
| **Last Action:** | 05/08/2019 S Received from the House |
| **Caption Version:** | Engrossed |
| **Caption Text:** | Relating to voting outside of the polling place. |
| **Author:** | Fierro |
| **Subjects:** | Disabilities, Persons with (I0380)<br>Elections--Administration (I0277)<br>Elections--General (I0310)<br>SECRETARY OF STATE (V0042) |
| **House Committee:** | Elections |
| **Status:** | Out of committee |
| **Vote:** | Ayes=8   Nays=1   Present Not Voting=0   Absent=0 |

**Actions**: (descending date order)
Viewing Votes: Most Recent House Vote

| | Description | Comment | Date | Time | Journal Page |
|---|---|---|---|---|---|
| S | Received from the House | | 05/08/2019 | | 1772 |
| H | Reported engrossed | | 05/08/2019 | 03:42 PM | 3468 |
| H | Statement(s) of vote recorded in Journal | | 05/08/2019 | | 3213 |
| H | Record vote | RV#1145 | 05/08/2019 | | 3213 |
| H | Passed | | 05/08/2019 | | 3213 |
| H | Read 3rd time | | 05/08/2019 | | 3212 |
| H | Nonrecord vote recorded in Journal | | 05/07/2019 | | 3147 |
| H | Passed to engrossment | | 05/07/2019 | | 3146 |
| H | Read 2nd time | | 05/07/2019 | | 3146 |
| H | Placed on General State Calendar | | 05/06/2019 | | |
| H | Considered in Calendars | | 05/03/2019 | | |
| H | Committee report sent to Calendars | | 05/01/2019 | | |
| H | Committee report distributed | | 04/30/2019 | 07:48 PM | |
| H | Comte report filed with Committee Coordinator | | 04/30/2019 | | 2645 |
| H | Reported favorably as substituted | | 04/25/2019 | | |
| H | Committee substitute considered in committee | | 04/25/2019 | | |
| H | Considered in formal meeting | | 04/25/2019 | | |
| H | Left pending in committee | | 04/01/2019 | | |
| H | Testimony taken/registration(s) recorded in committee | | 04/01/2019 | | |
| H | Committee substitute considered in committee | | 04/01/2019 | | |
| H | Considered in public hearing | | 04/01/2019 | | |
| H | Scheduled for public hearing on . . . | | 04/01/2019 | | |
| H | Referred to Elections | | 03/12/2019 | 12:07 PM | 682 |
| H | Read first time | | 03/12/2019 | | 682 |
| H | Filed | | 03/01/2019 | | |