IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D., WENDELL CHAMPION, HON. STEVE TOTH, AND SHARON HEMPHILL,<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS HOLLINS, in his official capacity as Harris County Clerk,<br><br>Defendant. | Civil Action<br><br>No. 4:20-cv-03709-ASH |

**MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs Steven Hotze, M.D., Wendell Champion, Hon. Steve Toth, and Sharon Hemphill move for a preliminary injunction against Chris Hollins, in his official capacity as Harris County Clerk, based on the following:

    1. Through the accompanying brief/memorandum of law, declarations, and exhibits, Plaintiffs demonstrate a likelihood of success on the merits of their claims.

    2. Absent injunctive relief, Plaintiffs will suffer irreparable harm in the form of deprivation of constitutional and statutory rights.

    3. The requested injunction is in the public interest.

    4. The balance of the equities favors Plaintiffs.

Therefore, Plaintiffs respectfully request that the Court enter an order to:

    1) Grant a preliminary mandatory injunction against Defendant Hollins and the Harris County Clerk's Office to require that all memory cards from the ten (10) drive-

thru voting locations be secured and not entered or downloaded into the Tally machine until this Court issues an order on this Complaint.

2) Reject any votes it finds were cast in violation of the Texas Election Code.

3) Order Defendant Hollins and the Harris County Clerk's Office to review all curbside voting applications submitted by a person requesting to vote curbside during either Early Voting or Election Day Voting in Harris County for facial compliance with Texas Election Code sections 64.009, 82.002, and 1104.001-104.005, as required by the Texas Election Code Sections 83.002 and 014.001;4.

4) Reject all curbside voting applications submitted by any person requesting to vote curbside during either Early Voting or Election Day Voting in Harris County which lack facial compliance with Texas Election Code Sections 64.009, 82.002, and 104.001-104.005, as required by the Texas Election Code Sections 83.002 and 104.001;5.

5) Grant to Plaintiffs such other and further relief for which they are entitled in the interests of justice.

Dated:  October 28, 2020                                      Respectfully submitted,

                                                                                          /s/ Jared R. Woodfill
                                                                                         JARED R. WOODFILL
                                                                                         State Bar No. 00788715
                                                                                         Woodfill Law Firm, P.C.
                                                                                         3 Riverway, Suite 750
                                                                                         Houston, Texas 77056
                                                                                         P:(713) 751-3080
                                                                                         Fax: (713) 751-3058
                                                                                         woodfillservice@gmail.com
                                                                                         *Counsel for Plaintiffs*