# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Steven F. Hotze, MD, et al.

v.          Case Number: 4:20–cv–03709

Chris Hollins

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew S Hanen

**PLACE:**
Courtroom 9C
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/2/2020

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Motion Hearing
Complaint – #1
Motion for Preliminary Injunction – #3
Motion to Intervene – #5

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:    October 30, 2020

                                           David J. Bradley, Clerk