UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-03709 |
|---|---|---|---|
| STEVEN HOTZE, M.D., WENDELL CHAMPION, HON. STEVE TOTH, AND SHARON HEMPHILL, ||||
| *versus* ||||
| CHRIS HOLLINS, in his official capacity as Harris County Clerk, ||||

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel Osher<br>Perkins Coie LLP<br>700 13th Street NW, Suite 800<br>Washington, DC 20005<br>(202)654-6271; DOsher@perkinscoie.com<br>See Attachment A |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Defendant - Intervenors: MJ for Texas, Mary Currie, Carlton Currie, Jr., JeKaya Simmons, Daniel Coleman |

Has applicant been sanctioned by any bar association or court?   Yes __    __ No __ ✓ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/31/2020 | Signed: *Daniel O[signature]* |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                    United States District Judge

ATTACHMENT A

| Court: | Bar Number (if any) | Admission Date | Status with Bar or Court |
|---|---|---|---|
| **State Courts** | | | |
| State of Washington | 51206 | October 6, 2016 | Active |
| District of Columbia | 1632852 | September 30, 2019 | Active |
| **Federal Courts** | | | |
| United States Court of Appeals for the 5th Circuit | | October 28, 2019 | Active |
| United States Court of Appeals for the 9th Circuit | | June 23, 2017 | Active |
| United States Court of Appeals for the 11th Circuit | | September 12, 2019 | Active |