| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-03709 |
|---|---|---|---|

STEVEN HOTZE, M.D., WENDELL CHAMPION, HON. STEVE TOTH, AND SHARON HEMPHILL,

*versus*

CHRIS HOLLINS, in his official capacity as Harris County Clerk,

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Marc E. Elias<br>Perkins Coie LLP<br>700 13th Street NW, Suite 800<br>Washington, DC 20005<br>(202)654-6200; MElias@perkinscoie.com<br>See Attachment A |
|---|---|

| Name of party applicant seeks to appear for: | Defendant - Intervenors: MJ for Texas, Mary Currie, Carlton Currie, Jr., JeKaya Simmons, Daniel Coleman |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __   __   No __ ✓ __

On a separate sheet for each sanction, please supply the full particulars.

Dated: 10/31/2020   Signed: /s/

The state bar reports that the applicant's status is:

Dated:   Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
United States District Judge

ATTACHMENT A

| Court: | Bar Number (if any) | Admission Date | Status with Bar or Court |
|---|---|---|---|
| **State Courts** | | | |
| District of Columbia | 442007 | June 30, 1994 | Active |
| **Federal Courts** | | | |
| United States Supreme Court | | February 23, 2009 | Active |
| United States Court of Appeals for the District of Columbia Circuit | | January 4, 1995 | Active |
| United States Court of Appeals for the 3rd Circuit | | March 15, 2010 | Active |
| United States Court of Appeals for the 4th Circuit | | August 19, 2014 | Active |
| United States Court of Appeals for the 5th Circuit | | August 26, 2011 | Active |
| United States Court of Appeals for the 6th Circuit | | 2016 | Active |
| United States Court of Appeals for the 7th Circuit | | May 8, 2020 | Active |
| United States Court of Appeals for the 9th Circuit | | September 27, 2016 | Active |
| United States Court of Appeals for the 10th Circuit | | June 17, 1999 | Active |
| United States Court of Appeals for the 11th Circuit | | September 26, 2017 | Active |
| United States District Court for the District of Columbia | | January 9, 1995 | Active |
| United States District Court for the Eastern District of Michigan | | June 2, 1995 | Active |
| United States District Court for the Western District of Wisconsin | | May 10, 2015 | Active |
| United States District Court for the Northern District of Florida | | November 2015 | Active |