| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-03709 |
|---|---|---|---|

STEVEN HOTZE, M.D., WENDELL CHAMPION, HON. STEVE TOTH, AND SHARON HEMPHILL,

*versus*

CHRIS HOLLINS, in his official capacity as Harris County Clerk,

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christina Ford<br>Perkins Coie LLP<br>700 13th Street NW, Suite 800<br>Washington, DC 20005<br>(202)654-6346; ChristinaFord@perkinscoie.com<br>See Attachment A |

| Name of party applicant seeks to appear for: | Defendant - Intervenors: MJ for Texas, Mary Currie, Carlton Currie, Jr., JeKaya Simmons, Daniel Coleman |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __ No __ ✓ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/31/2020 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____

_____
United States District Judge

ATTACHMENT A

| Court: | Bar Number (if any) | Admission Date: | Status with Bar or Court |
|---|---|---|---|
| **State Courts:** | | | |
| State of Florida | 1011634 | October 12, 2018 | Active |
| District of Columbia | 1655542 | February 7, 2020 | Active |
| **Federal Courts** | | | |
| U.S. Court of Appeals for the Eleventh Circuit | N/A | April 25, 2019 | Active |
| U.S. District Court for the Middle District of Florida | N/A | January 16, 2020 | Active |
| U.S. District Court for the Northern District of Florida | N/A | May 5, 2020 | Active |