| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-03709 |
|---|---|---|---|

STEVEN HOTZE, M.D., WENDELL CHAMPION, HON. STEVE TOTH, AND SHARON HEMPHILL,

*versus*

CHRIS HOLLINS, in his official capacity as Harris County Clerk,

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John M. Devaney<br>Perkins Coie LLP<br>700 13th Street NW, Suite 800<br>Washington, DC 20005<br>(202)654-9124; JDevaney@perkinscoie.com<br>See Attachment A |
|---|---|

| Name of party applicant seeks to appear for: | Defendant - Intervenors: MJ for Texas, DSCC, DCCC Mary Currie, Carlton Currie, Jr., JeKaya Simmons, Daniel Coleman |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __     __ No __ ✓ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/31/2020 | Signed: *John M. Devaney* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                              United States District Judge

## ATTACHMENT A

| Court: | Bar Number | Admission | Status |
|---|---|---|---|
| District of Columbia | 375465 | 1983 | Active |
| United States District of Columbia Court of Appeals | | 1983 | Active |
| United Sates District Court for the District of Columbia | | 1989 | Active |
| United States Court for the District of Colorado | | 2000 | Active |
| United States Court of Appeals for the Fifth Circuit | | 2011 | Active |
| United States Court of Appeals for the Sixth Circuit | | 1994 | Active |
| United States Court of Appeals for the Eighth Circuit | | 2004 | Active |
| United States Court of Appeals for the Ninth Circuit | | 2005 | Active |
| United States Court of Appeals for the Tenth Circuit | | 2005 | Active |
| United States Court of Appeals for the Federal Circuit | | 1990 | Active |
| Supreme Court of the United States of America | | 2011 | Active |