# Exhibit 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D.; WENDELL CHAMPION; HON. STEVE TOTH; and SHARON HEMPHILL,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHRIS HOLLINS, in his official capacity as Harris County Clerk,<br><br>*Defendants*,<br><br>and<br><br>MJ FOR TEXAS; DSCC; DCCC; MARY CURRIE; CARLTON CURRIE, JR., JEKAYA SIMMONS, and DANIEL COLEMAN,,<br><br>*Proposed Intervenor-Defendants* | Civil Action No. 4:20-cv-03709 |

## DECLARATION OF MARY CURRIE

Pursuant to 20 U.S.C. § 1746, I, Mary Currie, declare as follows:

1. My name is Mary Currie. I am over the age of 18, have personal knowledge of the facts stated in this declaration, and can competently testify to their truth.

2. I am currently a registered voter in Harris County, Texas. I try to vote in every election. I am very active in my community and I have served several times as an election clerk at precinct polling places on election day.

3. On the first day of early voting in Harris County, I voted using Harris County's drive-thru voting at the NRG Stadium. The process felt safe and secure, and just like voting at an indoor polling place. For example, I had to show my ID and sign the register before I was permitted to vote.

Exhibit 5
Page 1 of 2

4. I chose to vote using drive-thru voting because I am 67 years old and concerned about my health should I contract COVID-19. I also chose to vote using drive-thru voting because Harris County advertised it as an option for voters this year and I believed it was a good option for someone like me.

5. I am now concerned that I may need to cast a second ballot to ensure my vote is counted. Because early voting ends today, the only way for me to do that would be to go to my polling place on Election Day. Given my age, I am concerned doing so would jeopardize my health.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 30, 2020

By: *Mary Currie*

Mary Currie