# Exhibit 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| STEVEN HOTZE, M.D.; WENDELL CHAMPION; HON. STEVE TOTH; and SHARON HEMPHILL, | |
| *Plaintiffs*, | Civil Action No. 4:20-cv-03709 |
| v. | |
| CHRIS HOLLINS, in his official capacity as Harris County Clerk, | |
| *Defendants*, | |
| and | |
| MJ  FOR TEXAS; DSCC; DCCC; MARY CURRIE; CARLTON CURRIE, JR., JEKAYA SIMMONS, and DANIEL COLEMAN, | |
| *Proposed Intervenor-Defendants* | |

## <u>DECLARATION OF CARLTON CURRIE JR.</u>

Pursuant to 20 U.S.C. § 1746, I, Carlton Currie Jr., declare as follows:

1.      My name is Carlton Currie Jr. I am over the age of 18, have personal knowledge of the facts stated in this declaration, and can competently testify to their truth.

2.      I am currently a registered voter in Harris County, Texas. I try to vote in every election. I am very active in my community and I have previously served as an election judge, alternate judge, and clerk in many elections.

3.      On the first day of early voting in Harris County, I voted using Harris County's drive-thru voting at the NRG Stadium. The process felt safe and secure. For example, I had to show my ID and sign the register before I was permitted to vote.

4.      I chose to vote using drive-thru voting because I am 74 years old and concerned

Exhibit 6
Page 1 of 2

about my health should I contract COVID-19. I also chose to vote using drive-thru voting because Harris County advertised it as an option for voters this year and I believed it was a good option for someone like me.

5.      I am now worried that my ballot may not be counted even though I did all my election officials asked of me.

6.      I also concerned that I may need to cast a second ballot to ensure my vote is counted. Because early voting ends today, the only way for me to do that would be to go to my polling place on Election Day. Given my age, I am concerned doing so would jeopardize my health.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: __October 30, 2020__

By: _Carlton Currie Jr._____
95ED8241AD93413...

Carlton Currie Jr.

Exhibit 6
Page 2 of 2