# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D.; WENDELL CHAMPION; HON. STEVE TOTH; and SHARON HEMPHILL, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHRIS HOLLINS, in his official capacity as Harris County Clerk, <br><br> *Defendants*, <br><br> and <br><br> MJ FOR TEXAS; DSCC; DCCC; MARY CURRIE; CARLTON CURRIE, JR.; JEKAYA SIMMONS; and DANIEL COLEMAN, <br><br> *Proposed Intervenor-Defendants* | Civil Action No. 4:20-cv-03709 |

## DECLARATION OF DANIEL COLEMAN

Pursuant to 20 U.S.C. § 1746, I, Daniel Coleman, declare as follows:

1. My name is Daniel Coleman. I am over the age of 18, have personal knowledge of the facts stated in this declaration, and can competently testify to their truth.

2. I am currently a registered voter in Harris County, Texas. I registered to vote after becoming a citizen in 2018 and was thrilled to cast a vote in my first presidential election in the United States this year.

3. On the first day of early voting in Harris County, I voted using Harris County's drive-thru voting at the Toyota Center. I had to show my ID and sign the register before I was permitted to vote.

4. I chose to vote using drive-thru voting because Harris County advertised it as an

Exhibit 8
Page 1 of 2

- 2 -

option for voters this year and I believed it was a good option for someone like me. Given this litigation, I am now seriously concerned that my ballot may not be counted even though I did everything election officials asked me to do.

5. I am seriously concerned about the fact that if this court were to invalidate my legitimate vote, I would have to go cast a new ballot to ensure my vote is counted. Because early voting ends today, the only way for me to do so would be to go to my polling place on Election Day. The whole reason I voted early was to avoid having to go to the polls on Election Day. I have a full-time job and have to care for my 2-year-old and 4-year-old children.

6. Since March, I have been strictly isolating from large groups of people because I have immunocompromised individuals in my "pod" and am very worried about passing the coronavirus to them. This was one of the main reasons I chose the drive-through option. Going to the polls to vote in-person on Election Day would force me to come into close contact with others and risk becoming infected, endangering my own health and the lives of others. I would be forced into a position where I would have to choose between my right to vote and the wellbeing of my family and myself.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 30, 2020

By: *Daniel Coleman* (DocuSigned, DE0F0C644512484...)

Daniel Coleman