# Exhibit 9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D.; WENDELL CHAMPION; HON. STEVE TOTH; and SHARON HEMPHILL,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHRIS HOLLINS, in his official capacity as Harris County Clerk,<br><br>*Defendants*,<br><br>and<br><br>MJ FOR TEXAS; DSCC; DCCC; MARY CURRIE; CARLTON CURRIE; JEKAYA SIMMONS; AND DANIEL COLEMAN,<br><br>*Proposed Intervenor-Defendants* | Civil Action No. 4:20-cv-03709 |

## DECLARATION OF LAURA HINES-PIERCE

Pursuant to 20 U.S.C. § 1746, I, Laura Hines-Pierce declare as follows:

1. My name is Laura Hines-Pierce. I am over the age of 18, have personal knowledge of the facts stated in this declaration, and can competently testify to their truth.

2. I am currently a registered voter in Harris County, Texas. On October 13, I voted using Harris County's drive-thru voting at the Toyota Center. The process felt safe and secure. I remember that I had to show my ID before I was permitted to vote

3. I chose to vote using drive-thru voting because Harris County advertised it as an option for voters this year and I believed it was a good option for someone like me. I have an 8-week-old baby (who was 6 weeks at the time I voted) and I could not have easily stood outside in

- 2 -

a line to vote under the circumstances.

4. I had such a good experience with drive-thru voting that my husband and I recommended it to friends, who also used drive-thru voting.

5. I am now worried that my ballot may not be counted even though I did all my election officials asked of me.

6. Since voting in mid-October, I have temporarily left Texas and am currently in California. It would not be possible to return to cast a second ballot on Election Day without enormous difficulty and cost.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 31, 2020

By: *Laura Hines-Pierce*
—180449312ABB448...

Laura Hines-Pierce