IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D.; WENDELL CHAMPION; HON. STEVE TOTH; and SHARON HEMPHILL,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHRIS HOLLINS, in his official capacity as Harris County Clerk,<br><br>*Defendant*,<br><br>and<br><br>MJ FOR TEXAS; DSCC; DCCC; MARY CURRIE; CARLTON CURRIE; JEKAYA SIMMONS; and DANIEL COLEMAN,<br><br>*Proposed Intervenor-Defendants* | Civil Action No. 4:20-cv-03709 |

**PROPOSED INTERVENOR-DEFENDANTS' NOTICE OF FILING OF PROPOSED ORDERS FOR MOTIONS (ECF NOS. 5, 12, 13)**

Pursuant to Section 7(O) of this Court's Civil Procedures, Proposed Intervenor-Defendants MJ for Texas, DSCC, DCCC, Mary Currie, Carlton Currie, Jr., Jekaya Simmons, and Daniel Coleman respectfully submit the attached proposed orders for the following recently filed motions:

- Motion to Intervene (ECF No. 5)

- Motion to Appear Remotely and on Behalf of Attorney-In-Charge at November 2 Hearing (ECF No. 12)

- Motion for Leave to File Opposition to Plaintiffs' Motion for a Preliminary Injunction (ECF No. 13)

- 2 -

November 1, 2020

Marc E. Elias*
John Devaney*
Daniel C. Osher*
Christina A. Ford*
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Fascimile: (202) 654-9996
melias@perkinscoie.com
jdevaney@perkinscoie.com
dosher@perkinscoie.com
christinaford@perkinscoie.com

*derPro hac vice* motion pending

Respectfully submitted,

*/s/ Skyler M. Howton*
Skyler M. Howton
PERKINS COIE LLP
500 North Akard St., Suite 3300
Dallas, TX 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
showton@perkinscoie.com

Matthew J. Mertens*
PERKINS COIE LLP
1120 N.W. Couch Street
Portland, O.R. 97209-4128
Telephone: (503) 727-2000
Facsimile: (503) 727-2222
mmertens@perkinscoie.com

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that on November 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically serves notification of the filing on counsel for all parties.

                                          */s/ Skyler M. Howton*
                                          Skyler M. Howton