IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D.; WENDELL CHAMPION; HON. STEVE TOTH; and SHARON HEMPHILL,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHRIS HOLLINS, in his official capacity as Harris County Clerk,<br><br>*Defendant*,<br><br>and<br><br>MJ FOR TEXAS; DSCC; DCCC; MARY CURRIE; CARLTON CURRIE; JEKAYA SIMMONS; and DANIEL COLEMAN,<br><br>*Proposed Intervenor-Defendants* | Civil Action No. 4:20-cv-03709 |

**ORDER ON MOTION TO APPEAR REMOTELY AND ON BEHALF OF ATTORNEY-IN-CHARGE AT NOVEMBER 2 HEARING**

Upon consideration of Proposed Intervenor-Defendants MJ for Texas, DSCC, DCCC, Mary Currie, Carlton Currie, Jr., Jekaya Simmons, and Daniel Coleman's Motion to Appear Remotely and on Behalf of Attorney-In-Charge (ECF No. 12), the Motion is GRANTED.

Attorney John Devaney is hereby permitted to appear at the Court's November 2, 2020 hearing on behalf of Proposed Intervenor-Defendants remotely and on behalf of Attorney-In-Charge Skyler Howton.

Date: _____        _____
                                Hon. Andrew S. Hanen
                                United States District Judge