# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D.; WENDELL CHAMPION; HON. STEVE TOTH; and SHARON HEMPHILL, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHRIS HOLLINS, in his official capacity as Harris County Clerk, <br><br> *Defendant*, <br><br> and <br><br> MJ FOR TEXAS; DSCC; DCCC; MARY CURRIE; CARLTON CURRIE; JEKAYA SIMMONS; and DANIEL COLEMAN, <br><br> *Proposed Intervenor-Defendants* | Civil Action No. 4:20-cv-03709 |

## ORDER ON MOTION TO INTERVENE

Upon consideration of Proposed Intervenor-Defendants MJ for Texas, DSCC, DCCC, Mary Currie, Carlton Currie, Jr., Jekaya Simmons, and Daniel Coleman's Motion to Intervene (ECF No. 5), supporting authorities, and the evidence and pleadings of record, this Court finds that the moving parties are entitled to intervene as Defendants in this action. Fed. R. Civ. P. 24. Proposed Intervenor-Defendants' Motion to Intervene (ECF No. 5) is therefore GRANTED.

Date: _____                           _____
                                                Hon. Andrew S. Hanen
                                                United States District Judge