IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D.; WENDELL CHAMPION; HON. STEVE TOTH; and SHARON HEMPHILL,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHRIS HOLLINS, in his official capacity as Harris County Clerk,<br><br>*Defendant*,<br><br>and<br><br>MJ FOR TEXAS; DSCC; DCCC; MARY CURRIE; CARLTON CURRIE; JEKAYA SIMMONS; and DANIEL COLEMAN,<br><br>*Proposed Intervenor-Defendants* | Civil Action No. 4:20-cv-03709 |

**ORDER ON MOTION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Upon consideration of Proposed Intervenor-Defendants MJ for Texas, DSCC, DCCC, Mary Currie, Carlton Currie, Jr., Jekaya Simmons, and Daniel Coleman's Motion for Leave to File Opposition to Plaintiffs' Motion for a Preliminary Injunction (ECF No. 13), the Motion is GRANTED. The proposed opposition (ECF No. 13-1) and its accompanying materials (ECF Nos. 13-2 through 13-11), are hereby ACCEPTED.

Date: _____

_____
Hon. Andrew S. Hanen
United States District Judge