IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN HOTZE, M.D., WENDELL CHAMPION, HON. STEVE TOTH, AND SHARON HEMPHILL, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 4:20-cv-3709 |
| v. | ) ) | |
| CHRIS HOLLINS, in his official capacity as Harris County Clerk, | ) ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

**DEFENDANT'S NOTICE OF RELATED DECISION**

TO THE HON. ANDREW HANEN, UNITED STATES DISTRICT JUDGE:

Defendant Chris Hollins, in his official capacity as Harris County Clerk, respectfully files this notice to apprise the Court of a related decision released today. Defendant plans to file a full response to the application for a preliminary injunction, but in the interest of time, he provides the Court with this notice immediately.

Plaintiffs presented identical complaints to the Texas Supreme Court in a petition for writ of mandamus filed just one day before this complaint. *See* Ex. A. They alleged the same violations of the Texas Election Code, *id*. at 10-11, 15-19, and based on that premise, they claimed the same federal rights. *Id*. at 12-14, 19-20. And they sought the same remedies. *Id*. at 25-26. Defendant filed a full response. Ex. B. On Sunday, November 1, the Texas Supreme Court denied the petition and declined to grant Plaintiffs any relief based on these same claims. Ex. C.

Respectfully submitted,

MITHOFF LAW

*/s/ Richard Warren Mithoff*
Richard Warren Mithoff
*Attorney of Record*
Texas Bar No. 14228500
Federal ID No. 2102
rmithoff@mithofflaw.com
Janie L Jordan
Texas Bar No. 11012700
Federal ID No. 17407
jjordan@mithofflaw.com
Sherie Potts Beckman
Texas Bar No. 16182400
Federal ID No. 11098
sbeckman@mithofflaw.com
500 Dallas Street, Suite 3450
Houston, Texas 77002
Telephone:    (713) 654-1122
Facsimile:     (713) 739-8085

OF COUNSEL:
Joseph R. Alexander, JR.
THE ALEXANDER FIRM, PLLC
Texas Bar No. 00995150
Federal ID No. 1368
Two Greenway Plaza, Suite 650
Houston, Texas 77046
Telephone:    (713) 344-2094
Facsimile:     (713)513-5543
joe@alexanderfirmpllc.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via the Court's electronic filing system pursuant to the Federal Rules of Civil Procedure on the November 1, 2020.

*/s/ Richard Warren Mithoff*
Richard Warren Mithoff