IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D.; WENDELL CHAMPION; HON. STEVE TOTH; and SHARON HEMPHILL,<br><br>          Plaintiffs,<br><br>     v.<br><br>CHRIS HOLLINS, in his official capacity as Harris County Clerk;<br><br>          Defendant. | Case No. 4:20-cv-03709 |

### [PROPOSED] ORDER GRANTING INTERVENOR-DEFENDANTS' TEXAS STATE CONFERENCE OF NAACP BRANCHES, COMMON CAUSE TEXAS, YEKATERINA SNEZKOVA AND ANDREA CHILTON GREER MOTION TO INTERVENE

Pending before the Court is Intervenor Defendants' Texas State Conference of NAACP Branches, Common Cause Texas, Yekaterina Snezkova, and Andrea Chilton Greer Motion to Intervene. Having considered the parties' briefing and any argument on this matter, the Court finds that the motion should be, and hereby is, GRANTED.

So ORDERED this _____ day of _____, 2020.

_____
**THE HONORABLE ANDREW S. HANEN**

1