| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | |
|---|---|---|---|
| | | | |
| | *versus* | | |
| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | |
|---|---|

| Name of party applicant seeks to appear for: | |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | Signed: | *[signature]* |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                   United States District Judge