UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-03709 |
|---|---|---|---|
| Hoetze, et al. ||||
| *versus* ||||
| Hollins, et al. ||||

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ezra Rosenberg<br>Lawyers' Committee for Civil Rights Under Law<br>1500 K Street NW, 9th Floor<br>Washington, DC 2005<br>(202) 662-8300 erosenberg@lawyerscommittee.org<br>New Jersey 012671974<br>District of D.C. 360927 |
| Name of party applicant seeks to appear for: | Proposed Defendant-Intervenors Texas State Conference of NAACP Branches, Common Cause Texas, Yekaterina Snezkova & Andrea Chilton Greet |

Has applicant been sanctioned by any bar association or court?   Yes __     __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/1/2020 | Signed: | /s/ Ezra Rosenberg |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:            Clerk's signature

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                United States District Judge