| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-03709 |
|---|---|---|---|

| Hoetze, et al. |
|---|
| *versus* |
| Hollins, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Neil Steiner<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3500 neil.steiner@dechert.com<br>New York 2888162<br>Southern District of New York |

| Name of party applicant seeks to appear for: | Proposed Defendant-Intervenors Texas State Conference of NAACP Branches, Common Cause Texas, Yekaterina Snezkova & Andrea Chilton Greet |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __ __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/1/2020 | Signed: | /s/ Neil Steiner |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:            Clerk's signature

**Order**      **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                            United States District Judge