UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-03709 |
|---|---|---|---|

STEVEN HOTZE, M.D.; WENDELL CHAMPION; HON. STEVE TOTH; and SHARON HEMPHILL,

*versus*

CHRIS HOLLINS, in his official capacity as Harris County Clerk,

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | John Powers<br>Lawyers' Committee for Civil Rights Under Law<br>1500 K Street NW, Suite 900<br>Washington, DC 20005<br>202-662-8389  |  jpowers@lawyerscommittee.org<br>Barred in the District of Columbia (Bar No. 1024831) and Maryland (Bar No. 1312190017), and the U.S. District Court for the District of Columbia (Bar No. 1024831) |
|---|---|

| Name of party applicant seeks to appear for: | Texas State Conference of NAACP Branches, Common Cause Texas, Andrea Chilton Greer, Ekaterina Snezhkova |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No  X  

On a separate sheet for each sanction, please supply the full particulars.

Dated:   11/1/2020      Signed:   *John Powers*

The state bar reports that the applicant's status is:

Dated:                Clerk's signature

### Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                      United States District Judge