

# THE SUPREME COURT OF TEXAS

Orders Pronounced November 1, 2020

**MISCELLANEOUS**

THE FOLLOWING PETITION FOR WRIT OF MANDAMUS IS DENIED:

20-0863   IN RE STEVEN HOTZE, M.D., WENDELL CHAMPION, HON. STEVE TOTH, AND SHARON HEMPHILL

motion to exceed word limit granted
relators' emergency motion for temporary relief denied

Exhibit 1