

# THE SUPREME COURT OF TEXAS

Orders Pronounced October 22, 2020

### ORDERS ON PETITIONS FOR REVIEW

A STAY IS ISSUED IN THE FOLLOWING PETITION FOR REVIEW:

20-0785   JETALL COMPANIES, INC. v. JPG WACO HERITAGE, LLC; from McLennan County; 7th Court of Appeals District (07-20-00126-CV, ___ SW3d ___, 06-20-20)

petitioner's emergency motion to stay proceedings granted
stay order issued

[**Note**: The petition for review remains pending before this Court.]

### MISCELLANEOUS

THE FOLLOWING PETITIONS FOR WRIT OF MANDAMUS ARE DENIED:

20-0800   IN RE JUAN GERARDO PEREZ PICHARDO AND PUBLIC INTEREST LEGAL FOUNDATION, INC.; 14th Court of Appeals District (14-20-00685-CV, ___ SW3d ___, 10-08-20)

Justice Devine notes his dissent to the Court's denial of the petition for writ of mandamus relief.

(Justice Boyd not participating)

20-0815   IN RE JUAN GERARDO PEREZ PICHARDO AND THE REPUBLICAN PARTY OF TEXAS; 14th Court of Appeals District (14-20-00697-CV, ___ SW3d ___, 10-14-20)

as amended

Justice Devine notes his dissent to the Court's denial of the petition for writ of mandamus relief. *See* opinion issued in cause 20-0739, *In re Steven Hotze, M.D., et al.*

(Justice Guzman and Justice Boyd not participating)

20-0819   IN RE STEVEN HOTZE, M.D., HARRIS COUNTY REPUBLICAN PARTY, KEITH NIELSEN, AND SHARON HEMPHILL

**Exhibit 2**

relators' emergency motion for temporary relief denied

Justice Devine delivered a dissent to the Court's denial of mandamus relief and emergency stay.

*See* opinion issued in cause 20-0739, *In re Steven Hotze, M.D., et al.*

THE FOLLOWING PETITIONS FOR WRIT OF MANDAMUS ARE DENIED:

20-0830  IN RE ELIZABETH BIESEL, LAURA BIESEL, MEG BAKICH, LISA BURROUGHS & LYNN DAVENPORT

Justice Devine notes his dissent to the Court's denial of the petition for writ of mandamus relief.

Exhibit 2