| | |
|---|---|
| **STATE of TEXAS** | § § § |
| | § |
| **COUNTY OF HARRIS** | § § |

### DECLARATION OF REBECCA ("BETH") STEVENS, SENIOR ADVISOR, VOTING RIGHTS AND ACCESS HARRIS COUNTY CLERK'S OFFICE

My name is Beth Stevens. My date of birth is            , and my address is 1001 Preston, Houston, Harris County, Texas, 77002. I declare under penalty of perjury that the foregoing is true and correct:

1.   I am submitting this declaration and its attachments to explain the facts surrounding the planning, announcements, and implementation of drive-thru voting in Harris County.

2.   I am an attorney and a member of the State Bar of Texas. Beginning in June 2020, I became the Senior Advisor for Voting Rights and Access of the Harris County Clerk's Office and was tasked with helping plan and implement the conduct and management of the July primary runoff election and the November general election. As part of my duties, I regularly communicate with attorneys in the Division of Elections of the Office of the Texas Secretary of State ("SOS").

3.   Attached to this Declaration are true and correct copies of the items listed in the Index to Supplemental Mandamus Record.

**DECLARATION OF BETH STEVENS – Page 1 of 5**

Exhibit 6

4.	As the Early Voting Clerk, the Harris County Clerk designates staff members to confer with the SOS about plans for the election and any changes to election procedures. As a designee, I routinely seek advice on election law pursuant to the SOS's statutory duty to provide that advice. It is a regular practice in Texas for local elections authorities to get advice from the SOS. Sometimes that advice is given verbally over the phone. Sometimes the SOS sends an email confirming advice. And sometimes the SOS issues a formal Advisory to all election officials.

5.	I sought advice from the SOS related to drive-thru voting over the course of multiple conversations. The SOS approved of the idea and made suggestions to keep the project in compliance with the law, such as providing access to all voters who come to a particular location whether in a vehicle, by bicycle, or on foot.

6.	As is the routine practice, the County Clerk's Office held a series of "stakeholder meetings" over the summer to discuss plans for the general election, get informal input from stakeholders, get formal input on topics like the names of proposed election judges and alternate judges for early voting and Election Day, and explain decisions the County Clerk made to manage and conduct the election such as the implementation of the drive-thru voting program. The Harris County Republican Party ("HCRP") was invited to these meetings and regularly sent representatives. As a result, the HCRP has been aware of the County Clerk's plans for drive-thru voting, including the pilot project that was conducted on July 10 and

<u>**DECLARATION OF BETH STEVENS – Page 2 of 5**</u>

Exhibit 6

the ten locations that were submitted to Commissioners Court for approval and are in operation today.

7. Each drive-thru location is constructed of metal frames and durable tent covers covering a space of at least ten feet by twenty feet, with a ten-foot wide lane for a car to pass through. The drive-thru locations were designed to allow space both for election workers and for poll watchers. There is space for poll watchers to observe the interaction between the election worker and the voter, such as by bringing a chair to sit inside the tent, and a number of poll watchers have shown up at our drive-thru locations.

8. Voters who are biking have utilized drive-thru voting, but no walkers have utilized drive-thru voting to date. The capacity of the drive-thru lines varies by location. For example, there are thirty drive-thru lanes at NRG Arena and only ten at the Houston Food Bank. The photographs in the brief are of the NRG Arena location.

9. As voters are waiting in line at a drive-thru voting center, a Greeter asks them to make sure they have photo identification handy.  Once a voting booth opens up, the Greeter tells the voter to turn off their cell phones, as recording devices are prohibited in polling places.

10. When a voter enters a particular drive-thru booth in their vehicle, an election clerk checks their identification, asks the voter the usual questions about whether their address is current, again instructs the voter to turn off their cell phones,

<u>**DECLARATION OF BETH STEVENS – Page 3 of 5**</u>

Exhibit 6

and determines whether the voter is on the voter roll. If so, the election clerk has the voter sign the voting roster, then hands them a voting code and a voting machine — all just as if the voter was casting their vote at a walk-in voting center. The election worker then steps away so the voter has privacy while voting. The voting machines are connected to a judge's booth controller ("JBC") unit where votes are backed up and stored. When the voter is done marking their ballot, the voter hands the election worker the voting machine and departs. The election worker sanitizes the voting machine before the next voter enters the booth.

11. All drive-thru voting centers are co-located with traditional walk-in voting centers. This is to ensure that, in case of technical challenges or inclement weather, voters can easily access another voting center. The Clerk's Office reports each drive-thru location as a separate voting center. Attached to this declaration is a copy of the unofficial daily record of early voting as of Sunday, October 18. At the bottom of the list you can see polling places with a code beginning with "DTV." These are the ten drive-thru locations. You will find the same location names appear above with a "SRD" code. The votes cast at a DTV location have their own JBC units and are operated by their own election judges.

12. Similar tent structures are being used at walk-in voting centers to increase capacity. For example, to alleviate lines at the Barbara Bush Library ("HCPL Barbara Bush Branch" on the EV Daily Record), the County Clerk's Office is constructing tents so that additional voting machines can be placed outside the

**DECLARATION OF BETH STEVENS – Page 4 of 5**

Exhibit 6

permanent building. This change is part of our efforts to address overcrowding and long lines at voting centers whenever possible so that voters are not discouraged from voting. As that change is implemented, that very popular polling location will be partially inside and partially outside the permanent building.

Executed in Harris County, State of Texas, on the 19th day of October, 2020.

                                                                                                 *Rebecca Stevens* (signature)

                                                                                              Rebecca (Beth) Stevens
                                                                                              Declarant