

# CHRIS HOLLINS
## COUNTY CLERK
*Recording the Major Events of Your Life*

September 25, 2020

| | YES | NO | ABSTAIN |
|---|---|---|---|
| Judge Lina Hidalgo | ✓ | ☐ | ☐ |
| Comm. Rodney Ellis | ✓ | ☐ | ☐ |
| Comm. Adrian Garcia | ✓ | ☐ | ☐ |
| Comm. Steve Radack | ☐ | ✓ | ☐ |
| Comm. R. Jack Cagle | ☐ | ✓ | ☐ |

Honorable Judge and Commissioners Court
1001 Preston, 9th Floor
Houston, Texas 77002

RE: **CTCL COVID-19 Response Grant**

Dear Members of the Court:

The County Clerk's Office requests authorization to accept a grant in the amount of $9,663,446.00 from the Center for Tech and Civic Life. The grant funds must be used exclusively for the public purpose of planning and operating a safe and secure November 3rd election in Harris County as detailed by the Safe Voting Plan submitted by our office.

Our office will be working closely with the Grants section of the Budget Management Department. If you have any questions, please contact Michael Winn, Administrator of Elections at 713-274-9626.

Sincerely,

Chris Hollins
County Clerk, Harris County, Texas

CH/th

Attachments

Presented to Commissioners Court
September 29, 2020
Approve: E/G

201 Caroline, 4th Floor ✦ P.O. Box 1525 ✦ Houston, TX 77251-1525 ✦ 713.274
www.cclerk.hctx.net

Exhibit 11



September 25, 2020

Harris County, Texas County

County Judge/Commissioners Court

1001 Preston Suite 500

Houston, TX 77002

Dear Lina Hidalgo,

I am pleased to inform you that based on and in reliance upon the information and materials provided by Harris County, and the special circumstances Harris County faces administering elections in 2020, the Center for Tech and Civic Life ("CTCL"), a nonprofit organization tax-exempt under Internal Revenue Code ("IRC") section 501(c)(3), has decided to award a grant to support the work of Harris County ("Grantee").

The following is a description of the grant:

**AMOUNT OF GRANT:** $ 9,663,446.00 USD

**PURPOSE:** The grant funds must be used exclusively for the public purpose of planning and operationalizing safe and secure election administration in Harris County in 2020 ("Purpose").

Before CTCL transmits these funds to Grantee, CTCL requires that Grantee review and sign this agreement ("Grant Agreement") and agree to use the grant funds in compliance with the Grant Agreement and with United States tax laws and the laws and regulations of your state and jurisdiction ("Applicable Laws"). Specifically, by signing this letter Grantee certifies and agrees to the following:

1. Grantee is a local government unit or political subdivision within the meaning of IRC section 170(c)(1).
2. This grant shall be used only for the Purpose described above, and for no other purposes.

Exhibit 11

3. Due to special circumstances Grantee faces administering elections in 2020, Grantee has produced a plan for safe and secure election administration in 2020, including an assessment of election administration needs and budget estimates for such assessment ("Safe Voting Plan"). The Safe Voting Plan is attached to this agreement. Grantee shall expend the total amount of grant funds listed in the Safe Voting Plan as detailed in the Safe Voting Plan, but may reallocate funds between budget items listed in the Safe Voting Plan or to any other permissible public purpose listed in the online grant application with notice by electronic mail to CTCL. Such reallocation does not require the permission of CTCL.
4. Grantee shall not use any part of this grant to make a grant to another organization, except in the case where the organization is a local government unit or political subdivision within the meaning of IRC section 170(c)(1) or a nonprofit organization tax-exempt under IRC section 501(c)(3), and the subgrant is intended to accomplish the Purpose of this grant. Grantee shall take reasonable steps to ensure that any such subgrant is used in a manner consistent with the terms and conditions of this Grant Agreement, including requiring that subgrantee agrees in writing to comply with the terms and conditions of this Grant Agreement.
5. The grant project period of June 15, 2020 through December 31, 2020 represents the dates between which covered costs may be applied to the grant. The Grantee shall expend the amount of this grant for the Purpose by December 31, 2020.
6. Grantee is authorized to receive this grant from CTCL and certifies that (a) the receipt of these grant funds does not violate any Applicable Laws, and (b) Grantee has taken all required, reasonable and necessary steps to receive, accept and expend the grant in accordance with the Purpose and Applicable Law.
7. The Grantee shall produce a brief report explaining and documenting how grant funds have been expended in support of the activities described in paragraph 3. This report shall be sent to CTCL no later than January 31, 2021 in a format approved by CTCL and shall include with the report a signed certification by Grantee that it has complied with all terms and conditions of this Grant Agreement.
8. This grant may not supplant previously appropriated funds. The Grantee shall not reduce the budget of the County Judge/Commissioners Court ("the Election Department") or fail to appropriate or provide previously budgeted funds to the Election Department for the term of this grant. Any amount supplanted, reduced or not provided in contravention of this paragraph shall be repaid to CTCL up to the total amount of this grant.
9. CTCL may discontinue, modify, withhold part of, or ask for the return all or part of the grant funds if it determines, in its sole judgment, that (a) any of the above terms and conditions of this grant have not been met, or (b) CTCL is required to do so to comply with applicable laws or regulations.



Exhibit 11

10. The grant project period of June 15, 2020 through December 31, 2020 represents the dates between which covered costs for the Purpose may be applied to the grant.

Your acceptance of and agreement to these terms and conditions and this Grant Agreement is indicated by your signature below on behalf of Grantee. Please have an authorized representative of Grantee sign below, and return a scanned copy of this letter to us by email at grants@techandciviclife.org.

On behalf of CTCL, I extend my best wishes in your work.

Sincerely,



Tiana Epps Johnson
Executive Director
Center for Tech and Civic Life

GRANTEE

By: _____

Title: _County Judge Lina Hidalgo_

Date: _September 29, 2020_



CENTER FOR TECH & CIVIC LIFE
233 N. MICHIGAN AVE., SUITE 1800
CHICAGO, IL 60601
HELLO@TECHANDCIVICLIFE.ORG
PAGE 3

Exhibit 11

To: Center for Technology and Civic Life
From: Michael Winn
Date: September 24, 2020
Re: Harris Safe Voting Plan

## Overview

Harris County faces significant challenges in executing the November 3, 2020 general election. Specifically, the global COVID-19 pandemic, an expected substantial increase in voter turnout, and the need to ensure voting is safe, secure, accessible, fair, and efficient culminate in the need for additional services not provided in past elections.

For the general election, the number of **total registered voters is expected to be approximately 2.4 million,** with voters casting ballots split between mail ballots and in-person voting. This document offers an assessment of resources needed for Harris County to safely and thoroughly prepare for the general election.

A preliminary budget overview estimate on top of what is already typically available to the County is as follows:

| | |
|---|---:|
| Drive-Thru Voting Locations | $795,564 |
| In-person Ballot Drop-off Locations | $64,260 |
| Voter communications | $343,000 |
| Provision of specialist services | $245,000 |
| Mail ballot equipment | $510,500 |
| Disability accessible tables | $100,000 |
| Election workers (in excess of a typical election) | $4,083,826 |
| PPE for election workers and voters | $2,527,256 |
| Specialists to assist at polling locations | $994,040 |
| **Total** | **$9,663,446** |

## Needs Assessment & Costs

The following sections outline initial details of the operation and costs associated with each of the aforementioned categories.

## Drive-Thru Voting Locations

1

Exhibit 11

For the November elections, we plan to utilize 10 drive-thru voting locations throughout the county. Drive-thru voting allows voters to vote from the safety and comfort of their vehicle. We had success in using drive-thru voting during the July 2020 Primary election and plan to expand the program for the November 2020 election. To that end, we need $795,564 to cover the cost of materials needed, including structures, to adequately set up the drive-thru voting locations, providing for protection of voters, voter equipment, and staff.

### In-person Ballot Drop Off Locations

Harris County plans to have 12 locations throughout the county at which voters may hand deliver their mail ballots.

These must be sufficiently staffed with 2 staff members at each location from September 21-November 3. It will cost $64,260 to pay for staffing at each of these locations.

### Voter communications

Due to COVID-19, it is imperative that we provide enhanced information to voters that emphasizes the safety of mail ballot voting and the importance of voting early when voting in person. To enhance this messaging, we will need to spend an additional $343,000.

### Provision of Specialist services

Operational consultants to assist in planning and executing multi-layered operational plans. Cost: $245,000.

### Mail ballot equipment

Need for additional sorters, scanners, and imaging devices for vote by mail applications and ballots, at a cost of $510,500.

### Disability accessible tables

Need for tables that are accessible that can hold our Disability Accessible Units (voting equipment) at a cost of $100,000.

### In-person Voting at Polling Places during Early Voting and Election Day

Exhibit 11

Harris County is committed to working to secure 122 fully staffed polling places during early voting and over 800 on Election Day.

In order to staff these locations, the county will hire, in addition to hiring for the typical number of polling locations (57 for Early Voting and 700 on Election Day) which is not included here, 1 Presiding Judge, 1 Alternate Judge, and an average of 9.5 election clerks for each polling location.

|  | Total cost | Units | Unit costs |
|---|---|---|---|
| **Early Voting PJ** | $381,980 | 71 | $5,380 |
| **Early Voting AJ** | $320,423 | 71 | $4,513 |
| **Early Voting Clerks** | $3,004,223 | 675 | $4,450 |
| **Election Day PJ** | $50,000 | 100 | $5,000 |
| **Election Day AJ** | $36,500 | 100 | $3,650 |
| **Election Day Clerks** | **$290,700** | 950 | $306 |
| **Total** | **$4,083,826** |  |  |

**PPE for election workers and voters**

Providing PPE, including KN95 masks, finger gloves, face shields, hand sanitizer, is imperative for safe voting in person in November. To cover all the PPE costs, we'll need $2,527,256.

**Specialists to assist at polling locations**

Extensively trained specialists to assist in all functions at a polling location at a cost of $310,840.

**Conclusion**

The investments outlined above will allow Harris County to reduce the risk of exposure to coronavirus for voters, election staff and poll workers; identify best practices; innovate to efficiently and effectively educate our residents about how to exercise their right to vote; be intentional and strategic in reaching our historically disenfranchised residents and communities; and, above all, ensure the right to vote in a diversity of communities throughout the county. Thank you for the opportunity to submit this request.

Exhibit 11

,

**ORDER**

STATE OF TEXAS

COUNTY OF HARRIS

On this, the 29th day of September, 2020, the Commissioners' Court of Harris County, Texas, sitting as the governing body of Harris County, upon motion of Commissioner ___Ellis___, seconded by Commissioner ___A. Garcia___, duly put and carried,

IT IS ORDERED that County Judge Lina Hidalgo or her designee be hereby authorized to approve, and on behalf of Harris County, Texas, to accept, a grant from the Center for Tech and Civic Life, and to sign ancillary grant documents:

**CTCL COVID-19 Response Grant**

Award: $9,663,446.00
Period of Grant: 06/15/2020 – 12/31/2020

|  | YES | NO | ABSTAIN |
|---|---|---|---|
| Judge Lina Hidalgo | ✓ | ☐ | ☐ |
| Comm. Rodney Ellis | ✓ | ☐ | ☐ |
| Comm. Adrian Garcia | ✓ | ☐ | ☐ |
| Comm. Steve Radack | ☐ | ✓ | ☐ |
| Comm. R. Jack Cagle | ☐ | ✓ | ☐ |

Presented to Commissioners Court

September 29, 2020

Approve: E/G

Exhibit 11