DAILY RECORD OF EARLY VOTING - UNOFFICIAL TOTALS

November 3, 2020 General and Special Elections

| Location | SRD | Tuesday Oct. 13 | Wednesday Oct. 14 | Thursday Oct. 15 | Friday Oct. 16 | Saturday Oct. 17 | Sunday Oct. 18 | Monday Oct. 19 | Tuesday Oct. 20 | Wednesday Oct. 21 |
|---|---|---|---|---|---|---|---|---|---|---|
| County Attorney Conference Center | SRD001C | 950 | 664 | 524 | 374 | 139 | 86 | 221 | 247 | 204 |
| HCPL Barbara Bush Branch | SRD126C | 1,022 | 992 | 1,084 | 1,107 | 901 | 446 | 1,053 | 1,095 | 987 |
| Fairfield Inn and Suites Houston NW Willowbrook | SRD126F | 980 | 982 | 868 | 1,023 | 501 | 308 | 548 | 555 | 457 |
| Lakewood Residents Club | SRD126L | 1,160 | 1,169 | 1,150 | 1,284 | 805 | 495 | 1,011 | 945 | 816 |
| ISGH Champions Community Center | SRD126M | 1,207 | 1,391 | 1,337 | 1,354 | 775 | 437 | 847 | 813 | 726 |
| Prairie View A&M University Northwest | SRD126P | 966 | 968 | 1,015 | 1,059 | 1,006 | 504 | 1,131 | 1,071 | 1,007 |
| Lake Houston Church of Christ | SRD127H | 2,293 | 2,283 | 2,129 | 2,169 | 1,118 | 546 | 1,433 | 1,274 | 1,057 |
| Victory Houston | SRD127V | 438 | 448 | 315 | 307 | 244 | 114 | 251 | 255 | 189 |
| Kingwood Community Center | SRD127Y | 1,619 | 1,782 | 1,895 | 2,002 | 1,763 | 1,010 | 1,873 | 1,843 | 1,773 |
| Coady Baptist Church | SRD128B | 768 | 742 | 626 | 678 | 359 | 205 | 436 | 453 | 355 |
| La Porte Recreation and Fitness Center | SRD128F | 1,256 | 1,150 | 1,007 | 1,016 | 536 | 321 | 698 | 575 | 485 |
| San Jacinto Community Center | SRD128J | 503 | 366 | 343 | 284 | 152 | 67 | 187 | 145 | 118 |
| East Harris County Activity Center | SRD128P | 1,890 | 1,939 | 1,961 | 2,028 | 1,112 | 570 | 1,474 | 1,397 | 1,114 |
| Crosby Community Center | SRD128Z | 1,139 | 1,164 | 1,078 | 1,040 | 518 | 318 | 853 | 763 | 554 |
| El Franco Lee Community Center | SRD129E | 1,075 | 1,039 | 868 | 846 | 463 | 288 | 554 | 514 | 454 |
| Clear Lake Islamic Center | SRD129I | 1,254 | 1,114 | 904 | 884 | 379 | 189 | 503 | 496 | 440 |
| MultiCultural Center | SRD129M | 411 | 280 | 268 | 256 | 120 | 86 | 146 | 102 | 108 |
| Pipers Meadow Community Center | SRD129P | 761 | 589 | 474 | 508 | 180 | 134 | 278 | 307 | 212 |
| Harris County Scarsdale Annex | SRD129S | 1,237 | 1,216 | 1,171 | 1,225 | 835 | 391 | 972 | 892 | 768 |
| University of Houston Clear Lake | SRD129U | 1,534 | 1,115 | 1,227 | 1,357 | 690 | 394 | 871 | 764 | 674 |
| Webster Civic Center | SRD129W | 858 | 672 | 602 | 591 | 289 | 155 | 388 | 349 | 313 |
| Forest Bend Homeowners Association Inc | SRD129X | 766 | 707 | 673 | 631 | 296 | 158 | 442 | 351 | 352 |
| Juergens Hall Community Center | SRD130C | 1,304 | 1,417 | 1,356 | 1,477 | 1,396 | 766 | 1,367 | 1,354 | 1,265 |
| Hockley Community Center | SRD130H | 800 | 857 | 919 | 930 | 421 | 220 | 540 | 579 | 434 |
| Saint John Lutheran Church and School | SRD130S | 1,569 | 1,454 | 1,450 | 1,498 | 1,132 | 595 | 1,235 | 1,247 | 1,126 |
| Tomball Public Works Building | SRD130T | 1,258 | 1,274 | 1,245 | 1,251 | 798 | 390 | 1,055 | 916 | 843 |
| Hiram Clarke Multi Service Center | SRD131 | 1,376 | 1,081 | 907 | 768 | 580 | 278 | 600 | 439 | 481 |
| Alief Regional Library | SRD131I | 751 | 716 | 694 | 722 | 735 | 387 | 725 | 711 | 691 |
| Kingdom Builders Center | SRD131K | 365 | 122 | 118 | 365 | 85 | 42 | 94 | 53 | 40 |
| The Power Center | SRD131P | 1,052 | 760 | 583 | 650 | 371 | 173 | 395 | 359 | 342 |
| Raindrop Turkish House | SRD131R | 1,036 | 809 | 714 | 602 | 449 | 218 | 505 | 431 | 420 |
| Lakeland Activity Center | SRD132A | 978 | 1,250 | 1,128 | 1,195 | 780 | 441 | 869 | 791 | 684 |
| James E Taylor High School | SRD132J | 1,400 | 1,554 | 1,336 | 1,412 | 833 | 414 | 819 | 794 | 692 |
| Katy Branch Harris County Public Library | SRD132K | 758 | 793 | 881 | 877 | 791 | 379 | 819 | 796 | 747 |
| Lone Star College Cypress Center | SRD132L | 1,225 | 1,285 | 1,240 | 1,311 | 994 | 504 | 1,152 | 1,025 | 890 |

Exhibit 12

DAILY RECORD OF EARLY VOTING - UNOFFICIAL TOTALS

November 3, 2020 General and Special Elections

| Location | SRD | Tuesday Oct. 13 | Wednesday Oct. 14 | Thursday Oct. 15 | Friday Oct. 16 | Saturday Oct. 17 | Sunday Oct. 18 | Monday Oct. 19 | Tuesday Oct. 20 | Wednesday Oct. 21 |
|---|---|---|---|---|---|---|---|---|---|---|
| Harris County MUD 81 Building | SRD132M | 995 | 1,030 | 1,062 | 1,084 | 479 | 269 | 707 | 680 | 627 |
| John Paul Landing Environmental Education Center | SRD132P | 688 | 681 | 688 | 814 | 318 | 184 | 305 | 284 | 251 |
| Morton Ranch High School | SRD132S | 1,527 | 1,404 | 1,336 | 1,280 | 813 | 467 | 771 | 763 | 607 |
| Nottingham Park Building | SRD133 | 1,292 | 1,255 | 1,153 | 1,221 | 1,036 | 539 | 1,166 | 1,087 | 1,003 |
| Masjid El Farooq | SRD133C | 512 | 525 | 511 | 540 | 241 | 120 | 273 | 258 | 215 |
| Unity of Houston Annex | SRD133U | 879 | 784 | 678 | 750 | 369 | 216 | 487 | 460 | 486 |
| First Congregational Church | SRD133Z | 1,017 | 1,145 | 1,033 | 904 | 533 | 293 | 776 | 791 | 705 |
| Crowne Plaza Houston Galleria | SRD134C | 835 | 795 | 651 | 588 | 212 | 124 | 294 | 347 | 231 |
| Hampton Inn Galleria | SRD134G | 982 | 990 | 963 | 1,044 | 543 | 331 | 809 | 724 | 689 |
| Hampton Inn and Suites | SRD134I | 918 | 752 | 586 | 647 | 282 | 165 | 411 | 344 | 349 |
| Metropolitan MultiService Center | SRD134M | 2,356 | 2,238 | 2,315 | 2,290 | 1,347 | 638 | 1,679 | 1,525 | 1,418 |
| Rice University | SRD134R | 960 | 968 | 1,054 | 1,117 | 754 | 456 | 785 | 827 | 768 |
| John P McGovern Texas Medical Center Commons | SRD134T | 1,638 | 1,487 | 1,219 | 984 | 426 | 296 | 575 | 533 | 429 |
| HCC West Loop South | SRD134W | 1,511 | 1,415 | 1,207 | 1,334 | 523 | 288 | 705 | 620 | 510 |
| City Jersey Village Municipal Government Center | SRD135 | 2,226 | 2,039 | 1,925 | 1,973 | 1,239 | 651 | 1,540 | 1,484 | 1,277 |
| Richard and Meg Weekley Community Center | SRD135W | 1,964 | 2,051 | 2,074 | 2,200 | 1,817 | 904 | 2,007 | 1,894 | 1,664 |
| Bayland Park Community Center | SRD137B | 1,610 | 1,538 | 1,468 | 1,444 | 913 | 428 | 1,026 | 1,063 | 977 |
| Houston Community College Alief Hayes Campus | SRD137C | 918 | 856 | 865 | 891 | 594 | 337 | 676 | 638 | 588 |
| Tracy Gee Community Center | SRD137T | 1,669 | 1,421 | 1,243 | 1,215 | 653 | 344 | 785 | 857 | 687 |
| ISGH Bear Creek Community Center | SRD138I | 1,371 | 1,232 | 1,209 | 1,401 | 744 | 441 | 721 | 731 | 635 |
| John Knox Presbyterian Church | SRD138J | 923 | 843 | 796 | 821 | 494 | 217 | 593 | 564 | 558 |
| Katherine Tyra Branch Library | SRD138K | 881 | 879 | 819 | 862 | 766 | 391 | 767 | 710 | 696 |
| Trini Mendenhall Community Center | SRD138S | 1,964 | 1,974 | 1,770 | 1,790 | 1,003 | 493 | 1,317 | 1,183 | 1,102 |
| Encourager Church | SRD138Z | 1,060 | 1,170 | 1,154 | 1,291 | 537 | 246 | 735 | 767 | 637 |
| Acres Homes Multi Service Center | SRD139A | 1,923 | 1,342 | 1,055 | 889 | 617 | 299 | 661 | 512 | 491 |
| Fallbrook Church | SRD139F | 1,422 | 986 | 603 | 787 | 305 | 148 | 465 | 304 | 275 |
| New Destiny Praise and Worship Center | SRD139N | 653 | 616 | 491 | 437 | 285 | 127 | 303 | 318 | 239 |
| Lone Star College Victory Center | SRD139V | 1,011 | 843 | 773 | 797 | 654 | 331 | 600 | 519 | 416 |
| Hardy Street Senior Citizens Center | SRD140 | 872 | 584 | 451 | 410 | 266 | 130 | 303 | 257 | 266 |
| BakerRipley East Aldine Campus | SRD140B | 471 | 336 | 271 | 250 | 153 | 85 | 238 | 189 | 166 |
| Anclamars W Reception Hall A | SRD140X | 636 | 329 | 217 | 169 | 117 | 42 | 112 | 140 | 104 |
| Church of Christ on Bammel Road | SRD141B | 942 | 941 | 857 | 810 | 285 | 145 | 427 | 395 | 289 |
| Northeast Multi Service Center | SRD141C | 871 | 802 | 633 | 428 | 335 | 166 | 385 | 271 | 266 |
| Green House International Church | SRD141G | 558 | 415 | 338 | 229 | 185 | 86 | 220 | 199 | 157 |
| Holiday Inn Houston Intercontinental Airport Hotel | SRD141I | 842 | 762 | 640 | 500 | 226 | 119 | 282 | 248 | 221 |

Exhibit 12

DAILY RECORD OF EARLY VOTING - UNOFFICIAL TOTALS

November 3, 2020 General and Special Elections

| Location | SRD | Tuesday Oct. 13 | Wednesday Oct. 14 | Thursday Oct. 15 | Friday Oct. 16 | Saturday Oct. 17 | Sunday Oct. 18 | Monday Oct. 19 | Tuesday Oct. 20 | Wednesday Oct. 21 |
|---|---|---|---|---|---|---|---|---|---|---|
| Lone Star College North Harris | SRD141L | 724 | 628 | 501 | 484 | 337 | 204 | 398 | 383 | 365 |
| HCC North Forest Campus | SRD141N | 792 | 652 | 530 | 351 | 263 | 163 | 281 | 273 | 238 |
| Humble Civic Center | SRD141U | 1,312 | 1,239 | 1,353 | 1,147 | 1,081 | 550 | 1,221 | 1,042 | 1,019 |
| C E King Middle School | SRD142C | 868 | 699 | 520 | 558 | 327 | 145 | 329 | 302 | 270 |
| Houston Food Bank | SRD142H | 186 | 93 | 81 | 147 | 33 | 18 | 67 | 27 | 70 |
| Kashmere MultiService Center | SRD142K | 1,036 | 886 | 665 | 459 | 346 | 199 | 427 | 320 | 270 |
| North Channel Branch Library | SRD142W | 663 | 663 | 661 | 697 | 623 | 298 | 678 | 583 | 550 |
| Martin Flukinger Community Center | SRD142Z | 805 | 631 | 442 | 410 | 176 | 70 | 193 | 170 | 137 |
| Alvin D Baggett Community Center | SRD143A | 668 | 405 | 308 | 288 | 178 | 80 | 158 | 131 | 116 |
| Milton Lusk Activity Center | SRD143C | 394 | 303 | 249 | 228 | 146 | 84 | 152 | 145 | 126 |
| Neighborhood Centers Inc Ripley House Campus | SRD143R | 1,160 | 813 | 682 | 701 | 407 | 172 | 469 | 411 | 424 |
| Harris County Cultural Arts Center | SRD143T | 1,164 | 924 | 678 | 541 | 291 | 124 | 399 | 288 | 237 |
| Lee College | SRD144 | 1,337 | 1,099 | 1,024 | 1,008 | 557 | 295 | 673 | 544 | 494 |
| John Phelps Courthouse | SRD144J | 744 | 498 | 414 | 306 | 128 | 77 | 209 | 144 | 176 |
| Iglesia Una Luz en Tu Camino | SRD144U | 189 | 151 | 105 | 137 | 86 | 32 | 93 | 93 | 97 |
| HCC Southeast College Building C Parking Garage | SRD145C | 1,313 | 830 | 679 | 743 | 559 | 284 | 541 | 474 | 426 |
| Baker Ripley Cleveland Ripley Neighborhood Center | SRD145R | 1,173 | 983 | 840 | 878 | 462 | 257 | 541 | 568 | 455 |
| Saint Philip Neri Catholic Church | SRD146C | 798 | 556 | 535 | 392 | 307 | 88 | 296 | 218 | 231 |
| NRG Arena | SRD146N | 830 | 558 | 405 | 429 | 322 | 137 | 383 | 251 | 197 |
| Sunnyside Multi Service Center | SRD146S | 1,266 | 1,222 | 957 | 748 | 574 | 246 | 668 | 504 | 487 |
| J J Roberson Family Life Center | SRD146Y | 743 | 364 | 241 | 168 | 108 | 55 | 126 | 100 | 81 |
| Toyota Center | SRD147C | 550 | 351 | 334 | 193 | 222 | 101 | 126 | 155 | 115 |
| West End Multi Service Center | SRD147E | 1,413 | 1,305 | 994 | 1,105 | 415 | 233 | 550 | 609 | 448 |
| Marriott Houston South at Hobby Airport | SRD147M | 514 | 373 | 310 | 254 | 174 | 81 | 182 | 211 | 163 |
| Wheeler Avenue Baptist Church | SRD147S | 1,299 | 529 | 357 | 317 | 160 | 83 | 202 | 170 | 168 |
| Texas Southern University- West Side Parking Garage | SRD147T | 797 | 459 | 295 | 280 | 174 | 68 | 172 | 167 | 147 |
| University of Houston Student Center South | SRD147U | 685 | 512 | 439 | 392 | 175 | 73 | 250 | 239 | 211 |
| Shrine of The Black Madonna Cultural & Event Center | SRD147Z | 1,027 | 572 | 449 | 363 | 192 | 77 | 219 | 215 | 182 |
| Sheraton Houston Brookhollow Hotel | SRD148B | 954 | 844 | 680 | 747 | 259 | 119 | 355 | 366 | 344 |
| Clark Park Community Center | SRD148C | 309 | 236 | 185 | 183 | 157 | 65 | 145 | 122 | 139 |
| The Grand Tuscany Hotel | SRD148H | 1,050 | 803 | 746 | 716 | 374 | 224 | 436 | 465 | 357 |
| Moody Park Community Center | SRD148M | 974 | 1,027 | 828 | 801 | 431 | 204 | 504 | 482 | 475 |
| SPJST Lodge Num 88 | SRD148S | 1,506 | 1,546 | 1,454 | 1,612 | 574 | 326 | 933 | 856 | 790 |
| Resurrection Metropolitan Community Church | SRD148Z | 1,165 | 936 | 593 | 839 | 279 | 117 | 421 | 255 | 287 |
| Houston Community College Alief Center | SRD149H | 758 | 630 | 525 | 601 | 360 | 176 | 515 | 383 | 343 |

Exhibit 12

## DAILY RECORD OF EARLY VOTING - UNOFFICIAL TOTALS
### November 3, 2020 General and Special Elections

| Location | SRD | Tuesday Oct. 13 | Wednesday Oct. 14 | Thursday Oct. 15 | Friday Oct. 16 | Saturday Oct. 17 | Sunday Oct. 18 | Monday Oct. 19 | Tuesday Oct. 20 | Wednesday Oct. 21 |
|---|---|---|---|---|---|---|---|---|---|---|
| Mission Bend Islamic Center | SRD149X | 666 | 593 | 532 | 500 | 351 | 220 | 386 | 333 | 280 |
| Big Stone Lodge | SRD150B | 865 | 839 | 870 | 782 | 509 | 299 | 558 | 509 | 501 |
| Klein Multipurpose Center | SRD150K | 1,001 | 1,043 | 1,036 | 1,184 | 1,055 | 640 | 1,196 | 1,157 | 1,083 |
| Lone Star College Creekside | SRD150L | 1,348 | 1,269 | 1,260 | 1,381 | 718 | 409 | 996 | 933 | 781 |
| Samuel Matthews Park Community Center | SRD150M | 584 | 646 | 618 | 663 | 218 | 115 | 343 | 269 | 223 |
| Spring First Church | SRD150S | 1,786 | 1,620 | 1,482 | 1,781 | 950 | 504 | 1,140 | 1,118 | 995 |
| Hosanna Lutheran Church | SRD150X | 813 | 729 | 537 | 489 | 250 | 110 | 303 | 308 | 273 |
| Kingdom Builders Center | DTV131K | 820 | 636 | 572 | 0 | 395 | 185 | 257 | 283 | 264 |
| HCC West Loop South | DTV134W | 1,292 | 1,419 | 1,449 | 1,609 | 1,078 | 621 | 955 | 1,108 | 1,032 |
| Fallbrook Church | DTV139F | 1,381 | 1,501 | 1,479 | 1,085 | 1,360 | 650 | 1,051 | 1,056 | 851 |
| Humble Civic Center | DTV141U | 1,511 | 1,821 | 1,774 | 1,804 | 1,161 | 661 | 1,048 | 951 | 798 |
| Houston Food Bank | DTV142H | 376 | 319 | 251 | 88 | 169 | 79 | 98 | 101 | 88 |
| John Phelps Courthouse | DTV145C | 650 | 607 | 537 | 638 | 420 | 191 | 438 | 406 | 303 |
| NRG Arena | DTV146N | 1,900 | 1,778 | 1,705 | 1,673 | 1,195 | 584 | 843 | 1,019 | 866 |
| Toyota Center | DTV147C | 1,127 | 1,125 | 901 | 1,118 | 629 | 307 | 687 | 626 | 506 |
| Resurrection Metropolitan Community Church | DTV148Z | 823 | 806 | 883 | 935 | 583 | 317 | 475 | 543 | 521 |
| Houston Community College Alief Center | DTV149H | 1,117 | 961 | 980 | 603 | 824 | 532 | 490 | 750 | 563 |
| **Early In Person Voters:** | | 128,082 | 115,604 | 105,123 | 104,828 | 65,732 | 34,494 | 74,827 | 70,323 | 62,380 |
| **Mail Ballots Returned:** | | 41,337 | 3,012 | 6,260 | 7,839 | 8,807 | 8,249 | 17,106 | 12,216 | 10,097 |
| **Total Early Voters:** | | 169,419 | 118,616 | 111,383 | 112,667 | 74,539 | 42,743 | 91,933 | 82,539 | 72,477 |
| | | | | | | | | | | |
| **Ballots Mailed:** | | 238,062 | 962 | 954 | 1,585 | 885 | 1,175 | 736 | 737 | 820 |

Exhibit 12

DAILY RECORD OF EARLY VOTING - UNOFFICIAL TOTALS
November 3, 2020 General and Special Elections

| Location | Thursday Oct. 22 | Friday Oct. 23 | Saturday Oct. 24 | Sunday Oct. 25 | Monday Oct. 26 | Tuesday Oct. 27 | Wednesday Oct. 28 | Thursday Oct. 29 | Friday Oct. 30 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| County Attorney Conference Center | 232 | 176 | 57 | 39 | 139 | 155 | 136 | 187 | 190 | 4,720 |
| HCPL Barbara Bush Branch | 885 | 980 | 538 | 406 | 786 | 901 | 820 | 1033 | 1170 | 16,206 |
| Fairfield Inn and Suites Houston NW Willowbrook | 416 | 486 | 215 | 243 | 403 | 483 | 508 | 563 | 727 | 10,266 |
| Lakewood Residents Club | 756 | 790 | 386 | 345 | 642 | 707 | 722 | 736 | 904 | 14,823 |
| ISGH Champions Community Center | 578 | 651 | 371 | 262 | 473 | 558 | 542 | 666 | 897 | 13,885 |
| Prairie View A&M University Northwest | 837 | 943 | 591 | 496 | 837 | 842 | 879 | 1173 | 1281 | 16,606 |
| Lake Houston Church of Christ | 948 | 994 | 502 | 354 | 747 | 782 | 808 | 903 | 1185 | 21,525 |
| Victory Houston | 170 | 210 | 102 | 131 | 281 | 289 | 276 | 581 | 650 | 5,251 |
| Kingwood Community Center | 1,548 | 1,572 | 939 | 622 | 1,237 | 1,323 | 1178 | 1244 | 1541 | 26,764 |
| Coady Baptist Church | 285 | 399 | 195 | 159 | 374 | 340 | 422 | 435 | 646 | 7,877 |
| La Porte Recreation and Fitness Center | 427 | 515 | 253 | 187 | 448 | 457 | 454 | 492 | 729 | 11,006 |
| San Jacinto Community Center | 125 | 137 | 56 | 43 | 107 | 105 | 118 | 135 | 195 | 3,186 |
| East Harris County Activity Center | 1,070 | 1,271 | 556 | 407 | 992 | 1,021 | 1066 | 1462 | 1692 | 23,022 |
| Crosby Community Center | 477 | 553 | 300 | 231 | 475 | 474 | 475 | 513 | 715 | 11,640 |
| El Franco Lee Community Center | 407 | 497 | 256 | 240 | 407 | 480 | 485 | 577 | 799 | 10,249 |
| Clear Lake Islamic Center | 377 | 447 | 318 | 127 | 297 | 353 | 353 | 407 | 482 | 9,324 |
| MultiCultural Center | 82 | 153 | 57 | 65 | 88 | 131 | 102 | 123 | 179 | 2,757 |
| Pipers Meadow Community Center | 235 | 286 | 140 | 110 | 249 | 296 | 226 | 324 | 416 | 5,725 |
| Harris County Scarsdale Annex | 754 | 747 | 453 | 327 | 713 | 743 | 747 | 925 | 1091 | 15,207 |
| University of Houston Clear Lake | 648 | 865 | 421 | 241 | 555 | 630 | 622 | 730 | 887 | 14,225 |
| Webster Civic Center | 318 | 368 | 133 | 131 | 303 | 260 | 341 | 316 | 485 | 6,872 |
| Forest Bend Homeowners Association Inc | 295 | 353 | 177 | 142 | 271 | 283 | 287 | 339 | 498 | 7,021 |
| Juergens Hall Community Center | 1,227 | 1,327 | 958 | 616 | 1,150 | 1,155 | 1176 | 1577 | 1487 | 22,375 |
| Hockley Community Center | 317 | 400 | 181 | 128 | 278 | 271 | 310 | 333 | 462 | 8,380 |
| Saint John Lutheran Church and School | 965 | 1,136 | 598 | 457 | 818 | 866 | 870 | 1009 | 1305 | 19,330 |
| Tomball Public Works Building | 693 | 804 | 503 | 211 | 642 | 591 | 557 | 653 | 815 | 14,499 |
| Hiram Clarke Multi Service Center | 377 | 412 | 303 | 183 | 431 | 408 | 412 | 568 | 669 | 10,273 |
| Alief Regional Library | 637 | 615 | 583 | 320 | 629 | 654 | 645 | 663 | 707 | 11,585 |
| Kingdom Builders Center | 48 | 87 | 47 | 15 | 50 | 61 | 67 | 86 | 60 | 1,805 |
| The Power Center | 250 | 303 | 199 | 129 | 301 | 334 | 338 | 389 | 539 | 7,467 |
| Raindrop Turkish House | 347 | 409 | 254 | 174 | 350 | 422 | 416 | 476 | 622 | 8,654 |
| Lakeland Activity Center | 580 | 752 | 340 | 327 | 435 | 472 | 529 | 569 | 737 | 12,857 |
| James E Taylor High School | 660 | 839 | 466 | 333 | 571 | 619 | 619 | 715 | 949 | 15,025 |
| Katy Branch Harris County Public Library | 606 | 722 | 449 | 293 | 578 | 589 | 612 | 707 | 793 | 12,190 |
| Lone Star College Cypress Center | 833 | 900 | 608 | 447 | 822 | 907 | 930 | 1097 | 1158 | 17,328 |

Exhibit 12

DAILY RECORD OF EARLY VOTING - UNOFFICIAL TOTALS
November 3, 2020 General and Special Elections

| Location | Thursday Oct. 22 | Friday Oct. 23 | Saturday Oct. 24 | Sunday Oct. 25 | Monday Oct. 26 | Tuesday Oct. 27 | Wednesday Oct. 28 | Thursday Oct. 29 | Friday Oct. 30 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| Harris County MUD 81 Building | 563 | 597 | 297 | 206 | 470 | 474 | 406 | 515 | 659 | 11,120 |
| John Paul Landing Environmental Education Center | 172 | 227 | 146 | 128 | 164 | 175 | 184 | 192 | 283 | 5,884 |
| Morton Ranch High School | 493 | 710 | 463 | 380 | 467 | 658 | 576 | 761 | 1064 | 14,540 |
| Nottingham Park Building | 915 | 999 | 598 | 386 | 845 | 882 | 787 | 915 | 1040 | 17,119 |
| Masjid El Farooq | 203 | 252 | 253 | 77 | 131 | 177 | 183 | 266 | 323 | 5,060 |
| Unity of Houston Annex | 374 | 469 | 211 | 201 | 461 | 477 | 468 | 548 | 692 | 9,010 |
| First Congregational Church | 548 | 633 | 297 | 150 | 548 | 541 | 572 | 547 | 719 | 11,752 |
| Crowne Plaza Houston Galleria | 236 | 237 | 97 | 64 | 198 | 188 | 209 | 244 | 276 | 5,826 |
| Hampton Inn Galleria | 565 | 635 | 265 | 249 | 506 | 652 | 579 | 679 | 766 | 11,971 |
| Hampton Inn and Suites | 302 | 398 | 138 | 113 | 212 | 312 | 272 | 300 | 401 | 6,902 |
| Metropolitan MultiService Center | 1,222 | 1,419 | 652 | 452 | 974 | 1,159 | 1177 | 1197 | 1417 | 25,475 |
| Rice University | 782 | 568 | 512 | 359 | 606 | 638 | 584 | 502 | 840 | 13,080 |
| John P McGovern Texas Medical Center Commons | 441 | 476 | 168 | 167 | 314 | 331 | 333 | 702 | 657 | 11,176 |
| HCC West Loop South | 493 | 569 | 376 | 206 | 366 | 378 | 390 | 432 | 572 | 11,895 |
| City Jersey Village Municipal Government Center | 1,135 | 1,182 | 700 | 526 | 900 | 995 | 1075 | 1165 | 1548 | 23,580 |
| Richard and Meg Weekley Community Center | 1,508 | 1,712 | 1,166 | 884 | 1,375 | 1,442 | 1496 | 1677 | 1975 | 29,810 |
| Bayland Park Community Center | 754 | 887 | 606 | 338 | 772 | 845 | 813 | 962 | 1112 | 17,556 |
| Houston Community College Alief Hayes Campus | 553 | 659 | 629 | 276 | 405 | 605 | 622 | 750 | 893 | 11,755 |
| Tracy Gee Community Center | 653 | 615 | 333 | 216 | 603 | 553 | 567 | 982 | 1002 | 14,398 |
| ISGH Bear Creek Community Center | 475 | 545 | 342 | 329 | 485 | 547 | 520 | 682 | 960 | 13,370 |
| John Knox Presbyterian Church | 485 | 520 | 284 | 201 | 473 | 526 | 537 | 639 | 786 | 10,260 |
| Katherine Tyra Branch Library | 653 | 715 | 502 | 349 | 649 | 724 | 714 | 806 | 851 | 12,734 |
| Trini Mendenhall Community Center | 891 | 1,002 | 506 | 415 | 767 | 888 | 876 | 969 | 1113 | 20,023 |
| Encourager Church | 465 | 669 | 247 | 170 | 460 | 499 | 460 | 559 | 706 | 11,832 |
| Acres Homes Multi Service Center | 337 | 443 | 253 | 224 | 392 | 412 | 421 | 568 | 775 | 11,614 |
| Fallbrook Church | 191 | 318 | 245 | 88 | 173 | 172 | 165 | 277 | 508 | 7,432 |
| New Destiny Praise and Worship Center | 215 | 187 | 180 | 124 | 263 | 250 | 300 | 335 | 462 | 5,785 |
| Lone Star College Victory Center | 361 | 440 | 318 | 250 | 420 | 424 | 441 | 610 | 709 | 9,917 |
| Hardy Street Senior Citizens Center | 251 | 287 | 173 | 113 | 305 | 293 | 356 | 384 | 462 | 6,163 |
| BakerRipley East Aldine Campus | 151 | 193 | 95 | 109 | 190 | 234 | 270 | 277 | 412 | 4,090 |
| Anclamars W Reception Hall A | 97 | 107 | 53 | 63 | 151 | 133 | 150 | 217 | 314 | 3,151 |
| Church of Christ on Bammel Road | 281 | 279 | 163 | 67 | 224 | 244 | 216 | 295 | 378 | 7,238 |
| Northeast Multi Service Center | 261 | 232 | 171 | 121 | 236 | 270 | 233 | 344 | 456 | 6,481 |
| Green House International Church | 173 | 150 | 108 | 82 | 185 | 222 | 220 | 262 | 440 | 4,229 |
| Holiday Inn Houston Intercontinental Airport Hotel | 187 | 241 | 87 | 90 | 176 | 181 | 206 | 264 | 354 | 5,626 |

Exhibit 12

DAILY RECORD OF EARLY VOTING - UNOFFICIAL TOTALS
November 3, 2020 General and Special Elections

| Location | Thursday Oct. 22 | Friday Oct. 23 | Saturday Oct. 24 | Sunday Oct. 25 | Monday Oct. 26 | Tuesday Oct. 27 | Wednesday Oct. 28 | Thursday Oct. 29 | Friday Oct. 30 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| Lone Star College North Harris | 312 | 299 | 178 | 216 | 290 | 372 | 380 | 520 | 641 | 7,232 |
| HCC North Forest Campus | 204 | 180 | 99 | 102 | 206 | 224 | 200 | 277 | 335 | 5,370 |
| Humble Civic Center | 796 | 1,033 | 807 | 400 | 829 | 924 | 849 | 960 | 1087 | 17,649 |
| C E King Middle School | 199 | 291 | 150 | 123 | 256 | 286 | 284 | 400 | 479 | 6,486 |
| Houston Food Bank | 29 | 42 | 30 | 13 | 37 | 30 | 40 | 63 | 79 | 1,085 |
| Kashmere MultiService Center | 250 | 238 | 167 | 128 | 307 | 303 | 283 | 684 | 753 | 7,721 |
| North Channel Branch Library | 522 | 592 | 440 | 273 | 508 | 601 | 577 | 685 | 672 | 10,286 |
| Martin Flukinger Community Center | 115 | 119 | 54 | 51 | 113 | 142 | 138 | 159 | 333 | 4,258 |
| Alvin D Baggett Community Center | 98 | 108 | 82 | 37 | 105 | 132 | 120 | 141 | 223 | 3,378 |
| Milton Lusk Activity Center | 115 | 131 | 97 | 73 | 158 | 184 | 157 | 201 | 280 | 3,223 |
| Neighborhood Centers Inc Ripley House Campus | 344 | 403 | 218 | 161 | 368 | 429 | 461 | 493 | 684 | 8,800 |
| Harris County Cultural Arts Center | 192 | 220 | 187 | 101 | 259 | 263 | 313 | 387 | 596 | 7,164 |
| Lee College | 459 | 525 | 318 | 241 | 546 | 564 | 556 | 651 | 949 | 11,840 |
| John Phelps Courthouse | 137 | 198 | 129 | 54 | 160 | 167 | 141 | 230 | 575 | 4,487 |
| Iglesia Una Luz en Tu Camino | 84 | 85 | 59 | 32 | 85 | 102 | 99 | 150 | 204 | 1,883 |
| HCC Southeast College Building C Parking Garage | 393 | 458 | 294 | 225 | 447 | 517 | 559 | 648 | 923 | 10,313 |
| Baker Ripley Cleveland Ripley Neighborhood Center | 418 | 573 | 296 | 257 | 556 | 609 | 602 | 703 | 999 | 11,170 |
| Saint Philip Neri Catholic Church | 193 | 196 | 138 | 84 | 170 | 201 | 185 | 246 | 365 | 5,199 |
| NRG Arena | 229 | 286 | 163 | 87 | 208 | 234 | 242 | 564 | 696 | 6,221 |
| Sunnyside Multi Service Center | 376 | 358 | 335 | 172 | 393 | 471 | 436 | 562 | 747 | 10,522 |
| J J Roberson Family Life Center | 86 | 61 | 34 | 30 | 92 | 88 | 80 | 99 | 191 | 2,747 |
| Toyota Center | 98 | 138 | 162 | 70 | 107 | 104 | 119 | 127 | 170 | 3,242 |
| West End Multi Service Center | 407 | 548 | 247 | 181 | 377 | 478 | 491 | 538 | 757 | 11,096 |
| Marriott Houston South at Hobby Airport | 147 | 191 | 108 | 103 | 190 | 204 | 228 | 301 | 466 | 4,200 |
| Wheeler Avenue Baptist Church | 134 | 142 | 99 | 40 | 123 | 131 | 141 | 211 | 256 | 4,562 |
| Texas Southern University- West Side Parking Garage | 104 | 93 | 100 | 36 | 128 | 123 | 139 | 184 | 246 | 3,712 |
| University of Houston Student Center South | 196 | 225 | 89 | 54 | 165 | 186 | 219 | 253 | 276 | 4,639 |
| Shrine of The Black Madonna Cultural & Event Center | 155 | 199 | 90 | 63 | 165 | 150 | 155 | 178 | 292 | 4,743 |
| Sheraton Houston Brookhollow Hotel | 332 | 406 | 180 | 99 | 247 | 290 | 349 | 386 | 528 | 7,485 |
| Clark Park Community Center | 139 | 139 | 69 | 80 | 129 | 193 | 245 | 303 | 389 | 3,227 |
| The Grand Tuscany Hotel | 368 | 364 | 209 | 164 | 305 | 372 | 410 | 481 | 678 | 8,522 |
| Moody Park Community Center | 419 | 453 | 306 | 208 | 443 | 438 | 434 | 595 | 764 | 9,786 |
| SPJST Lodge Num 88 | 652 | 832 | 341 | 218 | 568 | 631 | 615 | 670 | 842 | 14,966 |
| Resurrection Metropolitan Community Church | 194 | 280 | 213 | 104 | 160 | 221 | 222 | 233 | 361 | 6,880 |
| Houston Community College Alief Center | 276 | 329 | 232 | 106 | 274 | 224 | 253 | 337 | 397 | 6,719 |

Exhibit 12

DAILY RECORD OF EARLY VOTING - UNOFFICIAL TOTALS
November 3, 2020 General and Special Elections

| Location | Thursday Oct. 22 | Friday Oct. 23 | Saturday Oct. 24 | Sunday Oct. 25 | Monday Oct. 26 | Tuesday Oct. 27 | Wednesday Oct. 28 | Thursday Oct. 29 | Friday Oct. 30 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| Mission Bend Islamic Center | 272 | 285 | 178 | 159 | 280 | 290 | 269 | 316 | 451 | 6,361 |
| Big Stone Lodge | 420 | 410 | 452 | 216 | 390 | 368 | 378 | 477 | 595 | 9,438 |
| Klein Multipurpose Center | 940 | 1,014 | 680 | 558 | 955 | 968 | 953 | 1122 | 1255 | 17,840 |
| Lone Star College Creekside | 757 | 859 | 382 | 325 | 651 | 726 | 609 | 706 | 860 | 14,970 |
| Samuel Matthews Park Community Center | 192 | 259 | 108 | 106 | 177 | 167 | 198 | 180 | 261 | 5,327 |
| Spring First Church | 892 | 981 | 536 | 328 | 813 | 883 | 839 | 988 | 1357 | 18,993 |
| Hosanna Lutheran Church | 246 | 261 | 146 | 105 | 249 | 294 | 332 | 362 | 571 | 6,378 |
| Kingdom Builders Center | 194 | 201 | 249 | 142 | 221 | 268 | 242 | 358 | 458 | 5,745 |
| HCC West Loop South | 807 | 864 | 781 | 485 | 787 | 907 | 1014 | 1137 | 1329 | 18,674 |
| Fallbrook Church | 830 | 493 | 1,058 | 482 | 937 | 1,030 | 1035 | 1282 | 1348 | 18,909 |
| Humble Civic Center | 787 | 519 | 762 | 474 | 813 | 795 | 840 | 1044 | 1598 | 19,161 |
| Houston Food Bank | 106 | 94 | 126 | 62 | 102 | 138 | 133 | 174 | 220 | 2,724 |
| John Phelps Courthouse | 383 | 462 | 382 | 235 | 443 | 501 | 502 | 592 | 555 | 8,245 |
| NRG Arena | 700 | 835 | 683 | 263 | 731 | 837 | 919 | 1324 | 1494 | 19,349 |
| Toyota Center | 378 | 572 | 397 | 251 | 447 | 550 | 561 | 616 | 819 | 11,617 |
| Resurrection Metropolitan Community Church | 438 | 507 | 406 | 197 | 432 | 543 | 546 | 665 | 717 | 10,337 |
| Houston Community College Alief Center | 517 | 454 | 550 | 389 | 528 | 575 | 611 | 681 | 1026 | 12,151 |
| **Early In Person Voters:** | 54,827 | 61,476 | 38,735 | 26,277 | 52,175 | 56,891 | 57,129 | 69,174 | 86,734 | 1,264,811 |
| **Mail Ballots Returned:** | 21,928 | 8,326 | 4,013 | 560 | 6,407 | 569 | 4,652 | 5,460 | 3,572 | 170,410 |
| **Total Early Voters:** | 76,755 | 69,802 | 42,748 | 26,837 | 58,582 | 57,460 | 61,781 | 74,634 | 90,306 | 1,435,221 |
| | | | | | | | | | | |
| **Ballots Mailed:** | 1,518 | 1,048 | 0 | 1,166 | 90 | 110 | 441 | 59 | 86 | 250,434 |