```
 1                      REPORTER'S RECORD
                        VOLUME 1 OF 1
 2                   CAUSE NO. 2020-52383
              COURT OF APPEALS NO. 14-20-00627
 3
       THE STATE OF TEXAS       )   IN THE DISTRICT COURT OF
 4                              )
                                )
 5     VS.                      )
                                )   HARRIS COUNTY, TEXAS
 6                              )
       CHRIS HOLLINS, in his    )
 7     official capacity as     )
       Harris County Clerk      )   127TH JUDICIAL DISTRICT
 8

 9

10     *****************************************

11            TEMPORARY INJUNCTION HEARING

12                   VOLUME 1 OF 1

13                  SEPTEMBER 9, 2020

14     *****************************************

15

16

17        On the 9th day of September, 2020, the following

18    proceedings came on to be held in the above-titled and

19    numbered cause before the Honorable R. K. Sandill, Judge

20    presiding, held in Houston, Harris County, Texas.

21        Proceedings reported by Certified Shorthand

22    Reporter and Machine Shorthand/Computer-Aided

23    Transcription.

24

25
```

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/14/2020 9:09:53 PM
CHRISTOPHER A. PRINE
Clerk

Exhibit 14

**A P P E A R A N C E S**

FOR THE PLAINTIFF:

Mr. Charles K. Eldred  SBOT 00793681
Ms. Kathleen T. Hunker  SBOT 24118415
ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711


FOR THE DEFENDANTS:

Ms. Susan Hays - SBOT  24002249
LAW OFFICE OF SUSAN HAYS, PC
P.O. Box 41647
Austin, Texas 78704
Tel: (214) 557-4819
Fax: (214) 432-8273
E-mail: Hayslaw@me.com

Mr. Cameron Hatzel - SBOT 24074373
1019 Congress Street, Floor 15
Houston, Texas 77002

Exhibit 14

1      **C H R O N O L O G I C A L   I N D E X**

2    September 9, 2020                              PAGE      VOL.

3    Appearances                                   2         2

4    Chronological Index                           3         2

5    Exhibit Index                                 4         2

6    All Exhibits Offered and Admitted    25,26    2

7    Opening Statement by Mr. Eldred               28        2

8    Opening Statement by Ms. Hays                 94        2

9

10   WITNESSES           DIRECT       CROSS    VOIR DIRE      VOL.

11   INGRAM, ROBERT
         By Mr. Eldred   48                                   2
12       By Mr. Hatzel                  74                    2

13   HOLLINS, CHRIS
         By Mr. Hatzel   114, 140                             2
14       By Mr. Eldred                  170                   2

15   Closing Statement by Mr. Eldred               188       2

16   Closing Statement by Ms. Hays                 183       2

17   Reporter's Certificate                        194       2

18

19

20

21

22

23

24

25

Exhibit 14

1  obligates the necessity.

2      Q.   Okay.  A few other things, Judge.  Is it true

3  that vote by mail applications are public information

4  after the election?

5      A.   That is correct.  86.01 forces that an

6  application for a ballot by mail is an open record after

7  the first election that it's used for.

8      Q.   And, of course, they'll be redacting personal

9  information that if someone asks for -- if I apply to

10  vote by mail and someone asks for it, will my personal

11  information be redacted before someone gives it to me?

12      A.   Well, confidential information will be redacted

13  which usually on an application for ballot by mail is

14  just the date of birth.

15      Q.   Okay.  So the point being that if I -- if I

16  fraudulently fill out an application form and I mail it

17  in and I get a ballot and I vote, it's possible I could

18  get caught; would you agree?

19      A.   Absolutely.

20      Q.   And, in fact, I think you mentioned this

21  already, the Secretary of State's Office has gotten some

22  referrals for that very thing; isn't that true?

23      A.   That's correct.

24      Q.   Let me change gears here.

25           What is your opinion of the Harris County

Exhibit 14

1   Clerk's efforts in ensuring in-person voting for this

2   election?

3        A.   I have been very, very pleased with all of

4   Texas counties and their creativity and their

5   innovations in coming up with ways to -- for voters to

6   vote safely in person.  And what I've been reading about

7   from Harris County's plans for this November's election

8   go above and beyond.

9        Q.   Isn't it true that Harris County plans to have

10  a drive-thru voting procedure?

11       A.   I believe so.  I think they might have one or

12  -- more than one but I don't know for sure.  You would

13  have to ask Mr. Hollins.

14       Q.   Okay.  Have people complained to the Secretary

15  of State's Office about the drive-thru procedure?

16       A.   Not yet.

17       Q.   Okay.  I'll move on.

18       A.   They probably will.

19       Q.   Well, if someone did complain about the

20  drive-thru procedure would you -- do you have any

21  opinion about if that's allowed into the law or not?

22       A.   You know, it's -- it's a creative approach that

23  is probably okay legally.  You know, the requirement is

24  that polling places be located in a building so what

25  we've told counties who want to try this is that they

Exhibit 14

 1    need to have the location associated with a physical
 2    building and that they need to take whoever shows up at
 3    that location, whether they're walking, riding a bicycle
 4    or driving a car, they need to be able to provide all of
 5    those folks with an opportunity to vote.
 6        Q.   Okay.  And to your knowledge is there any
 7    particular reason to justify -- let me try that again.
 8              Is there going to be -- are there going to
 9    be problems with in-person voting that would justify a
10    need to send vote by mail applications to everybody as
11    far as you know?
12        A.   I'm convinced that the counties have got a plan
13    for safe in-person voting.  So voters who qualify to
14    vote by mail and want to vote by mail then they should.
15    And voters who want to vote in person, we would
16    encourage them to do so.  It'll be safe for them to do
17    it and the counties will have a good experience for
18    those voters.
19              I would, if I have the opportunity,
20    encourage voters to vote during early voting and to vote
21    in the middle of the week during early voting to have
22    the most contact-free experience.  The best opportunity
23    to vote quickly and not encounter a great number of
24    other folks.
25        Q.   And just to be sure you're talking about

**Exhibit 14**

1  voters and many of whom are not -- sorry, some of who

2  may not be qualified to vote by mail would return those

3  at a much lower rate.

4              THE COURT:  Or, I mean, who may never check

5  their mail, right?  I mean, I'm just -- you know --

6              MR. HOLLINS:  Yeah, exactly.  Who might not

7  ever see it, might toss it when it gets there.

8              THE COURT:  And that was anecdotal for my

9  life so I apologize for bringing that in.

10             Okay.  Let's do this -- Mr. Hatzel, how

11  much more do you have for Mr. Hollins?

12             MR. HATZEL:  I'm ready for a break but not

13  much more, ten minutes maybe.

14             THE COURT:  Do you want to take your break

15  now or do you want to do your ten minutes and then

16  break?

17             MR. HATZEL:  I'd prefer to take a break.

18             THE COURT:  You seem like you needed a

19  break.  Let's go ahead and -- it's 2:55, let's come back

20  at 310.

21             MR. HATZEL:  Thank you.

22                  (Break taken.)

23             THE COURT:  All right, great.  Mr. Hatzel?

24     Q.  BY MR. HATZEL:  Yes.

25             Mr. Hollins, as the Early Election Clerk of

Exhibit 14

1   Harris County the Election Code gives you the authority

2   to conduct and manage early voting.  How does sending

3   applications to vote by mail fit into that statutory

4   scheme?

5        A.   I mean, I think it fits directly into my

6   authority to conduct and manage early voting.  And so as

7   the Early Voting Clerk, I manage both in-person voting

8   and vote by mail voting.  And with that administration,

9   you know, I sort of look at that broadly and I also look

10  at them not necessarily independently but as connected

11  to one another.  And so this goes from everything --

12  it's really broad.  It goes from choosing the number of

13  locations that we have, choosing where those locations

14  are, choosing how many machines we're going to deploy

15  across the entire county and choosing exactly how many

16  machines each specific location will have, choosing how

17  many number of you know staff, judges and clerks that

18  each location would have, educating voters, you know,

19  ensuring that voter haves access to the franchise, both,

20  you know, in person -- providing that information,

21  making sure the locations are near to them.  In this

22  scenario, making sure that the locations are as safe as

23  they can be, providing new and innovated ways to vote

24  like drive-thru voting, like extended voting hours which

25  we're going to have until 10:00 p.m. on multiple days

Exhibit 14

1   and we're going to have 24-hour voting on one day to

2   ensure that shift workers and first responders and folks

3   with different family and work obligations have that

4   opportunity to cast their votes.

5                And so sending applications to vote by mail

6   along with, you know, information about who qualifies to

7   vote by mail and who does not to educate the voters of

8   course is squarely within my -- my duty and my

9   responsibility and my authority to conduct and manage

10  the election.

11      Q.   And speaking also on the point about the health

12  and safety of voting -- of voting by mail for certain --

13  certain voters, I wanted to -- well, first of all, the

14  application -- the application to vote by mail, that

15  mailer includes a link to your website Harrisvotes/cdc,

16  does it not?

17      A.   It does.  It's says -- yes, it says to read

18  guidance from the Center for Disease Control and

19  Prevention on which medical conditions could put people

20  at increased risk of severe illness from Covid 19 please

21  visit *Harrisvotes.com/cdc.*

22      Q.   And what I would like to do is I'll share with

23  you our Defendant's Exhibit Number 2, and this is a copy

24  of that website that you are directed to when you go to

25  *Harrisvotes.com/cdc.*  And the title of this website as

**Exhibit 14**

1   have a prosecutorial discretion in this matter and your

2   office does.  So, I mean, I don't get to make those

3   decisions but you're -- what I'm looking at is -- I've

4   got two exhibits in front of me that are part of today's

5   record.  One is the Texas Secretary of State that

6   basically says, lays out the four issues and then you've

7   got this that says, hey, this is the definition by the

8   Texas Supreme Court, go figure it out for yourself.

9               MS. HUNKER:  The county is more than

10  welcome to put the front half of that sheet of paper in

11  everyone's mailbox in Harris County.  It is only the

12  inclusion of that application that the State objects to.

13              THE COURT:  Okay.

14              MS. HUNKER:  The information that's

15  educational we, in fact, encourage the county to

16  provide.

17              THE COURT:  No, I understand that.  I mean,

18  I understand for anyone that's under the age of 65 y'all

19  have an objection.

20              Mr. Eldred?

21      Q.   BY MR. ELDRED:  Let's wrap it up a high note.

22  Maybe give you a chance to brag about how great and how

23  safe your in-person voting is.  Is in-person voting

24  going to be safe in Harris County this election?

25      A.   That is what we're working our hardest to try

Exhibit 14

1  and ensure.

2      Q.   Okay.   And would you agree we've mentioned a

3  few of these before that Harris County has accomplished

4  some maybe new ideas such as 24-hour voting, curbside

5  voting, drive-thru voting, try to make that even more

6  safe and more effective, is that the goal of all those

7  projects?

8      A.   Absolutely.

9      Q.   Okay.   I'm going to pass the witness.

10              THE COURT:   Okay.   Mr. Hatzel, anything

11  else?

12              MR. HATZEL:   Just one quick question, your

13  Honor.

14              (REDIRECT EXAMINATION BY MR. HATZEL)

15      Q.   Mr. Hollins, when you're managing and

16  conducting early voting as Harris County's Early

17  Election Clerk, what are some of the things that you do

18  that are outside of the Election Code?

19      A.   And when you mean outside of Election Code, do

20  you mean like not explicitly granted to me in the

21  Election Code?

22      Q.   Correct.

23      A.   I think there are a number of examples.

24  Drive-thru voting is a prime exact.   There's no --

25  there's nothing that in anyway mentions drive-thru

Exhibit 14