# November 3, 2020 General and Special Elections - Early Voting Schedule
## Horario para Votar Temprano en las Elecciones Generales y Especiales del 3 de noviembre de 2020
## Lịch Trình Bầu Cử Sớm Các Cuộc Tổng Tuyển Cử và Bầu Cử Đặc Biệt Ngày 3 Tháng 11, 2020
## 2020 年 11 月 3 日普選與特選 - 提前投票日程表



**Early Voting Hours of Operation**

| | |
|---|---|
| October 13 - 17: | 7:00 a.m. - 7:00 p.m. |
| October 18: | 12:00 p.m. - 7:00 p.m. |
| October 19 - 24: | 7:00 a.m. - 7:00 p.m. |
| October 25: | 12:00 p.m. - 7:00 p.m. |
| October 26: | 7:00 a.m. - 7:00 p.m. |
| October 27-29: | 7:00 a.m. - 10:00 p.m. |
| *October 29th: 24-hour voting at seven locations | |
| October 30: | 7:00 a.m. - 7:00 p.m. |

**Horas de Funcionamiento**

| | |
|---|---|
| 13 - 17 de octubre: | 7:00 a.m. - 7:00 p.m. |
| 18 de octubre: | 12:00 p.m. - 7:00 p.m. |
| 19 - 24 de octubre: | 7:00 a.m. - 7:00 p.m. |
| 25 de octubre: | 12:00 p.m. - 7:00 p.m. |
| 26 de octubre: | 7:00 a.m. - 7:00 p.m. |
| 27 - 29 de octubre: | 7:00 a.m. - 10:00 p.m. |
| *29 de octubre: votación las 24 horas en siete lugares. | |
| 30 de octubre: | 7:00 a.m. - 7:00 p.m. |

**Giờ Mở Cửa Bầu Cử Sớm**

| | |
|---|---|
| Ngày 13 - 17 Tháng 10: | 7:00 sáng - 7:00 tối |
| Ngày 18 Tháng 10: | 12:00 trưa - 7:00 tối |
| Ngày 19 - 24 Tháng 10: | 7:00 sáng - 7:00 tối |
| Ngày 25 Tháng 10: | 12:00 trưa - 7:00 tối |
| Ngày 26 Tháng 10: | 7:00 sáng - 7:00 tối |
| Ngày 27 - 29 Tháng 10: | 7:00 sáng - 10:00 tối |
| *29 Tháng 10: có bảy địa điểm bầu cử sẽ mở cửa 24 tiếng đồng hồ | |
| Ngày 30 Tháng 10: | 7:00 sáng - 7:00 tối |

**提 前 投 票 日 期 及 時 間**

| | |
|---|---|
| 10 月 13 日 - 10 月 17 日: | 上午 7 時 - 晚上 7 時 |
| 10 月 18 日: | 下午 12 時 - 晚上 7 時 |
| 10 月 19 日 - 10 月 24 日: | 上午 7 時 - 晚上 7 時 |
| 10 月 25 日: | 下午 12 時 - 晚上 7 時 |
| 10 月 26 日: | 上午 7 時 - 晚上 7 時 |
| 10 月 27 日 - 10 月 29 日: | 上午 7 時 - 晚上 10 時 |
| *10 月 29 日: 在七個地點進行24小時投票 | |
| 10 月 30 日: | 上午 7 時 - 晚上 7 時 |

**Drive-Thru Voting / Votación Auto-Servicio / Bầu Cử Từ Trên Xe / 免下車投票**

**New Location / Nueva Localidad / Địa Điểm Mới / 新地點**

**Open 24hr on Oct 29 / Abierto 24hr el 29 de Octubre / Mở Cửa 24 tiếng vào Ngày 29 Tháng 10 / 10月29日開放24小時**

## CHRIS HOLLINS
Harris County Clerk - Secretario del Condado de Harris
Giám Đốc Nha Hành Chánh Quận Harris - Harris 縣行政書記官

1. **NRG Arena - Hall D**
   1 NRG Pkwy, Houston, 77054
2. **John P McGovern Texas Medical Ctr Commons - 2nd Floor, Food Court**
   6550 Bertner Avenue, Houston, 77030
3. * **Rice University**
   2050 University, Houston, 77005
4. **Texas Southern University**
   3100 Cleburne Street, Houston, 77004
5. * **Wheeler Avenue Baptist Church - Gymnasium**
   3826 Wheeler Avenue, Houston, 77004
6. **University of Houston - Student Center, Room 214 Space City**
   4455 University Drive, Houston, TX 77004
7. **Neighborhood Centers Inc Ripley House Campus - Gym**
   4410 Navigation Boulevard, Houston, 77011
8. **Toyota Center - VIP A and B**
   1510 Polk Street, Houston, 77002
9. **County Attorney Conference Center - Conference Room**
   1019 Congress Avenue, Houston, 77002
10. **Metropolitan MultiService Center - MMSL AR 1&2 and gym**
    1475 West Gray Street, Houston, 77019
11. **HCC West Loop South - Auditorium**
    5601 West Loop South, Houston, 77081
12. **Hampton Inn Galleria - Uptown Room**
    4500 Post Oak Parkway, Houston, 77027
13. * **Hampton Inn and Suites - Bayou City Ballroom**
    5820 Katy Freeway, Houston, 77007
14. * **West End Multi Service Center - Auditorium Building 3**
    170 Heights Boulevard, Houston, 77007
15. **Resurrection Metropolitan Comm. Church - Classrooms 106 & 108**
    2025 West 11th Street, Houston, 77008
16. **SPJST Lodge Num 88 - Ballroom**
    1435 Beall Street, Houston, 77008
17. **Moody Park Community Center - Meeting room**
    3725 Fulton Street, Houston, 77009
18. **Kashmere MultiService Center - Auditorium**
    4802 Lockwood Drive, Houston, 77026
19. **Houston Food Bank - Community Room**
    535 Portwall Street, Houston, 77029
20. **HCC Southeast College Building C Parking Garage - Room 108**
    6960 Rustic Street, Houston, 77087
21. **Shrine of The Black Madonna Cultural and Event Ctr - Main Floor**
    5309 Martin Luther King Boulevard, Houston, 77021
22. * **Marriott Houston South at Hobby Airport - Pasadena Room**
    9100 Gulf Freeway, Houston, 77017
23. **BakerRipley Cleveland Neighborhood Center - Gym**
    720 Fairmont Parkway, Pasadena, 77504
24. * **Iglesia Una Luz en Tu Camino - Meeting Room**
    9045 Howard Drive, Houston, 77017
25. * **John Phelps Courthouse - Training Room**
    101 South Richey Road, Pasadena, 77506
26. **Alvin D Baggett Community Center - Conference Room 2**
    1302 Keene Street, Galena Park, 77547
27. * **Milton Lusk Activity Center - Basketball Court**
    1022 Mercury Drive, Houston, 77029
28. * **Harris County Cultural Arts Center**
    13334 Wallisville Road, Houston, 77044
29. * **C E King Middle School**
    8530 C E King Parkway, Houston, 77044
30. **Northeast Multi Service Center - Auditorium**
    9720 Spaulding Street, Houston, 77016
31. * **HCC North Forest Campus - Community Room**
    6010 Little York Road, Houston, 77016
32. **Anclamars W Reception Hall A - Hall A**
    10330 Eastex Fwy, Houston, 77093
33. * **Holiday Inn Intercontinental Airport Hotel**
    15222 John F Kennedy Boulevard, Houston, 77032
34. **BakerRipley East Aldine Campus - Reunion Hall Welcome Center**
    3000 Aldine Mail Route Road, Houston, 77039
35. **Hardy Street Senior Citizens Center - Auditorium**
    11901 West Hardy Road, Houston, 77076
36. **Clark Park Community Center - Main MultiPurpose Room**
    9718 Clark Road, Houston, 77076
37. * **Victory Houston - Large Worship Area**
    809 West Road, Houston, 77038
38. **Acres Homes Multi Service Center - Auditorium**
    6719 West Montgomery Road, Houston, 77091
39. **Lone Star College Victory Center - VC 102 and VC 120**
    4141 Victory Drive, Houston, 77088
40. **The Grand Tuscany Hotel - The Plaza**
    12801 Northwest Freeway, Houston, 77040
41. * **Sheraton Houston Brookhollow Hotel - Magnolia Room**
    3000 North Loop West Freeway, Houston, 77092
42. * **Crowne Plaza Houston Galleria - Laurel Ballroom**
    7611 Katy Freeway, Houston, 77024
43. **Trini Mendenhall Community Center - Large auditorium**
    1414 Wirt Road, Houston, 77055
44. **First Congregational Church - Assembly Room**
    10840 Beinhorn Road, Houston, 77024
45. * **John Knox Presbyterian Church - Education Building Classroom 11**
    2525 Gessner Road, Houston, 77080
46. * **Masjid El Farooq**
    1207 Conrad Sauer, Houston, 77043
47. **Tracy Gee Community Center - Room 1 and 2**
    3599 Westcenter Drive, Houston, 77042
48. * **Unity of Houston Annex - Annex**
    2819 Hillcroft Street, Houston, 77057
49. **Bayland Park Community Center - Auditorium**
    6400 Bissonnet Street, Houston, 77074
50. **Raindrop Turkish House - Ballroom**
    9301 West Bellfort Boulevard, Houston, 77031
51. * **The Power Center - Green Room**
    12401 South Post Oak Road, Houston, 77045
52. **Kingdom Builders Center - Great Room**
    6011 West Orem Drive, Houston, 77085
53. **Hiram Clarke Multi Service Center - Auditorium**
    3810 West Fuqua Street, Houston, 77045
54. **J J Roberson Family Life Center - Gym**
    4810 Redbud, Houston, 77033
55. **Sunnyside Multi Service Center - Auditorium**
    9314 Cullen Boulevard, Houston, 77051
56. * **Saint Philip Neri Catholic Church - Parish Hall**
    10960 Martin Luther King Boulevard, Houston, 77048
57. * **El Franco Lee Community Center - Auditorium**
    9500 Hall Road, Houston, 77089
58. **Harris County Scarsdale Annex - Room D**
    10851 Scarsdale Boulevard, Houston, 77089

Exhibit 15

# November 3, 2020 General and Special Elections Early Voting Schedule
## Horario para Votar Temprano en las Elecciones Generales y Especiales del 3 de noviembre de 2020
## Lịch Trình Bầu Cử Sớm Các Cuộc Tổng Tuyển Cử và Bầu Cử Đặc Biệt Ngày 3 Tháng 11, 2020
## 2020 年 11 月 3 日普選與特選 - 提前投票日程表

**Early Voting Hours of Operation**

| | |
|---|---|
| October 13 - 17: | 7:00 a.m. - 7:00 p.m. |
| October 18: | 12:00 p.m. - 7:00 p.m. |
| October 19 - 24: | 7:00 a.m. - 7:00 p.m. |
| October 25: | 12:00 p.m. - 7:00 p.m. |
| October 26: | 7:00 a.m. - 7:00 p.m. |
| October 27-29: | 7:00 a.m. - 10:00 p.m. |
| *October 29th: 24-hour voting at seven locations | |
| October 30: | 7:00 a.m. - 7:00 p.m. |

**Horas de Funcionamiento**

| | |
|---|---|
| 13 - 17 de octubre: | 7:00 a.m. - 7:00 p.m. |
| 18 de octubre: | 12:00 p.m. - 7:00 p.m. |
| 19 - 24 de octubre: | 7:00 a.m. - 7:00 p.m. |
| 25 de octubre: | 12:00 p.m. - 7:00 p.m. |
| 26 de octubre: | 7:00 a.m. - 7:00 p.m. |
| 27 - 29 de octubre: | 7:00 a.m. - 10:00 p.m. |
| *29 de octubre: votación las 24 horas en siete lugares. | |
| 30 de octubre: | 7:00 a.m. - 7:00 p.m. |

**Giờ Mở Cửa Bầu Cử Sớm**

| | |
|---|---|
| Ngày 13 - 17 Tháng 10: | 7:00 sáng - 7:00 tối |
| Ngày 18 Tháng 10: | 12:00 trưa - 7:00 tối |
| Ngày 19 - 24 Tháng 10: | 7:00 sáng - 7:00 tối |
| Ngày 25 Tháng 10: | 12:00 trưa - 7:00 tối |
| Ngày 26 Tháng 10: | 7:00 sáng - 7:00 tối |
| Ngày 27 - 29 Tháng 10: | 7:00 sáng - 10:00 tối |
| *29 Tháng 10: có bảy địa điểm bầu cử sẽ mở cửa 24 tiếng đồng hồ | |
| Ngày 30 Tháng 10: | 7:00 sáng - 7:00 tối |

**提前投票日期及時間**

| | |
|---|---|
| 10 月 13 日 - 10 月 17 日: | 上午 7 時 - 晚上 7 時 |
| 10 月 18 日: | 下午 12 時 - 晚上 7 時 |
| 10 月 19 日 - 10 月 24 日: | 上午 7 時 - 晚上 7 時 |
| 10 月 25 日: | 下午 12 時 - 晚上 7 時 |
| 10 月 26 日: | 上午 7 時 - 晚上 7 時 |
| 10 月 27 日 - 10 月 29 日: | 上午 7 時 - 晚上 10 時 |
| *10 月 29 日: 在七個地點進行24 小時投票 | |
| 10 月 30 日: | 上午 7 時 - 晚上 7 時 |

**Drive-Thru Voting / Votación Auto-Servicio / Bầu Cử Từ Trên Xe / 免下車投票**

**New Location / Nueva Localidad / Địa Điểm Mới / 新地點**

**Open 24hr on Oct 29 / Abierto 24hr el 29 de Octubre / Mở Cửa 24 tiếng vào Ngày 29 Tháng 10 / 10月29日開放24小時**

### CHRIS HOLLINS
Harris County Clerk - Secretario del Condado de Harris
Giám Đốc Nha Hành Chánh Quận Harris - Harris 縣行政書記官

59. * **MultiCultural Center - Banquet Halls**
    951 Tristar Drive, Webster, 77598
60. * **Forest Bend Homeowners Association Inc - Main room**
    4300 Laura Leigh Lane, Friendswood, 77546
61. * **Pipers Meadow Community Center - Community Center**
    15920 Pipers View Drive, Webster, 77598
62. * **Webster Civic Center**
    311 Pennsylvania Avenue, Webster, 77598
63. * **Clear Lake Islamic Center - Community Hall**
    17511 El Camino Real, Houston, 77058
64. * **University of Houston Clear Lake - Garden Room**
    2700 Bay Area Boulevard, Houston, 77058
65. — **East Harris County Activity Center - Big Room**
    7340 Spencer Highway, Pasadena, 77505
66. * **La Porte Recreation and Fitness Center - Senior Center**
    1322 South Broadway, La Porte, 77571
67. **Lee College - Gymnasium**
    200 Lee Drive, Baytown, 77520
68. * **Coady Baptist Church - Fellowship Hall**
    5606 Wade Road, Baytown, 77521
69. * **San Jacinto Community Center - Meeting Room**
    604 Highland Woods Drive, Highlands, 77562
70. **Martin Flukinger Community Center - Large Assembly Room**
    16003 Lorenzo Street, Channelview, 77530
71. **North Channel Branch Library - Meeting Room**
    15741 Wallisville Road, Houston, 77049
72. * **Crosby Community Center - Large Assembly Room**
    409 Hare Road, Crosby, 77532
73. * **Lake Houston Church of Christ - Fellowship Hall** [Sunday: 12:00 - 6:00 pm]
    8003 Farmingham Road, Humble, 77346
74. **Kingwood Community Center - Auditorium**
    4102 Rustic Woods Drive, Kingwood, 77345
75. ■ **Humble Civic Center - Ballrooms 2 and 3**
    8233 Will Clayton Pkwy, Humble, 77338
76. **Lone Star College North Harris - YMCA Building**
    2700 W W Thorne Drive, Houston, 77073
77. * **Green House International Church - Church**
    200 West Greens Road, Houston, 77067
78. * **New Destiny Praise and Worship Center - Main Room Worship**
    4170 West Greens Road, Houston, 77066 [Sunday, October 18: 1:00 - 7:00 pm]
79. * **Fairfield Inn and Suites NW Willowbrook - Fairfield Ranch Mtg room**
    10825 North Gessner, Houston, 77064
80. ■ **Fallbrook Church - Brooks Sports Gym**
    12512 Walters Road, Houston, 77014
81. **Prairie View A&M University Northwest - Room 107**
    9449 Grant Road, Houston, 77070
82. **To Be Determined**
83. **Spring First Church - Main Sanctuary** [Sunday: 1:00 - 7:00 pm]
    1851 Spring Cypress Road, Spring, 77388
84. **Hosanna Lutheran Church - Fellowship Hall Room 5**
    16526 Ella Blvd, Houston, 77090
85. * **Church of Christ on Bammel Road - Kaleo Building**
    2700 Cypress Creek Parkway, Houston, 77068
86. **HCPL Barbara Bush Branch - Multipurpose Room**
    6817 Cypresswood Drive, Spring, 77379
87. * **Masjid AlSalam**
    16700 Old Louetta Road, Spring, 77379

88. * **Lakewood Residents Club - Dance floor**
    15006 Lakewood Forest Drive, Houston, 77070
89. **Klein Multipurpose Center - Room 402**
    7500 FM 2920, Spring, 77379
90. **Lone Star College Creekside - Room 116**
    8747 West New Harmony Trail, Tomball, 77375
91. * **Samuel Matthews Park Community Center**
    1728 East Hufsmith Road, Tomball, 77375
92. **Tomball Public Works Building - Training Room**
    501B James Street, Tomball, 77375
93. **City Jersey Village Municipal Government Center - Civic Center Auditorium**
    16327 Lakeview Drive, Houston, 77040
94. * **Saint John Lutheran Church and School - Gym**
    15235 Spring Cypress Road, Cypress, 77429
95. — **Juergens Hall Community Center - Dance Hall**
    26026 Hempstead Highway, Cypress, 77429
96. * **Hockley Community Center**
    28515 Old Washington Road, Hockley, 77447
97. * **Lakeland Activity Center - Sandpiper Room and Crane**
    16902 Bridgeland Landing, Cypress, TX 77433
98. * **John Paul Landing Environmental Education Center**
    9950 Katy Hockley Road, Cypress, 77433
99. **Richard and Meg Weekley Community Center - Room 300**
    8440 Greenhouse Road, Cypress, 77433
100. * **ISGH Bear Creek Community Center - Community Center**
    17250 Coventry Park Drive, Houston, 77084
101. **Katherine Tyra Branch Library - Meeting Room**
    16719 Clay Road, Houston, 77084
102. **Lone Star College Cypress Center - Room 105, 106, 107**
    19710 Clay Road, Katy, 77449
103. * **Morton Ranch High School - PAC Lobby**
    21000 Franz Road, Katy, 77449
104. * **James E Taylor High School - Auditorium Lobby**
    20700 Kingsland Boulevard, Katy, 77450
105. **Harris County MUD 81 Building - Great Room**
    805 Hidden Canyon Road, Katy, 77450
106. **Katy Branch Harris County Public Library - Meeting room**
    5414 Franz Road, Katy, 77493
107. **Encourager Church - Gym**
    10950 Katy Freeway, Houston, 77043
108. **Nottingham Park Building - Meeting room**
    926 Country Place Drive, Houston, 77079
109. * **Comfort Suites Westchase - Meeting Room**
    2830 Wilcrest Drive, Houston, 77042
110. * **Mission Bend Islamic Center**
    6233 Tres Lagunas, Houston, 77083
111. * **Alief Regional Library**
    7979 South Kirkwood Road, Houston, 77072
112. ■ **Houston Community College Alief Center - Room 157**
    13803 Bissonnet St, Houston, 77083

**HARRIS COUNTY CLERK S.A.F.E. ELECTIONS — SECURE · ACCESSIBLE · FAIR · EFFICIENT**
OFFICE OF CHRIS HOLLINS

For more information
Para mas información:
Để biết thêm chi tiết:
詳情請聯絡:
www.HarrisVotes.com
713.755.6965

**HARRIS COUNTY - CONDADO DE HARRIS - QUẬN HARRIS - HARRIS 縣**

Exhibit 15