IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D., WENDELL CHAMPION, HON. STEVE TOTH, AND SHARON HEMPHILL, <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS HOLLINS, in his official capacity as Harris County Clerk, <br><br> Defendant. | Civil Action No. 4:20-cv-3709 |

## DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Richard Warren Mithoff, Jr.
*Attorney of Record*
Texas Bar No. 14228500
Federal ID No. 2102
MITHOFF LAW
500 Dallas Street, Suite 3450
Houston, TX 77002
Telephone: (713) 654-1122
Fax: (713) 739-8085
rmithoff@mithofflaw.com
whocker@mithofflaw.com

*Counsel for Defendant*

TO THE HON. ANDREW HANEN, UNITED STATES DISTRICT JUDGE:

Defendant Chris Hollins, in his official capacity as Harris County Clerk, respectfully files this motion to exceed the Court's page limitations.

Hollins respectfully requests leave to file a response to Plaintiffs' motion for preliminary injunction exceeding the Court's normal page limit set forth in Rule 7(L) of the Court's procedures. The response sets forth an explanation of Harris County's election procedures as well as an analysis of provisions of the Texas Election Code and relevant provisions of the U.S. Constitution. To adequately address the claims and arguments implicated by Plaintiffs' motion, the response must exceed the limit. Hollins therefore requests leave to exceed this Court's standard page limit with respect to his response.

Respectfully submitted,

*/s/ Richard Warren Mithoff, Jr.*
Richard Warren Mithoff, Jr.,
*Attorney of Record*
Texas Bar No. 14228500
Federal ID No. 2102
MITHOFF LAW
500 Dallas Street, Suite 3450
Houston, TX 77002
Telephone: (713) 654-1122
Fax: (713) 739-8085
rmithoff@mithofflaw.com
whocker@mithofflaw.com

**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF CONFERENCE**

Due to the expedited nature of this proceeding, I was unable to confer with all parties' counsel of record regarding the relief requested in this motion.

>                             */s/ Richard Warren Mithoff, Jr.*
>                             Richard Warren Mithoff, Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via the Court's electronic filing system pursuant to the Federal Rules of Civil Procedure on the November 1, 2020.

>                             */s/ Richard Warren Mithoff, Jr.*
>                             Richard Warren Mithoff, Jr.