IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D., WENDELL CHAMPION, HON. STEVE TOTH, AND SHARON HEMPHILL, <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS HOLLINS, in his official capacity as Harris County Clerk, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:20-cv-3709 |

## ORDER

On this day, the Court considered Defendant Chris Hollins, in his official capacity as Harris County Clerk's motion to exceed the Court's page limitations. After careful consideration, the Court will GRANT the motion.

It is so ORDERED.

SIGNED this _____ day of _____, 20_____.

_____
THE HONORABLE ANDREW HANEN
U.S. DISTRICT JUDGE