UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D., WENDELL CHAMPION, HON. STEVE TOTH, and SHARON HEMPHILL;<br><br>　　Plaintiffs,<br><br>v.<br><br>CHRIS HOLLINS, in his official capacity as Harris County Clerk;<br><br>　　Defendant. | Case No.: 4:20-CV-03709 |

## ORDER

UPON review of the "Motion of The Lincoln Project for Leave to File *Amicus* Brief in Support of Defendant," the Court orders the motion GRANTED / DENIED.

SIGNED this the _____ day of November 2020.

　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　United States District Court Judge