# **EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CHRIS HOLLINS, in his official capacity as Harris County Clerk,<br><br>　　　　　Defendant. | Civil Action No. 4:20-cv-03709 |

**[PROPOSED] ORDER GRANTING MOTION BY BENJAMIN L. GINSBERG AND JOSEPH R. STRAUS III FOR LEAVE TO FILE *AMICI CURIAE* BRIEF**

Having read the motion by Benjamin L. Ginsberg and Joseph R. Straus III for leave to file an *amici curiae* brief, and finding good cause therefore, the motion is hereby GRANTED. Movants' brief, attached as Exhibit A to their motion, shall be accepted as filed.

IT IS SO ORDERED.

Date: _____          _____
　　　　　　　　　　　　　　　　　　　Honorable Andrew S. Hanen
　　　　　　　　　　　　　　　　　　　United States District Judge