# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D.; WENDELL CHAMPION; HON. STEVE TOTH; and SHARON HEMPHILL,<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS HOLLINS, in his official capacity as Harris County Clerk,<br><br>Defendant. | Case No.: 4:20-cv-03709 |

**DECLARATION OF GRACE CHIMENE**
**(pursuant to 28 U.S.C. § 1746)**

My name is Grace Chimene. I am over the age of 21 and fully competent to make this declaration. Under penalty of perjury, I declare the following based upon my personal knowledge:

1.      I am the President of the League of Women Voters of Texas ("LWVTX"). LWVTX is a non-profit, volunteer-based organization with its main offices in Austin, Texas. LWVTX is a non-partisan organization whose mission includes educating and empowering voters, defending democracy, and envisioning a democracy where every person has the desire, the right, the knowledge and the confidence to participate.

2.      LWVTX comprises 33 chapters covering 39 Texas counties, including Harris County, with approximately 3,000 individual members statewide. Many of these members are registered voters in Texas. Voters in Harris County are served by four LWVTX chapters, known as "Local Leagues," with the following number of members: 340 members in the League of

1

Women Voters of Houston, 88 members in the League of Women Voters of the Bay Area, 61 members in the League of Women Voters of Cy-Fair, and 12 members in the League of Women Voters of Lake Houston. LWVTX's members in Harris County include Republicans, Democrats, and Libertarians, as well as a variety of racial groups and age ranges.

3. While LWVTX has always prioritized voter education, this aspect of its work has become particularly important due to the COVID-19 pandemic. Accessing information about the electoral process has become disproportionately difficult in comparison to pre-pandemic times. Even Texans who feel comfortable leaving their homes do not have the same opportunities to access information that they had prior to the pandemic. In addition to making physical forms of information more difficult to access, the COVID-19 pandemic has highlighted what is commonly referred to as the "digital divide," which refers to uneven distributions in the access to and use of technology between different groups of people. As a result, voter education and outreach have been particularly complicated this year.

4. LWVTX has expended resources to educate voters on all available methods of voting in this election cycle. Its education efforts have included information about drive-thru voting, curbside voting, and the differences between the two. For example:

- The League of Women Voters of Houston printed and distributed 12,500 nonpartisan Voters Guides. The Voters Guide was also viewed 24,000 times through the https://lwvhouston.org/ website, where it was made available in English, Spanish, Chinese and Vietnamese. The Voters Guide informs its Harris County members and community of the many ways they can vote. It references the availability of drive-thru voting locations and indicates that "[c]urbside voting is also available for those whose health and safety require that they remain in their vehicles." Through VOTE411.ORG, a website run by the national League of Women Voters Education Fund, an additional 107,000 site visitors from Houston have been directed to locally tailored resources including the Voters Guide.

- LWVTX, through its Local Leagues in Harris County, has included information about drive-thru voting and curbside voting in newsletters, on its website and social media pages, such as Facebook and Twitter, including linking to Harris

2

County webpages that contain information about drive-thru voting and curbside voting;

- LWVTX, through its Local Leagues in Harris County, has included information about drive-thru voting and curbside voting in Get-Out-The-Vote PowerPoint presentations; and

- LWVTX, through its Local Leagues in Harris County, has discussed drive-thru voting and curbside voting in interviews with the local media.

5. LWVTX members also routinely get asked voting related questions by the public. Some of these questions have been about drive-thru and curbside voting, which LWVTX leaders have attempted to answer using the information provided by county and state officials.

6. LWVTX's Harris County members have utilized both drive-thru and curbside voting options. If drive-thru and curbside votes are not counted, these LWVTX members will be faced with disenfranchisement, despite having relied in good faith on the voter education efforts of LWVTX, county officials, and others.

7. LWVTX is concerned about how any change in voting options so close to Election Day will impact its voter education to its members and the public. It has relied on the guidance provided by state and county officials, but LWVTX cannot continue to encourage its members to utilize drive-thru or curbside voting if there is a risk that their ballots will not be accepted and tabulated. LWVTX seeks to be a reliable source of advice to its members and the public about all of their options, so that they may vote safely during this ongoing public health crisis. Because LWVTX is concerned that voters might be disenfranchised despite their good faith efforts to utilize drive-thru and curbside voting, LWVTX cannot provide that advice.

8. If drive-thru and curbside votes are invalidated, LWVTX will be forced to expend further resources on an extremely tight timeline to educate its members before Election Day. It

will have to conduct a full voter information campaign on the known available and safe options for voting on Election Day. Such a campaign will include:

- Developing appropriate messaging on reasons for changes in voting options;
- Redesign of websites;
- Educating Local League chapters on the status of voting options;
- Outreach to voters about changes in voting options, which will require the enlistment of additional volunteers; and
- Outreach to news outlets about changes in voting options.

I declare under penalty of perjury that the facts stated above are true and correct to the best of my knowledge.

Executed on November 1, 2020

_____
Grace Chimene

4