# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D.; WENDELL CHAMPION; HON. STEVE TOTH; and SHARON HEMPHILL, <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS HOLLINS, in his official capacity as Harris County Clerk, <br><br> Defendant. | Case No.: 4:20-cv-03709 |

**DECLARATION OF JOY DAVIS-HARASEMAY**
(pursuant to 28 U.S.C. § 1746)

My name is Joy Davis-Harasemay. I am over the age of 21 and fully competent to make this declaration. Under penalty of perjury, I declare the following based upon my personal knowledge:

1. I currently live in Houston, Texas and am a registered voter at my current address. Voting is extremely important to me. I regularly vote in elections and have done so for over twenty years.

2. I am 44 years old and identify as Black. I have lived in Harris County my entire life and have been registered to vote for a long time and since at least the 2008 election.

3. I have two preexisting medical conditions: spondylitis—a degenerative spine disease that makes me unable to stand for long periods of time—and asthma—a condition that makes me more susceptible to experiencing serious consequences from COVID-19. I try to avoid exposing myself to COVID-19 as much as I can and I wear necessary PPE if I am in situations

where exposure may occur.

4. On October 18, 2020, I cast my vote in the November General Election by using drive-thru voting at the Houston Food Bank drive-thru polling site. I was the only voter in my car and was just accompanied by my son, who is 17 years old.

5. The drive-thru voting process felt smooth, safe, and secure. People stood outside to direct me to a structure. The first thing the poll workers did was check my ID. After verifying my ID, I received hand sanitizer, wipes, and a tablet. I wore gloves and entered in my personal information into the tablet and a code to access my ballot, and I cast my vote and returned the tablet.

6. I learned about drive-thru voting from the Harris County election website. Because COVID-19 transmission is still prevalent in my area, I was relieved to learn that I could use drive-thru voting to avoid crowded spaces and get in and out as quickly as possible. I am aware of the general health risk of being in a crowded place and felt that drive-thru voting was my safest option. My spondylitis also heavily factored in to my decision to use drive-thru voting. I had heard that some people had to stand in line for over two hours to cast a ballot. With spondylitis, I knew I wouldn't be able to do that, since I am unable to stand comfortably for longer than one hour at a time.

7. When I learned there was a lawsuit filed to throw away my vote, I was heart-broken. I have every right to vote and strongly believe that every vote should count. I was horrified to learn that after years of voting, I could be disenfranchised by a challenge that had already been thrown out once before and was made after I had already voted.

8. If my vote from drive-thru voting is not counted, I don't know what I'm supposed to do. I will likely not vote because I don't want to get in trouble for voting twice and face

allegations of improper voting or risk prosecution. My right to choose who represents me hangs on this decision.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 1, 2020

_____
Joy Davis-Harasemay