# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D.; WENDELL CHAMPION; HON. STEVE TOTH; and SHARON HEMPHILL,<br><br>Plaintiffs,<br>v.<br>CHRIS HOLLINS, in his official capacity as Harris County Clerk,<br><br>Defendant. | Case No.: 4:20-cv-03709 |

## DECLARATION OF DIANA UNTERMEYER
## (pursuant to 28 U.S.C. § 1746)

My name is Diana Untermeyer. I am over the age of 21 and fully competent to make this declaration. Under penalty of perjury, I declare the following based upon my personal knowledge:

1. I currently live in Houston, Texas and am a registered voter at my current address.

2. I am a lifelong voter. I am 58-years-old and have been registered since I was 18. I consider myself an independent voter, and typically vote mixed ballots, but I vote in Republican primaries. In addition to the general election, I voted in the May primary and the July runoff elections.

3. Though neither Wendell Champion nor Representative Steve Toth were on my ballot, I voted for Plaintiff Sharon Hemphill over her opponent Jeralynn Manor.

4. For the general election, I voted drive-thru at the Houston Community College ("HCC") polling location. I have previously voted walk-up at HCC, and have had positive experiences at the location. I read on the news that Harris County was offering polling locations where voters could drive in, and saw my friends post about the locations on social media. When making my voting plan for the general election, I noticed on the Harris County website that drive-thru may be an option at the location, and was open to voting walk-up or drive-thru at the location. The day we voted was overcast and rainy. Upon arriving at HCC, we noticed the drive-thru option and that only three or four cars were ahead of us to vote. The process looked simple and convenient. It was also important that drive-thru

could minimize our exposure to other people, because my husband is 74-years-old and at heightened risk for complications from COVID-19. Based on our understanding that the process for walk-up and drive-thru voting was the same, and that our votes would be counted, my husband and I opted for the drive-thru process.

    5. When we reached the front of the line, we were marshalled inside of a structure. One-by-one, with my husband first, election workers checked our identification, and then handed us a big touchpad that had all the same dials that you use when voting by foot, attached by a thick cord to a machine sitting inside the tent structure on a table. When it was my turn, I went through the same voting process that I would normally use.

    6. It would undermine my fundamental right to vote if my ballot were invalidated. I simply followed the designated process, and voted as I was told to. There was nothing irregular or different about this vote or the process, and the enclosure where we voted certainly seemed like a building to me. My immediate question would be whether I could vote again and how, or whether I would lose my ability to cast a ballot in this election altogether. I would need to know what steps I could take, and then make a plan to ensure I could vote effectively and safely, especially in light of the health concerns in my household. In light of the short timeline, even if I were certain I could vote again without consequences it is possible I would not be able to vote again. But in any event it would be discouraging, infuriating, and a tremendous burden.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 1, 2020

*Diana Untermeyer*

Diana Untermeyer