# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **STEVEN HOTZE, M.D.; WENDELL CHAMPION; HON. STEVE TOTH; and SHARON HEMPHILL,**<br><br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**CHRIS HOLLINS, in his official capacity as Harris County Clerk,**<br><br>　　　　**Defendant.** | **Case No.: 4:20-cv-03709** |

**DECLARATION OF MICHELLE COLVARD**
**(pursuant to 28 U.S.C. § 1746)**

　　My name is Michelle Colvard. I am over the age of 21 and fully competent to make this declaration. Under penalty of perjury, I declare the following based upon my personal knowledge:

　　1.　　I currently live in Houston, Texas and am a registered voter at my current address. I have been politically engaged for my entire adult life. I interned for a Republican candidate in college in the 1990s, though I identify as an independent voter, not affiliated with any party.

　　2.　　I am 45 years old and Caucasian. I have lived in Harris County much of my life and have been registered to vote for a long time. I have a Master's Degree in Public Health and was acutely aware of the health risks of various forms of voting when assessing my voting options in this election.

　　3.　　I have two preexisting medical conditions: spina bifida—I've been a wheelchair user since my childhood, and this weakens my circulation—and monoclonal gammopathy, which

weakens my immune system. Both of my conditions make me more susceptible to experiencing serious consequences from COVID-19. I try to avoid exposing myself to COVID-19 as much as I can.

4. On the first day of early voting, I cast my vote in the November General Election by using drive-thru voting at the Metropolitan Community Church drive-thru polling site. I was the only voter in my car. My husband had voted via the same drive-thru about twenty minutes earlier and informed me that it was a quick and accessible process.

5. I had requested a mail ballot but did not feel comfortable casting my ballot via mail because I was unsure whether it would be counted. As a voter with a disability, I have found polling places to be inaccessible. In one of the polling places where I used to vote, there was no accessible parking spot with enough room for me to exit my car. In the polling place nearest my house currently, the ramp is too steep, and as a manual wheelchair user who has problems with my rotator-cuffs in my shoulders, it is extremely difficult for me to maneuver into the polling place via that ramp.

6. I have never voted curbside, nor would I want to, because it is an inconvenient process (I would have to find a way to call a knowledgeable poll worker who could help me) and because I am not certain that the process is the same as voting in-person inside the polling place. I learned about drive-thru voting from the news. I chose to vote via drive-thru because it seemed like the option that would provide the greatest opportunity for me to have my vote counted and because it appeared to be the most accessible option that provided very low-risk of COVID-19 exposure.

7. The drive-thru voting process felt just like voting in my polling place. The poll worker checked my ID, gave me a regular voting machine (like I would use in my polling place)

along with a disinfectant wipe, and gave me a receipt. I was able to surrender my mail-in ballot just like I would have at my polling place.

8. When I voted via the drive-thru, I was confident that my vote would be counted; I understood that drive-thru voting was one of the options referenced by the Texas Supreme Court in their recent decision to limit the number of ballot drop boxes. I was appalled to learn that due to a lawsuit, my vote could be discarded and I will be disenfranchised.

9. If my vote from drive-thru voting is not counted, I will do everything I can to make sure that I can vote, but I am not sure whether I can legally cast another vote in this election. I had hoped to avoid going to vote in-person on Election Day at all costs, because the risk of COVID-19 exposure would be highest and as someone with a weakened immune system, I cannot afford to take any chances with my health. I thought I had done everything right and followed all of the rules (including surrendering my mail-in ballot).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 1, 2020

_____
Michelle Colvard