# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D.; WENDELL CHAMPION; HON. STEVE TOTH; and SHARON HEMPHILL,<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS HOLLINS, in his official capacity as Harris County Clerk,<br><br>Defendant. | Case No.: 4:20-cv-03709 |

### DECLARATION OF KAREN "KIM" VIDOR
(pursuant to 28 U.S.C. § 1746)

My name is Karen "Kim" Vidor. I am over the age of 21 and fully competent to make this declaration. Under penalty of perjury, I declare the following based upon my personal knowledge:

1. I currently live in Houston, Texas and am a registered voter at my current address.

2. Voting is very important to me. I am 64 years old and have been a registered voter in Harris County since I was approximately 18 years old. I am a lifelong voter and a Republican, but I vote my conscience when I see fit and have voted in both the Democratic and Republican primaries in the past.

3. I have several preexisting medical conditions including: rheumatoid arthritis, hypertension, cardiac issues, and asthma. Because of these health issues, I am more susceptible to experiencing serious consequences from COVID-19.

4. I also am a grandmother, and take care of myself to protect my grandbaby.

5. I have been very careful about my interactions with other people, and have avoided crowds since Mid-March of this year. It is difficult for me to do so, as I value being active in my community. However, my health and my family are my priority.

6. On October 22, 2020, I cast my vote in the November General Election by using drive-thru voting at the West Loop Houston Community College drive-thru polling site. I learned about drive-thru voting from the news. My son also voted drive-thru before me, and told me the process was easy and safe.

7. My experience voting was very secure, convenient, and safe. The process of voting in the drive-thru location felt exactly the same as the familiar process of voting in the little cubicles. I voted before noon, and there was no line. There was ample security, and I was directed to one of the several "individual" temporary tented structures. Once under the tent, a young man took my driver's license, verified it was me and that I was handed a tablet to vote. I signed my name on a tablet after verifying that the information was correct and then was handed a ticket with a code and the voting machine tablet. This voting machine was exactly like the ones I've used before while voting in-person. The young man then stepped away so I could vote in private.

8. Because of my health issues, I am at risk and it was important to me to avoid the crowds that I have experienced while voting in the past. I was relieved that I could use drive-thru voting to avoid crowded spaces and vote safely and securely in my vehicle.

9. It is tragic that my vote may not be counted. If my vote from drive-thru voting is not counted, I do not know what I will do. I worry that I will not be allowed to vote again on Election Day, and that even if I do there will be substantial confusion from poll workers and others as to how I can do so. I feel my right to vote in this election is totally at stake. This is not a

partisan issue for me. It is an issue for me to have my vote counted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 1, 2020

_____
Karen "Kim" Vidor