# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D.; WENDELL CHAMPION; HON. STEVE TOTH; and SHARON HEMPHILL,<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS HOLLINS, in his official capacity as Harris County Clerk,<br><br>Defendant. | Case No.: 4:20-cv-03709 |

### DECLARATION OF MALKIA HUTCHINSON-ARVIZU
(pursuant to 28 U.S.C. § 1746)

My name is Malkia Hutchinson-Arvizu. I am over the age of 21 and fully competent to make this declaration. Under penalty of perjury, I declare the following based upon my personal knowledge:

1. I currently live in Houston, Texas and am a registered voter at my current address, where I have lived for three and a half years. I am not registered with a political party.

2. I am 37 years old and African-American. My husband and I have two children, who are nine and fourteen years old.

3. I have two preexisting medical conditions: I have high blood pressure and am borderline diabetic. I also am overweight. These factors place me at greater risk of developing serious symptoms from COVID-19.

4. I cast my vote for the November General Election on October 14, 2020, using the drive-thru voting process at the NRG Arena. Joining me was my husband, who also voted, and

1

our children. I heard about early drive-thru voting from the county clerk's website, when I was confirming my voter registration status and reviewing a sample ballot. I also saw social media posts from the county clerk's Instagram and Twitter accounts.

5. One of the reasons my husband and I voted drive-thru is our desire to limit exposure to people, due to the risks posed by COVID-19. In addition to my own risk factors, my stepdaughter has asthma, and my husband also has risk factors for COVID-19. We were worried about standing in a long line, and being inside with many others, due to the risks to all of our health.

6. The drive-thru voting process was very similar to voting at a polling location. After pulling into the gate of the NRG Arena, we were directed to a line of cars for drive-thru voting. When we were two cars from the front of the line, a poll worker instructed us on the process: we would be waved into a white tent, where we would turn off the car and present identification. After confirming our identities, we would cast our votes using an electronic tablet.

7. After being given these instructions, we pulled forward to the voting structure. A second poll worker reviewed my identification and instructed myself and my husband not to speak to each other and to keep our phones powered off and put away. Our children who were sitting in the back seat also had to have their phones powered off. We were also told not to look while the other person was voting. I followed this instruction and did not see how my husband voted nor did he see how I voted.

8. I voted using the tablet, and then my husband voted using the tablet, in line with the instructions we were given. We then received "I Voted" stickers.

9. If I find out that my vote has been rejected because I used the drive-thru voting offered by Harris County, it would be terrible. I would have great difficulty in voting in-person

on Tuesday, if it were an option. Both my husband and I work full time. Our oldest daughter is also at home for remote schooling and typically my husband or I must be home, to help her with technological issues that arise and to make sure she is engaged.

10. In addition to the logistical difficulties I would have if my previously voted ballot was invalidated, I am very concerned about the idea of voting again on Election Day. There would be so much confusion about whether either vote will count and it may mean that I would not have a vote this year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 1, 2020

_____
Malkia Hutchinson- Arvizu