# EXHIBIT 7

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D.; WENDELL CHAMPION; HON. STEVE TOTH; and SHARON HEMPHILL,<br><br>   Plaintiffs,<br><br>  v.<br><br>CHRIS HOLLINS, in his official capacity as Harris County Clerk,<br><br>   Defendant. | Case No.: 4:20-cv-03709 |

**DECLARATION OF ANTON MONTANO**
(pursuant to 28 U.S.C. § 1746)

  My name is Anton Montano. I am over the age of 21 and fully competent to make this declaration. Under penalty of perjury, I declare the following based upon my personal knowledge:

  1. I currently live in Humble, Texas, in Harris County, and am a registered voter at my current address. I make it a point to vote, no matter what.

  2. I am 49 years old and identify as Filipino-American. I have been registered at my current address in Harris County since 2016.

  3. I avoid contact with strangers as much as possible, to prevent COVID-19 exposure. I am almost 50 and overweight, which puts me at risk of serious complications from a COVID-19 infection. I'm also concerned about the health and well-being of my family, who rely on me to stay safe. I'm especially worried about my parents, who are in their 70s, have arthritis, and have had heart surgeries. I did not want to be inside a building with many people in it.  For

1

me, this is about my own health, and about the health of my family.

4. On Saturday, October 17, 2020, I cast my vote in the November General Election at a drive-thru voting polling site in Humble, Texas. I voted early to avoid long lines, COVID-19 exposure, and work conflicts.

5. The drive-thru voting process was smooth and completely private. First, I drove into a giant parking lot set up with cones and tents. Poll-workers directed me to my own private tent structure. The poll-worker instructed me to turn off my engine and phone and put everything away. Finally, the poll-worker handed me the electronic ballot device and stepped away while I voted. She came back and retrieved the device when I informed her I was done. No one else could see how I was voting. It was just like being in a regular polling booth.

6. The drive-thru process also felt very safe. I had minimal contact with other people, the poll-workers wore masks (and I did too), and I didn't have to leave my car.

7. If drive-thru voting had not been available, I would have voted early by waiting in line, although I would have been very concerned about COVID-19 exposure.

8. I learned about drive-thru voting through social media. I follow the Harris County social media accounts on Instagram, Twitter, and Facebook.

9. I heard about the first lawsuit filed to invalidate drive-thru votes and was pleased to learn that the Texas Supreme Court struck it down. It made me feel more confident in our electoral system. I was happy for our democracy. I am distraught that the current lawsuit puts my vote in limbo.

10. If my vote from drive-thru voting is not counted, I am concerned that I will not be able to vote for our next President, Senator, local officials, and judges. Tuesday is a workday for me, and the lines will be long. I am also concerned that I'll face health and safety risks at the

polls on Election Day. On top of that, I'm worried that I might face legal trouble, since the state has a record of me voting. I am concerned that I will be permanently locked out of the 2020 Election Cycle.

       I declare under penalty of perjury that the foregoing is true and correct.

       Executed on November 1, 2020

_____
       Anton Montano