# EXHIBIT 8

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

STEVEN HOTZE, M.D.; WENDELL
CHAMPION; HON. STEVE TOTH; and
SHARON HEMPHILL,

      **Plaintiffs,**

      **v.**

CHRIS HOLLINS, in his official capacity as
Harris County Clerk,

      **Defendant.**

Case No.: 4:20-cv-03709

## DECLARATION OF HELEN ANICE SHELTON
## (pursuant to 28 U.S.C. § 1746)

My name is Helen Anice Shelton. I am over the age of 21 and fully competent to make

this declaration. Under penalty of perjury, I declare the following based upon my personal

knowledge:

1.  I currently live in Houston, Texas in Harris County and am a registered voter at my

current address.

2.  I have been registered to vote since I turned 18 and remember casting my first ballot

for Ronald Reagan in the 1984 presidential election but currently don't believe I am registered

with a political party.

3.  I am 55 years old and have stage IV uterine cancer. I have been fighting this cancer

for four years. I also have hypertension and hypothyroidism thanks to my chemotherapy, and I

need a knee replacement. This week, I am also going into the hospital to have spinal surgery for

a

1

slipped disc.

4.   On the first day of early voting, I voted in the November election by using drive-thru voting. I voted at the HCC location off of I-610. I wanted to be sure that I got to vote, because I was afraid that something would happen to me with my spine as this is my third similar spinal injury and they can be debilitating. As it turns out, I will be in the hospital on November 3, 2020 —Election Day—for surgery. I used drive-thru voting because due to my cancer and my back, standing in line with my walker is difficult and painful even for a short amount of time. And this also allowed me to reduce COVID exposure risk, which is important due to my medical conditions.

5.   I learned about drive-thru voting from a friend and then I went on the Harris County webpage to confirm the information and find out where it was available.

6.   I had an easy and positive experience using drive-thru voting. I drove my car into the line, and after a short wait, the poll worker asked me to pull up, shut off my engine, and turn off my cell phone, which I did. I was then called to pull forward to the voting structure, where I turned off my car, handed over my driver's license, was offered hand sanitizer, and then was handed the voting machine. I voted and handed back the tablet, and was able to turn by cell phone back on after leaving the property.

7.   If my vote is discarded, I will be unable to vote in this election as I will be in the hospital for my surgery on Election Day. I scheduled my surgery on Election Day, and have prepared for the surgery, including by temporarily halting my chemotherapy drugs, in reliance on the fact that I have already cast my ballot in the 2020 election.  My vote is so important to me, that I would have planned my surgery to ensure I could cast my ballot.

2

8.   When I heard about this lawsuit challenging my vote, I was heartbroken. I had heard
about previous lawsuits by the same people but believed they had been denied. But even more, I
have stage IV cancer and this may be the last election in which I get to vote. If I lose my vote, I
will be devastated that I did not have a chance to make my voice heard. My vote is my hope for
the future and it should not be taken away from me.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 1, 2020


_____
Helen Anice Shelton


3