IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D.; WENDELL CHAMPION; HON. STEVE TOTH; and SHARON HEMPHILL,<br><br>    Plaintiffs,<br><br> v.<br><br>CHRIS HOLLINS, in his official capacity as Harris County Clerk,<br><br>    *Defendants*,<br><br><br>MJ FOR TEXAS; DSCC; DCCC; MARY CURRIE; CARLTON CURRIE JR.; JEKAYA SIMMONS; and DANIEL COLEMAN,<br><br>    *Proposed Intervenor-Defendants*,<br><br>and<br><br>LEAGUE OF WOMEN VOTERS OF TEXAS; JOY DAVIS-HARASEMAY, DIANA UNTERMEYER, MICHELLE COLVARD, KAREN VIDOR, MALKIA HUTCHINSON-ARVIZU, ANTON MONTANO, HELEN ANICE SHELTON, and ELIZABETH FURLER<br><br>    *Proposed Intervenor-Defendants*. | No. 4:20-cv-03709 |

**ORDER ON PROPOSED INTERVENOR-DEFENDANTS' EMERGENCY MOTION TO INTERVENE**

Upon consideration of Proposed Intervenor-Defendants League of Women Voters of Texas, and Harris County voters, Joy Davis-Harasemay, Diana Untermeyer, Michelle Colvard, Karen Vidor, Malkia Hutchinson-Arvizu, Anton Montano, Helen Anice Shelton, and Elizabeth

1

2

Furler's Emergency Motion to Intervene is GRANTED. The proposed opposition and its accompanying materials are hereby ACCEPTED.

Date: _____                    _____
                                            Hon. Andrew S. Hanen
                                            United States District Judge

2