
09 Document 27-2 Filed on 11/01/20 in T













