IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN HOTZE, M.D. WENDELL CHAMPION, HON. STEVE TOTH, AND SHARON HEMPHILL, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 4:20-cv-03709 |
| CHRIS HOLLINS, in his official capacity as Harris County Clerk, | § § § § | |
| *Defendant,* | § § | Judge Andrew S. Hanen |
| and | § § | |
| MJ FOR TEXAS; DSCC; DCCC; MARY CURRIE; CARLTON CURRIE JR.; JEKAYA SIMMONS, and DANIEL COLEMAN, | § § § § § | |
| *Proposed Intervenor-Defendants,* | § § | |
| and | § § | |
| CHRISTINA MASSARA, ALAN MAUK, JENN RAINEY, BRIAN SINGH, MARY BACON, KIMBERLY PHIPPS-NICHOL, NYGUEN GRIGGS, NELSON VANEGAS, JESSICA GOODSPERO, AMY ASHMORE, RICHARD FRANKEL, ELAINE FRANKEL, RYAN FRANKEL, CELIA VESELKA, SERGIO ALDANA, RUSSELL "RUSTY" HARDIN, DOUGLAS MOLL, AND CAREY JORDAN, | § § § § § § § § § § § § | |
| *Proposed Intervenor-Defendants.* | § § | |

**ORDER GRANTING DRIVE-THRU VOTERS' MOTION TO INTERVENE**

Having considered the Drive-Thru Voters' Motion to Intervene (the "Motion"), the response, the arguments of counsel, and all relevant law and facts, this Court finds that the

9

Drive-Thru Voters have established and are entitled to intervention of right under Federal Rule of Civil Procedure 24(a). Accordingly, the Motion is hereby **GRANTED**.

The Clerk is further directed to file the Drive-Thru Voters' Answer to Plaintiffs' Complaint for Emergency Injunctive Relief, attached as Exhibit A to the Drive-Thru Voters' Motion, in the official records of this case.

Signed on this the _____ day of _____ 2020.

                                                                                        HON. ANDREW S. HANEN
                                                                                        UNITED STATES DISTRICT JUDGE