# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D., WENDELL CHAMPION, HON. STEVE TOTH, AND SHARON HEMPHILL, | Civil Action No. 4:20-cv-03709-ASH |
| Plaintiffs, | |
| v. | |
| CHRIS HOLLINS, in his official capacity as Harris County Clerk, | |
| Defendant. | |

# ORDER

UPON review of the "Motion for Leave to File Brief on Behalf of *Amici Curiae* Election Law Professors," the Court orders the Motion GRANTED / DENIED.

SIGNED this the _____ day of November 2020.

_____
Hon. Andrew S. Hanen
United States District Judge