IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D., WENDELL CHAMPION, HON. STEVE TOTH, AND SHARON HEMPHILL, | }<br>}<br>}<br>} |
| Plaintiffs, | } Civil No. 4:20-cv-03709<br>}<br>} |
| v. | }<br>} |
| CHRIS HOLLINS, in his official capacity as Harris County Clerk, | }<br>}<br>} |
| Defendant. | }<br>} |

**[PROPOSED] ORDER**

For the reasons stated in the motion filed by *Amici* Cities and Counties, the Motion for Leave to File a Brief as *Amici Curiae* is GRANTED.

Dated: November _____, 2020        _____
                                     Hon. Andrew S. Hanen
                                     United States District Judge