**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| STEVEN HOTZE, MD., *et al.,* | § | |
|      Plaintiffs, | § | Civil Action No. 4:20-cv-03709 |
| v. | § | |
| | § | |
| CHRIS HOLLINS, in his official capacity | § | |
| as Harris County Clerk, | § | |
|      Defendant. | § | |

**ORDER**

Upon review of the MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

ON BEHALF OF THE TEXAS COALITION OF BLACK DEMOCRATS, the Court orders the

motion    GRANTED   /   DENIED.

SIGNED this the ___ day of November 2020.

_____

Hon. Andrew S. Hanen

United States District Judge