Case 4:20-cv-03709   Document 34   Filed on 11/02/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 02, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS HOLLINS, in his official capacity as Harris County Clerk,<br><br>Defendant. | Civil Action No. 4:20-cv-03709 |

### ORDER GRANTING MOTION BY BENJAMIN L. GINSBERG AND JOSEPH R. STRAUS III FOR LEAVE TO FILE *AMICI CURIAE* BRIEF

Having read the motion by Benjamin L. Ginsberg and Joseph R. Straus III for leave to file an *amici curiae* brief, and finding good cause therefore, the motion is hereby GRANTED. Movants' brief, attached as Exhibit A to their motion, shall be accepted as filed.

IT IS SO ORDERED.

Date: 11/2/20

_____
Honorable Andrew S. Hanen
United States District Judge