United States District Court
Southern District of Texas
**ENTERED**
November 02, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D., WENDELL CHAMPION, HON. STEVE TOTH, and SHARON HEMPHILL; <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS HOLLINS, in his official capacity as Harris County Clerk; <br><br> Defendant. | Case No.: 4:20-CV-03709 |

## ORDER

UPON review of the "Motion of The Lincoln Project for Leave to File *Amicus* Brief in Support of Defendant," the Court orders the motion GRANTED.

SIGNED this the ___2nd___ day of November 2020.

_____
United States District Court Judge