# EXHIBIT 1-A

Case 4:20-cv-03709   Document 36-2   Filed on 11/02/20 in TXSD   Page 2 of 2

