# EXHIBIT 2

## DECLARATION OF S. SHAWN STEPHENS

I, S. Shawn Stephens, declare as follows:

1. My Name is Stephanie Shawn Stephens. I am of sound mind and fully qualified to make this declaration.

2. I am a registered voter in Harris County, Texas. I am a registered Republican voter.

3. I have been diagnosed with several autoimmune diseases. I retired from the practice of law approximately three years ago because of these disabilities. I take immunosuppressive medications and must avoid crowded events where I might pick up germs, so I chose to vote in a drive-through location for the 2020 presidential election.

4. My husband, daughter and I voted on October 13, 2020 at the drive-through polling place at Houston Community College, 5601 West Loop South Houston, TX 77081. It was my 19-year old daughter's first presidential election, so we were delighted to be able to go to the polls together.

5. At the voting site, we waited in a short line of cars. When it was our turn, we pulled the car into a tent. The tent was completely enclosed, except for the ingress/egress openings. Once inside the tent, an election official scanned our credentials to confirm that each of us was registered and qualified to vote. The official then handed the voting machine through the car window to my

husband, who was driving. When he finished voting, the official cleaned and set up the machine for my vote and handed me the machine. When I finished, the official did the same for my daughter. The voting machine was the same type of machine that we have used in prior elections, with the only difference being that it was handed to us through the car window rather than being mounted on a stand.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of November, 2020.

*signature*

S. Shawn Stephens