# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

STEVEN HOTZE, M.D., WENDELL CHAMPION,
HON. STEVE TOTH, and SHARON HEMPHILL,
    Plaintiffs,

v.                                                                                    Case No. 4:20-cv-03709

CHRIS HOLLINS, in his official capacity as Harris. County Clerk,
    Defendant,

    and

MJ FOR TEXAS; DSCC; DCCC;
MARY CURRIE; CARLTON CURRIE JR.;
JEKAYA SIMMONS; DANIEL COLEMAN,
JERELYN GOODEN, S. SHAWN STEPHENS
GLENDA GREENE, AND MICHELE ROYER
    Proposed Intervenor- Defendants.

## DECLARATION OF GLENDA LEE GREENE

Pursuant to 20 U.S.C. Section 1746, I, Glenda Lee Greene, declare as follows:

1. I voted at NRG Arena on October 21, 2020 at 4:06 p.m..

2. I presented my valid Texas Driver's License as proof of identity and was permitted to vote.

3. I am seventy-four (74) years old.

4. I have asthma and other health conditions and have been advised by my doctor to quarantine as much as practicable due to the danger of serious consequences if I should be infected by the Corona Virus 19. I also have difficulty

1

standing for long periods of time as I anticipated would be the case if I were to vote in person in another manner.

5. I have proudly voted in every Presidential election since I turned eighteen. I deeply believe in our Constitutional right to vote, and I would be devastated and feel unjustly cheated if my vote were invalidated.

6. I relied on instructions from the Harris County Clerk that a drive-through vote would be counted. Normally, I vote at my church down the street, but I anticipated long lines there, where I would have difficulty standing. I initially had planned to vote by mail, since I am so entitled due to my age, but due to the potential difficulties with mail ballots, I chose to drive through vote. Because the process involved a voting machine resembling the machines I am accustomed to seeing at polling locations, and the staff who processed me pointed out it was just like voting at the poll, I felt comfortable presuming my vote would be counted just like any other early vote and would be included in the totals on election day.

7. I am very concerned about the effort to invalidate the ballot that I cast. I have relied on the process for voting to cast that ballot and would not have done so if it did not exist. I have made no plan at this time to vote on election day as to do so would increase my risk of exposure to Covid-19.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of November 2020.

Glenda Lee Greene
_____
Glenda Lee Greene

**Signature:** *Glenda Lee Greene*
Glenda Lee Greene (Nov 1, 2020 20:16 CST)

**Email:** g_greene@att.net

3

# Hotze v. Hollins - declaration of Glenda Greene

Final Audit Report                                                                2020-11-02

| | |
|---|---|
| Created: | 2020-11-02 |
| By: | Kenneth Barrett (kennethroycebarrettlaw@yahoo.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA1fQCORM-eDs_8gVa8H-IQntHYaW-8IO3 |

## "Hotze v. Hollins - declaration of Glenda Greene" History

- Document created by Kenneth Barrett (kennethroycebarrettlaw@yahoo.com)
  2020-11-02 - 2:06:05 AM GMT- IP address: 73.206.125.217

- Document emailed to Glenda Lee Greene (g_greene@att.net) for signature
  2020-11-02 - 2:06:52 AM GMT

- Email viewed by Glenda Lee Greene (g_greene@att.net)
  2020-11-02 - 2:08:20 AM GMT- IP address: 209.73.183.82

- Document e-signed by Glenda Lee Greene (g_greene@att.net)
  Signature Date: 2020-11-02 - 2:16:49 AM GMT - Time Source: server- IP address: 68.20.24.24

- Agreement completed.
  2020-11-02 - 2:16:49 AM GMT


Adobe Sign