# EXHIBIT 5

Pursuant to 20 U.S.C. Section 1746, I, Jamie Lyn Watson, declare as follows:

My name is Jamie Lyn Watson. I am over the age of 18, have personal knowledge of the facts in this declaration, and can competently testify to their truth.

I am a registered voter in Harris County.

On October 13, 2020, I voted using Harris County's drive-thru voting in a tent at the NRG Arena. I had to show my ID and sign the register before I was permitted to vote and use the same type of voting apparatus I've voted upon in recent elections.

I chose to vote using drive-thru voting because Harris County indicated it was a new and lawful option this year. I relied on this option and based my voting plan on the existence. I believed that it was perfect for me considering my living situation.

I chose to vote using this new drive-thru method because of my concern for not only my health, but the health of my 82-year-old Mother, with whom I live. COVID-19 is a serious issue in the State of Texas and is running rampant throughout Harris County. I believed this was the safest option for me to exercise my Constitutional Right to Vote.

Now, because of this litigation, I am very worried that my ballot may not be counted, even though I did everything the election officials asked of me.

I am seriously concerned that if the court invalidates my legitimate vote, thereby violating my Constitutional right to vote, I would have to cast a new ballot to ensure my vote is counted. If my first vote is not counted, what assurance or proof do I have that the vote I cast on Election day will be counted? Election day is the only other time I have to cast my vote because as of this date, all early voting has ended. I will have to stand in the long lines with individuals who don't follow safe distancing rules or face mask requirements and risk bring COVID-19 home to my Mother which is what I was trying to avoid. I would be forced into a position in which I would have to choose between my Constitutional right to vote and my wellbeing.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 1, 2020

**Jamie Lyn Watson**

Jamie Lyn Watson

Signature: *Jamie Lyn Watson (Nov 1, 2020 22:57 CST)*

Email: jamielynwatson@hotmail.com

# Hotze v. Hollins - Final Declaration Jamie Lyn Watson

Final Audit Report                                                                 2020-11-02

| | |
|---|---|
| Created: | 2020-11-02 |
| By: | Kenneth Barrett (kennethroycebarrettlaw@yahoo.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAQh8I7_2pEmniwLfUUOcvCjdc2M-8sPb1 |

## "Hotze v. Hollins - Final Declaration Jamie Lyn Watson" History

📄 Document created by Kenneth Barrett (kennethroycebarrettlaw@yahoo.com)
  2020-11-02 - 4:39:23 AM GMT- IP address: 73.206.125.217

✉️ Document emailed to Jamie Lyn Watson (jamielynwatson@hotmail.com) for signature
  2020-11-02 - 4:39:43 AM GMT

📄 Email viewed by Jamie Lyn Watson (jamielynwatson@hotmail.com)
  2020-11-02 - 4:42:56 AM GMT- IP address: 73.232.153.64

✍️ Document e-signed by Jamie Lyn Watson (jamielynwatson@hotmail.com)
  Signature Date: 2020-11-02 - 4:57:38 AM GMT - Time Source: server- IP address: 73.232.153.64- Signature captured from device with phone number XXXXXXX0044

✅ Agreement completed.
  2020-11-02 - 4:57:38 AM GMT


Adobe Sign