United States District Court
Southern District of Texas
**ENTERED**
November 02, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN HOTZE, MD., *et al.*, <br> Plaintiffs, <br> v. <br><br> CHRIS HOLLINS, in his official capacity <br> as Harris County Clerk, <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 4:20-cv-03709 |

## ORDER

Upon review of the MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF ON BEHALF OF THE TEXAS COALITION OF BLACK DEMOCRATS, the Court orders the motion GRANTED.

SIGNED this the 2 day of November 2020.

_____

Hon. Andrew S. Hanen

United States District Judge