# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

STEVEN HOTZE, M.D., WENDELL CHAMPION,
HON. STEVE TOTH, and SHARON HEMPHILL,
    Plaintiffs,

v.

                                                   Case No. 4:20-cv-03709

CHRIS HOLLINS, In his official capacity as Harris. County Clerk,
    Defendant,

    and

MJ FOR TEXAS; DSCC; DCCC;
MARY CURRIE; CARLTON CURRIE JR.;
JEKAYA SIMMONS; DANIEL COLEMAN,
JERELYN GOODEN, S. SHAWN STEPHENS
GLENDA GREENE, AND MICHELE ROYER
                Proposed Intervenor- Defendants.

## DECLARATION OF GLENDA LEE GREENE

Pursuant to 20 U.S.C. Section 1746, I, Glenda Lee Greene, declare as follows:

1.     I voted at NRG Arena on October 21, 2020 at 4:06 p.m..

2.     I presented my valid Texas Driver's License as proof of identity and was permitted to vote.

3.     I am seventy-four (74) years old.

4.     I have asthma and other health conditions and have been advised by my doctor to quarantine as much as practicable due to the danger of serious consequences if I should be infected by the Corona Virus 19. I also have difficulty

1

standing for long periods of time as I anticipated would be the case if I were to vote in person in another manner.

5.     I have proudly voted in every Presidential election since I turned eighteen. I deeply believe in our Constitutional right to vote, and I would be devastated and feel unjustly cheated if my vote were invalidated.

6.     I relied on instructions from the Harris County Clerk that a drive-through vote would be counted. Normally, I vote at my church down the street, but I anticipated long lines there, where I would have difficulty standing. I initially had planned to vote by mail, since I am so entitled due to my age, but due to the potential difficulties with mail ballots, I chose to drive through vote. Because the process involved a voting machine resembling the machines I am accustomed to seeing at polling locations, and the staff who processed me pointed out it was just like voting at the poll, I felt comfortable presuming my vote would be counted just like any other early vote and would be included in the totals on election day.

7.     I am very concerned about the effort to invalidate the ballot that I cast. I have relied on the process for voting to cast that ballot and would not have done so if it did not exist. I have made no plan at this time to vote on election day as to do so would increase my risk of exposure to Covid-19.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of November 2020.

Glenda Lee Greene
_____
Glenda Lee Greene

GLG     2

**Signature:** *Glenda Lee Greene*
Glenda Lee Greene (Nov 1, 2020 20:16 CST)

**Email:** g_greene@att.net