UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-03709-ASH |
|---|---|---|---|

STEVEN HOTZE, M.D., WENDELL CHAMPION, HON. STEVE TOTH, AND SHARON HEMPHILL

*versus*

CHRIS HOLLINS

| | |
|---|---|
| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Jonathan B. Miller<br>Public Rights Project<br>4096 Piedmont Avenue, #149<br>Oakland, CA 94611<br>646-831-6113; jon@publicrightsproject.org<br>MA: 663012 |

| Name of party applicant seeks to appear for: | Amici Cities and Counties |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    No __ ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/2/2020 | Signed: /s/ Jonathan B. Miller |
|---|---|

The state bar reports that the applicant's status is:

Dated: _____    Clerk's signature

**Order**       **This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
United States District Judge