| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-03709 |
|---|---|---|---|

STEVEN HOTZE, M.D., WENDELL CHAMPION, HON. STEVE TOTH, AND SHARON HEMPHILL

*versus*

CHRIS HOLLINS

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Victoria Stilwell<br>Public Rights Project<br>4096 Piedmont Avenue, #149<br>Oakland, CA 94611<br>828-413-0077; tori@publicrightsprojects.org<br>CA SBN 330397 |
|---|---|

| Name of party applicant seeks to appear for: | Amici Cites and Counties |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __ No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/2/2020 | Signed: | /s/ Victoria Stilwell |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:          Clerk's signature

### Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                         United States District Judge