UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-CV-03709 |
|---|---|---|---|

STEVEN HOTZE, M.D., WENDELL CHAMPION, HON. STEVE TOTH, AND SHARON HEMPHILL

*versus*

CHRIS HOLLINS

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jessica M. Scheller<br>Cook County State's Attorney's Office<br>500 Richard J. Daley Center<br>Chicago, IL 60602<br>312-603-6934<br>Jessica.Scheller@cookcountyil.gov<br>Illinois: # 6283944 |
|---|---|

| Name of party applicant seeks to appear for: | Amici Cities and Counties |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/02/2020 | Signed: /s/ Jessica M. Scheller |
|---|---|

The state bar reports that the applicant's status is:

Dated:        Clerk's signature

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
United States District Judge