IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Steven Hotze, M.D., Wendell Champion, Hon. Steve Toth, and Sharon Hemphill,<br><br>*Plaintiffs*,<br><br>v.<br><br>Chris Hollins, in his official capacity as Harris County Clerk,<br><br>*Defendant*. | Civil Action<br><br>No. 4:20-cv-03709-ASH |

## Order

Pending before the Court is the Libertarian Party of Texas' *Motion for Leave to File Brief on Behalf of* Amicus Curiae *the Libertarian Party of Texas in Support of Defendant*. The motion is GRANTED.  The Clerk will file the brief attached as Exhibit A to the Libertarian Party of Texas' motion.

Signed on _____, at Houston, Texas.

_____
Andrew S. Hanen
United States District Judge