Case 4:20-cv-03709 Document 52 Filed on 11/02/20 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 02, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Steven Hotze, M.D., Wendell Champion, Hon. Steve Toth, and Sharon Hemphill, *Plaintiffs*, v. Chris Hollins, in his official capacity as Harris County Clerk, *Defendant*. | Civil Action No. 4:20-cv-03709-ASH |

### Order

Pending before the Court is the Libertarian Party of Texas' *Motion for Leave to File Brief on Behalf of* Amicus Curiae *the Libertarian Party of Texas in Support of Defendant*. The motion is GRANTED. The Clerk will file the brief attached as Exhibit A to the Libertarian Party of Texas' motion.

Signed on November 2, at Houston, Texas.

Andrew S. Hanen
United States District Judge