UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| STEVEN F. HOTZE, *et al* | § |
| --- | --- |
| | § |
| VS | § CIVIL ACTION NO. H-20-3709 |
| | § |
| CHRIS HOLLINS | § |

**DEFENDANT'S DEMONSTRATIVE EXHIBIT LIST**

| Number | Description | Offered | Objection | Date Adm/NotAdm | |
| --- | --- | --- | --- | --- | --- |
| 1 | Photograph of Eslate/Voting Machine with 2 cables | | | 11/2/2020 | |
| 2 | Photograph of Eslate/Voting Machine with 2 cable | | | 11/2/2020 | |
| 3 | Judge Ballot Control | | | 11/2/2020 | |
| 4 | MBB Card from JBC | | | 11/2/2020 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |