United States Courts
Southern District of Texas
FILED
November 02, 2020
David J. Bradley, Clerk of Court

# United States Court of Appeals
## for the Fifth Circuit

---

No. 20-20574

---

Steven F. Hotze, M.D.; Wendell Champion; Honorable Steve Toth; Sharon Hemphill,

*Plaintiffs—Appellants,*

*versus*

Chris Hollins, in his official capacity as Harris County Clerk,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-3709

---

Before Stewart, Graves, and Higginson, *Circuit Judges.*

Per Curiam:

    IT IS ORDERED that appellants' motion for injunctive relief to issue a preliminary injunction banning drive-thru voting on Election Day, November 3, 2020, is DENIED.