United States Courts
Southern District of Texas
FILED
November 30, 2021
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 25, 2021
Lyle W. Cayce
Clerk

No. 20-20574

STEVEN F. HOTZE, M.D.; WENDELL CHAMPION; HONORABLE STEVE TOTH; SHARON HEMPHILL,

*Plaintiffs—Appellants,*

*versus*

TENESHIA HUDSPETH, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY CLERK,

*Defendant—Appellee,*

ANDREA CHILTON GREER; YEKATERINA SNEZHKOVA; JOY DAVIS-HARASEMAY; DIANA UNTERMEYER; MICHELLE COLVARD; KAREN VIDOR; MALKIA HUTCHINSON-ARVIZU; ANTON MONTANO; HELEN SHELTON; ELIZABETH FURLER; ALAN MAUK; JENN RAINEY; BRIAN SINGH; MARY BACON; KIMBERLY PHIPPS-NICHOL; NYGUEN GRIGGS; NELSON VANEGAS; JESSICA GOODSPERO; AMY ASHMORE; RICHARD FRANKEL; ELAINE FRANKEL; RYAN FRANKEL; CELIA VESELKA; SERGIO ALDANA; RUSSELL "RUSTY" HARDIN; DOUGLAS MOLL; CAREY JORDAN; CHRISTINA MASSARA; JERELYN M. GOODEN; STANLEY G. SCHNEIDER; MARY CURRIE; CARLTON CURRIE, JR.; JEKAYA SIMMONS; DANIEL COLEMAN; DAVID HOBBS; BETTYE HOBBS,

*Intervenor Defendants—Appellees.*

No. 20-20574

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-3709

Before DAVIS, HAYNES, and OLDHAM, *Circuit Judges*.

# JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and REVERSED IN PART, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

ANDREW S. OLDHAM, *Circuit Judge*, dissenting.



Certified as a true copy and issued
as the mandate on **Nov 30, 2021**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 30, 2021

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 20-20574    Hotze v. Hudspeth
                           USDC No. 4:20-CV-3709

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                             Sincerely,

                                             LYLE W. CAYCE, Clerk

                                             By: _____
                                             Shawn D. Henderson, Deputy Clerk
                                             504-310-7668

cc:
       Mr. Kenneth Royce Barrett
       Mr. Adriel I. Cepeda Derieux
       Ms. Lindsey Beth Cohan
       Mr. Marc Erik Elias
       Mr. Jon Marshall Greenbaum
       Mr. Perry Maxwell Grossman
       Mr. Dale E. Ho
       Mr. David L. Hobbs
       Mr. David Keith Isaak
       Ms. Sophia Lin Lakin
       Ms. Theresa J. Lee
       Mr. Richard Warren Mithoff Jr.
       Mr. Daniel C. Osher
       Mr. Russell S. Post
       Mr. John Michael Powers
       Mr. Davin McKay Rosborough

Mr. Ezra D. Rosenberg
Mr. Andrew Layton Schlafly
Mr. Stanley G. Schneider
Mr. Andre Segura
Mr. Larry R. Veselka
Mr. Jared Ryker Woodfill V