Case 4:20-cv-03709 Document 77 Filed on 12/23/21 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 23, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN F. HOTZE M.D., *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-3709 |
| | § | |
| CHRIS HOLLINS, *et al*, | § § | |
| Defendants. | § | |

## ORDER

This Court issued an Order (Doc. 70) to show cause why this case (which has been remanded back to this Court by the Fifth Circuit) should not be dismissed. Those pleadings were to be filed by December 17, 2021. The Plaintiffs did not respond as ordered. The Defendants and Intervenors responded by contending this case should be dismissed (Doc. Nos. 71, 72, 73, 74 and 75). This Court agrees. Accordingly,

This case is hereby **DISMISSED**.

SIGNED at Houston, Texas, this 23rd day of December 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE